# STATE OF ALASKA

**DEPARTMENT OF LAW**

*OFFICE OF THE ATTORNEY GENERAL*

*FRANK H. MURKOWSKI,*
*GOVERNOR*

*Environmental*
*1031 WEST 4th AVENUE, SUITE 200*
*ANCHORAGE, ALASKA 99501-1994*
*PHONE:       (907) 269-5274*
*FAX:         (907) 278-7022*

March 16, 2006

Mr. Gary Bader
Chief Investment Officer
Treasury Division, Dept. of Revenue
P.O. Box 110405
Juneau, AK  99811-0405

Re:    Exxon Valdez Oil Spill Investment Fund

Dear Mr. Bader:

The Exxon Valdez Trustee Council has unanimously determined to expend $1,041,885.00 in joint trust funds for restoration purposes consistent with the terms of the Memorandum of Agreement and Consent Decree entered by the federal district court in *United States v. State of Alaska*, No. A91-081 CIV (D. Alaska) on August 28, 1991. The entire amount will come from the Research Investment Sub-Account. The Research Investment Sub-Account is currently held by the State of Alaska in the Exxon Valdez Oil Spill Investment Fund and invested by the Treasury Division, Alaska Department of Revenue. Under the terms of the Reimbursable Services Agreement between the Alaska Department of Fish and Game and the Alaska Department of Revenue, please transfer the following amounts from cash held in the Exxon Valdez Oil Spill Investment Fund to the accounts described below:

**State of Alaska**

Amount:        $756,456.60
               State of Alaska
               Exxon Valdez Settlement Account
               GeFONSI 33070
               Account 22177

Mr. Gary Bader                                                              Page Two
Treasury Division, Department of Revenue                              March 16, 2006

**United States**
    Amount:    $285,428.40

Beneficiary

    account:    14X5198
    name:    Natural Resource Damage Assessment and Restoration Fund
    (NRDAR)

        <u>Beneficiary</u>
        account:    14010001
        name:    Department of the Interior
        Financial Management Services National Business Center

        <u>Beneficiary Bank</u>
        account:    021030004
        name:    Treasury, NYC

        OBI Text
        Natural Resource Damage Assessment Restoration Fund 14X5198
        EVOS Exxon Valdez, Civil Settlement, FY04 Joint Funds

        ***Beneficiary Reference***
        A91-082Civil

The transfer should take place when most financially advantageous, but no later than March 23, 2006 or as soon thereafter as possible. If you have any questions, please call Rita Lovett at (907) 269-5274.

Sincerely,

Rita H. Lovett                          *for* Regina R. Belt
Assistant Attorney General              Environmental Enforcement Section
State of Alaska                         Environment & Natural Resources Division
                                        U.S. Department of Justice
                                        United States of America

cc:   Divina Pelayo, ADF&G          Sue Bump
      Bob Mitchell                  Michael Baffrey

**RESOLUTION 06-08 OF THE**
***EXXON VALDEZ* OIL SPILL TRUSTEE COUNCIL**
**REGARDING THE FY 2006 WORK PLAN – PROJECT 060100**
**FY 2006 ANNUAL PROGRAM DEVELOPMENT AND IMPLMENTATION BUDGET**
**MARCH 1, 2006 – SEPTEMBER 30, 2006**

We, the undersigned, duly authorized members of the *Exxon Valdez* Oil Spill Trustee Council do hereby certify that, in accordance with the Memorandum of Agreement and Consent Decree entered as settlement of United States of America v. State of Alaska, No. A91-081 Civil, U.S. District Court for the District of Alaska, and after public meetings, unanimous agreement has been reached to expend funds received in settlement of State of Alaska v. Exxon Corporation, et al., No. A91-083 CIV, and United States of America v. Exxon Corporation, et al., No. A91-082 CIV, U.S. District Court for the District of Alaska, for necessary natural resource damage assessment and restoration activities for fiscal year 2006, as described in Attachment A. This portion of the Work Plan is funded at $1,045,070. The monies are to be distributed according to the following schedule:

| | |
|---|---:|
| Alaska Department of Fish & Game | $554,526 |
| Alaska Department of Law | 2,725 |
| Alaska Department of Natural Resources | 154,690 |
| Alaska Department of Environmental Conservation | 87,745 |
| **SUBTOTAL TO STATE OF ALASKA** | **$799,686** |
| | |
| U.S. Department of the Interior | $172,899 |
| U.S. Forest Service | 49,050 |
| National Oceanic & Atmospheric Administration | 23,435 |
| **SUBTOTAL TO UNITED STATES OF AMERICA** | **$245,384** |
| | |
| **TOTAL APPROVED** | **$1,045,070** |

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make

Resolution 06-08

ATTACHMENT A
Page 3 of 32

available for the Fiscal Year 2006 Work Plan, the amount of $1,045,070 from the appropriate accounts designated by the Executive Director.

It is further requested that prior to such action, the Interim Executive Director take appropriate steps to reduce the amount transferred to the State of Alaska (Department of Fish and Game) in Attachment A for the Executive Director's position by three months' salary and benefits and corresponding general and administrative expenses and to increase the amount transferred to the United State (Department of the Interior) by an amount equivalent to three months of the Interim Executive Director's salary, benefits and associated general and administrative expenses.

Approved by the Council at its teleconference meeting of February 8, 2006 as affirmed by our signatures affixed below.

JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

DAVID W. MÁRQUEZ
Attorney General
State of Alaska

DRUE PEARCE
Senior Advisor to the Secretary
   for Alaska Affairs
U.S. Department of the Interior

CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
Administration
U.S. Department of Commerce

McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
   Conservation

Attachment A:  FY 2006 Annual Program Development and Implementation Budget March 1, 2006-September 30, 2006

Resolution 06-08

ATTACHMENT  A
Page  4  of  32

available for the Fiscal Year 2006 Work Plan, the amount of $1,045,070 from the appropriate accounts designated by the Executive Director.

It is further requested that prior to such action, the Interim Executive Director take appropriate steps to reduce the amount transferred to the State of Alaska (Department of Fish and Game) in Attachment A for the Executive Director's position by three months' salary and benefits and corresponding general and administrative expenses and to increase the amount transferred to the United State (Department of the Interior) by an amount equivalent to three months of the Interim Executive Director's salary, benefits and associated general and administrative expenses.

Approved by the Council at its teleconference meeting of February 8, 2006 as affirmed by our signatures affixed below.


JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

DAVID W. MÁRQUEZ
Attorney General
State of Alaska


DRUE PEARCE
Senior Advisor to the Secretary
    for Alaska Affairs
U.S. Department of the Interior

CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
Administration
U.S. Department of Commerce


McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
    Conservation


Attachment A:  FY 2006 Annual Program Development and Implementation Budget March 1, 2006-September 30, 2006

Resolution 06-08

ATTACHMENT A
Page 5 of 32

available for the Fiscal Year 2006 Work Plan, the amount of $1,045,070 from the appropriate accounts designated by the Executive Director.

It is further requested that prior to such action, the Interim Executive Director take appropriate steps to reduce the amount transferred to the State of Alaska (Department of Fish and Game) in Attachment A for the Executive Director's position by three months' salary and benefits and corresponding general and administrative expenses and to increase the amount transferred to the United State (Department of the Interior) by an amount equivalent to three months of the Interim Executive Director's salary, benefits and associated general and administrative expenses.

Approved by the Council at its teleconference meeting of February 8, 2006 as affirmed by our signatures affixed below.


JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture


DAVID W. MÁRQUEZ
Attorney General
State of Alaska


DRUE PEARCE
Senior Advisor to the Secretary
   for Alaska Affairs
U.S. Department of the Interior


CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
Administration
U.S. Department of Commerce


McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game


KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
   Conservation


Attachment A:  FY 2006 Annual Program Development and Implementation Budget March 1, 2006-September 30, 2006

2

Resolution 06-08

ATTACHMENT A
Page 6 of 32

available for the Fiscal Year 2006 Work Plan, the amount of $1,045,070 from the appropriate accounts designated by the Executive Director.

It is further requested that prior to such action, the Interim Executive Director take appropriate steps to reduce the amount transferred to the State of Alaska (Department of Fish and Game) in Attachment A for the Executive Director's position by three months' salary and benefits and corresponding general and administrative expenses and to increase the amount transferred to the United State (Department of the Interior) by an amount equivalent to three months of the Interim Executive Director's salary, benefits and associated general and administrative expenses.

Approved by the Council at its teleconference meeting of February 8, 2006 as affirmed by our signatures affixed below.


JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture


DAVID W. MÁRQUEZ
Attorney General
State of Alaska


DRUE PEARCE
Senior Advisor to the Secretary
  for Alaska Affairs
U.S. Department of the Interior


CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
Administration
U.S. Department of Commerce


McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game


KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
  Conservation


Attachment A:  FY 2006 Annual Program Development and Implementation Budget March 1, 2006-September 30, 2006

Resolution 06-08

ATTACHMENT _A_
Page _7_ of _32_

available for the Fiscal Year 2006 Work Plan, the amount of $1,045,070 from the appropriate accounts designated by the Executive Director.

It is further requested that prior to such action, the interim Executive Director take appropriate steps to reduce the amount transferred to the State of Alaska (Department of Fish and Game) in Attachment A for the Executive Director's position by three months' salary and benefits and corresponding general and administrative expenses and to increase the amount transferred to the United State (Department of the Interior) by an amount equivalent to three months of the Interim Executive Director's salary, benefits and associated general and administrative expenses.

Approved by the Council at its teleconference meeting of February 8, 2006 as affirmed by our signatures affixed below.


JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture


DAVID W. MÁRQUEZ
Attorney General
State of Alaska


DRUE PEARCE
Senior Advisor to the Secretary
  for Alaska Affairs
U.S. Department of the Interior


CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
Administration
U.S. Department of Commerce


McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game


KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
  Conservation


Attachment A:  FY 2006 Annual Program Development and Implementation Budget March 1, 2006-September 30, 2006

Resolution 06-08

ATTACHMENT A
Page 8 of 32

**Exxon Valdez Oil Spill Trustee Council**
**FY 2006 Annual Program Development and Implementation Budget**
**October 1, 2005 – September 30, 2006**

The Council has adopted a new budget structure for FY 2006 in order to more clearly
identify the allocation of funds supporting Trustee Council activities. The Annual
Program Development and Implementation Budget reflects the estimated costs associated
with a variety of Trustee Council activities designed to support community involvement,
independent peer review, high levels of public, scientific, and technical involvement in
the development of Trustee Council funded programs with an emphasis in 2006, on
lingering oil, injured resources and services, continuation of the Small Parcel Program, a
synthesis of restoration actions previously taken, and identification of future actions that
will further the restoration goals of the Trustee Council.

The Program Development and Implementation Budget includes the following
components:
- *Administration Management*
- Data Management
- *Science Management*
- Community Involvement
- Public Advisory Committee (PAC)
- Scientific and Technical Advisory Committee (STAC)
- *Small Parcel Program*
- *Trustee Council Member Direct Expenses*
- *Program Support by Agencies*

Various aspects of the italicized components are undertaken by trustee agencies
providing program development and administrative support. The Restoration Office is
administratively located within the Alaska Department of Fish and Game. Allocation of
funds by agency is detailed in Attachment A.

This budget has been developed over a six month period and takes into account the FY
2006 budget authorizations adopted by the Exxon Valdez Oil Spill Trustee Council at the
meetings held in September, November, and December of 2005:
- Resolution 06-03 for the months of October and November, 2005.
- Resolution 06-04 for the month of December, 2005.
- Resolution 06-06 for the months of January and February 2006.

As indicated in Attachment A, the line item allocations appearing herein supersede the
line item allocations appearing in Trustee Council Resolutions 06-03, 06-04, and 06-06,
to the extent that they are inconsistent.

Note: Any unexpended funds, whether resulting from unfilled personnel vacancies or
from canceled or modified activities, lapse and are available for use in funding other
Trustee Council-authorized activities.

*Date Prepared: 1/6/06*

# TABLE OF CONTENTS

Budget Summary Information ................................................. ........................................ 3
Administration Management ......................... ........................................ 4
Data Management ................................................................................... 7
Science Management ................................................................ 9
Community Involvement .................................................... 11
Public Advisory Committee (PAC) ................................................... 12
Scientific and Technical Advisory Committee (STAC) ................................. 13
Trustee Council Member Expenses ............................................................. 14
Small Parcel Program ............................................................................. 15
Program Support /Project Management ........................................................ 16
Attachment A:  Allocation of EVOS Funds By Agency ................................. 17

ATTACHMENT A
Page 10 of 32

## BUDGET SUMMARY INFORMATION

The Exxon Valdez Oil Spill Restoration Annual Program Development and Implementation Budget for 2006 will be funded through two funding sources. The majority of funds will come from the *Exxon Valdez* Oil Spill Investment Fund managed by the Alaska Department of Revenue. A grant to the Alaska Department of Fish and Game by the National Ocean Service (NOS) of the US Department of Commerce provides $234,000 in FFY 06. This budget document presents the total budget for FY 2006. The following summary tables show budget allocations by component, line item, and funding source. The remainder of the document specifies the uses to which the monies for each component of the budget will be put and the funding sources for each item.

**Budget Summary Information by Component**

| Component | EVOS Funds | NOS Grant | Total Budget |
|---|---|---|---|
| Administration Management | $773,215 | $62,800 | $836,015 |
| Data Management | $151,214 | $54,000 | $205,214 |
| Science Management | $406,185 | $66,000 | $472,185 |
| Community Involvement | $19,947 | $0 | $19,947 |
| Public Advisory Committee (PAC) | $28,286 | $0 | $28,286 |
| Scientific & Technical Advisory Committee (STAC) | $0 | $51,600 | $51,600 |
| Small Parcel Program | $98,100 | $0 | $98,100 |
| Trustee Council Member Direct Expenses | $34,880 | $0 | $34,880 |
| Program Support by Agencies | $354,130 | $0 | $354,130 |
| Total | $1,865,957 | $234,400 | $2,100,357 |

**Budget Summary Information by Line Item:**

| Line Item | EVOS Funds | NOS Grant | Total Budget |
|---|---|---|---|
| Personnel | $1,034,402 | $164,700 | $1,199,102 |
| Travel | $81,730 | $23,300 | $105,030 |
| Contractual | $562,755 | $40,000 | $602,755 |
| Commodities | $18,000 | $6,400 | $24,400 |
| Equipment | $15,000 | $0 | $15,000 |
| G&A | $154,070 | $0 | $154,070 |
| Total | $1,865,957 | $234,400 | $2,100,357 |

ATTACHMENT *A*
Page 11 of 32

## ADMINISTRATION MANAGEMENT - $836,015

|  | Total Budget | NOS Grant | EVOS Funds |
|---|---|---|---|
| Personnel | $466,637 | $51,300 | $415,337 |
| Travel | $10,480 | $5,100 | $5,380 |
| Contractual | $261,655 | $0 | $261,655 |
| Commodities | $18,400 | $6,400 | $12,000 |
| Equipment | $15,000 | $0 | $15,000 |
| G&A | $63,843 | $0 | $63,843 |
| Total | $836,015 | $62,800 | $773,215 |

## PERSONNEL – $466,637

| Position | Range/Step | Months | Monthly Cost | Annual Costs |
|---|---|---|---|---|
| Exec Director | 28L | 12.0 | $13,220.00 | $158,640.00 |
| Admin Officer* | 18E | 12.0 | $6,889.48 | $82,673.76 |
| Research Analyst | 18B | 12.0 | $6,321.22 | $75,854.64 |
| Admin Officer | 18A | 12.0 | $6,134.49 | $73,613.88 |
| Admin Assistant | 18B | 12.0 | $6,321.22 | $75,854.64 |
| **Total Personnel** | | | $38,886.41 | $466,636.92 |

*The NOS Grant covers a portion of the salary ($51,300) for the Administrative Officer.

## TRAVEL – $10,480

- **One Week Per Diem, Airfare, Hotel Stay for Admin Officer**    **$2,000**

Travel support for new Admin Officer to spend one week in Juneau for training on State accounting procedures.

- **Audit Review and Financial Administrative Issues**    **$3,380**

Travel support for meetings in Juneau to participate in audit review and contend with financial and administrative issues. Support consists of four two-day trips, at approximately $845 per trip, to include, airfare, ground transportation, *per diem* and lodging.

- **National Meetings**    **$5,100**

Travel support for staff to attend national meetings relative to scientific planning and management of long term monitoring provided by NOS grant funds, as determined necessary by the Executive Director.

## CONTRACTUAL – $261,655

- ***Trustee Council Restoration Office Space***    **$144,000**

The lease for EVOS TC office space is administered by Government Services Administration through the U.S. Geological Survey of the Department of the Interior.

ATTACHMENT A
Page 12 of 32

- **Annual parking fees for office staff.**                    $4,300

- **Audit Contract**                                           $17,500
Funds to support a contract with Elgee, Rehfeld Mertz, LLC (accounting firm) to conduct
financial audit of the FY05 records of the EVOS Restoration Office and all agencies receiving
EVOS funds at a cost of $17,500.

- **Publication Development**                                  $4,000
These funds are to support the cost to develop and publish the EVOS annual report.

- **Telephone Service**                                        $26,400
These funds are to cover telephone, teleconferencing meetings, long distance, and cell phone
services at an estimated cost of $2,200.00 per month.

- **Trustee Council Meetings**                                 $1,500
These funds are to cover expenses for five Trustee Council meetings, at an estimated cost of
$300.00 per meeting.

- **Public Notices**                                           $7,100
These funds are to cover the cost of advertising public meetings and workshops in newspapers in
the spill affected area newspapers.

- **Postage**                                                  $3,000
These funds are to cover cost of US Postal Service mailings.

- **Courier Services**                                         $1,200
These funds are to cover the cost of express mailings and courier services, at an estimated cost of
$100 per month.

- **Equipment Maintenance and agreements**                     $5,850
These funds are to cover the cost of the maintenance agreement for the Savin Printer/copier
($4500.00), and any unforeseen maintenance expenses on other office equipment ($1000.00), as
well as postage meter usage fees etc. ($350.00).

- **ADA Compliance**                                           $1,225
These funds are required by State agency regulations to cover the expense of any ADA needs
necessary to accommodate access to EVOS sponsored meetings.

- **Transcription**                                            $6,000
These funds are to cover a contract with Computer Matrix for transcription services.

- **Computer Service and EPR Telecommunications**              $14,580
These funds are to cover the Restoration Office share of the EPR Telecommunications and
computer serves paid by all ADF&G divisions. These costs are based on the number of full time
positions divided by the total cost. The estimated cost per position (nine full time positions) per
year per person is $1,620.00.

- **Staff Training and Conference Registration**                    **$3,000**

These funds are to pay for the cost of various administrative staff training.

- ***Habitat Parcels Catalog Production***                    **$22,000**

These funds will be used to publish a catalog of all parcels acquired pursuant to the Trustee Council's restoration program. Level of effort is estimated at one month each of a project manager/editor writer and a cartographer. Publication costs are estimated at $5,000 for black and white document with full color map inserts, spiral bound. Information such as location, description, total acreage, rights acquired and benefits to injured resources and services will be included in text. (ADNR)

## COMMODITIES - $18,400.00

- **Office supplies**                    **$18,400**

These funds are to cover the cost of miscellaneous office supplies, paper, toner, meeting materials etc.

> (The NOS grant absorbs $6,400.00 for miscellaneous office supplies for Science Management and Administrative related expenses.)

## EQUIPMENT - $15,000.00

- **Copier**                    **$15,000**

These funds are needed to purchase a replacement for the existing copier that is nearing the end of its life cycle.

## AGENCY DISTRIBUTION

| Admin Mgmt | ADF&G* | ADNR | USDOI |
|---|---|---|---|
| Personnel | $415,337 | $0 | $0 |
| Travel | $5,380 | $0 | $0 |
| Contractual | $95,655 | $22,000 | $144,000 |
| Commodities | $12,000 | $0 | $0 |
| Equipment | $15,000 | $0 | $0 |
| G&A | $48,903 | $1,980 | $12,960 |
| Total | $592,275 | $23,980 | $156,960 |

*The figures for ADF&G ***EXCLUDE*** the following line items provided by the NOS grant:
- o  $51,300 in personnel for the Administrative Officer position,
- o  $5,100 in travel, and
- o  $6,400 in commodities.

*Date Prepared: 1/6/06*

## DATA MANAGEMENT - $205,241

|  | Total Budget | EVOS Funds | NOS Grant |
|---|---|---|---|
| Personnel | $182,728 | $128,728 | $54,000 |
| Travel | $0 | $0 | $0 |
| Contractual | $4,000 | $4,000 | $0 |
| Commodities | $6,000 | $6,000 | $0 |
| Equipment | $ 0 | $0 | $0 |
| G&A | $12,486 | $12,486 | $0 |
| Total Data Mgmt. | $205,214 | $151,214 | $54,000 |

## PERSONNEL - $182,728

| Position | Range/Step | Months | Monthly Cost | Annual Costs |
|---|---|---|---|---|
| Data Systems Manager | 22E | 12.0 | $8,751.43 | $105,017.16 |
| Analyst/Programmer III* | 18C | 12.0 | $6,475.92 | $77,711.04 |
| **Total Personnel** |  |  | $15,227 | $182,728 |

*The NOS Grant covers a portion of the salary ($54,000) for the Analyst Programmer.

## TRAVEL – $0

## CONTRACTUAL -$4,000

- **Data Management Training**                                          $4,000

These funds are to cover the cost of training for data management staff and other restoration office staff in the use and/or management of computer software, hardware, or networks.

## COMMODITIES - $6,000

- **Computer Software and Hardware**                          $6,000

These funds are to cover any software licenses and/or maintenance for the entire office. Software purchases include Microsoft Office and Adobe Acrobat license upgrades for the restoration office at approximately $250 and $100 respectively per user. Additional purchases are needed for 2 Macromedia Dreamweaver Licenses ($400 each) as well as upgrades to 2 existing licenses ($125 each). Some software and hardware needs are unforeseen and include equipment failure and the acquisition of software to assist in performing certain duties.

## AGENCY DISTRIBUTION

|  | ADF&G* |
|---|---|
| Personnel | $1.8,728 |
| Travel | $0 |
| Contractual | 34,000 |
| Commodities | 36,000 |
| Equipment | $0 |
| G&A | $12,486 |
| Total Data Mgmt. | $1.51,214 |

*This distribution does not include the $54,000 provided
by the NOS grant for the Analyst Programmer III position.

## SCIENCE MANAGEMENT  - $472,185

|  | Total Budget | EVOS Funds | NOS Grant |
|---|---|---|---|
| Personnel | $218,347 | $158,947 | $59,400 |
| Travel | $15,800 | $9,200 | $6,600 |
| Contractual | $204,500 | $204,500 | $0 |
| Commodities | $ 0 | $0 | $0 |
| Equipment | $ 0 | $0 | $0 |
| G&A | $33,538 | $33,538 | $0 |
| Total | $472,185 | $406,185 | $66,000 |

## PERSONNEL - $218,347

| Position | Range/Step | Months | Monthly Cost | Annual Costs |
|---|---|---|---|---|
| Science Director | 26E | 9.0 | $10,931.77 | $98,385.93 |
| Science Coordinator* | 22L | 12.0 | $9,996.77 | $119,961.24 |
| Total Personnel |  |  | $20,929 | $218,347 |

*The NOS Grant covers a portion of the salary ($59,400) for the Science Coordinator.

## TRAVEL – $15,800

- **Annual Marine Science Symposium**                    **$2,000**

Travel support for keynote speaker, to include airfare, ground transportation, *per diem* and lodging.

- **IGD - Injured Species Review Team**                    **$4,000**

Travel support for the Injured Species Review team (Outside of Agency Staff) to attend meetings in Anchorage.  Expenses will include airfare, ground transportation *per diem* and lodging as necessary.

- **National Conferences and Meetings**                    **$9,800**

Travel support for Science Director to attend national conferences/meetings, estimated to cost $1,600.00 per trip, to include airfare, ground transportation, *per diem* and lodging. (The NOS Grant covers a portion of Science staff travel to national conferences/meetings.)

## CONTRACTUAL - $204,500

- **Science Director Conference Registration**                    **$1,000**

These funds are to pay of the cost of conference registration or training for the Science Director.

- **Annual Marine Science Symposium**                    **$25,000**

These funds to support the Annual Marine Science Symposium include meeting space and equipment rental.  The symposium's total estimated cost is $60,000.00; costs will be offset by other funding sources.

*Date Prepared: 1/6/06*

- **Science Management Workshops**      **$1,000**

These funds are to support miscellaneous meeting costs for an EVOS sponsored watershed workshop.

- **Injured Species update publication**      **$9,500**

Publication and printing cost associated with the Injured Species Update. Estimate includes $5,500 for technical writing and $4,000 for publication.

- *Applied Marine Science contract*      **$95,000**

This contractual line item provides for scientific and technical support to the Executive Director, principle investigators and agency liaisons as needed. (ADNR)

- *Peer Review Contract*      **$33,000**

Final reports are the required deliverable for most Trustee Council-funded scientific projects. To Ensure the scientific integrity of the findings in these reports, the Council requires scientific peer review by nationally recognized experts in the appropriate fields. This contract line item provides compensation for the scientific and technical review of EVOS final reports. This review is coordinated by Applied Marine Sciences. (ADNR)

- *Lingering Oil Committee Meetings*      **$40,000**

$20,000 for two 2-day meetings of the Lingering Oil Committee in Anchorage. Should additional meetings be needed, tele- or video-conferencing will be utilized and coordinated by the Restoration Office. The Lingering Oil Committee will be coordinated by Applied Marine Sciences and chaired by Dr. Bob Spies. (ADNR)

## AGENCY DISTRIBUTION

|             | ADF&G*    | ADNR     |
|-------------|-----------|----------|
| Personnel   | $158,947  | $0       |
| Travel      | $9,200    | $0       |
| Contractual | $36,500   | $68,000  |
| Commodities | $0        | $0       |
| Equipment   | $0        | $0       |
| G&A         | $18,418   | $15,120  |
| Total       | $223,065  | $83,120  |

*The figures for ADF&G ***EXCLUDE*** the following line items provided by the NOS grant:
- $59,400 in personnel for the Science Coordinator position, and
- $6,600 in travel.

## COMMUNITY INVOLVEMENT - $19,947

|  | EVOS Funds |
|---|---|
| Personnel | $0 |
| Travel | $16,300 |
| Contractual | $2,000 |
| Commodities | $0 |
| Equipment | $0 |
| G&A | $1,647 |
| Total | $19,947.00 |

## TRAVEL - $16,300

- **Spill Area Community Meetings/Conferences**      **$4,200**

Travel support for three staff persons to attend and or participate in minimum of two community sponsored meetings in the spill effected area at an estimated cost of $700.00 per trip, to include airfare, ground transportation, *per diem* and lodging.

- **Injured Species Workshops**      **$12,100**

Travel support for a series of one day workshops in the spill affected areas to assist Science Staff in the development of an update to the Injured Resources and Services list, to include airfare, ground transportation, *per diem* and lodging for 2 EVOS staff plus one Trustee.

## CONTRACTUAL - $2,000

- **Spill Area Community Meetings/Contract Costs**      **$2,000**

Meeting expenses.

## AGENCY DISTRIBUTION

|  | ADF&G |
|---|---|
| Personnel | $0 |
| Travel | $16,300 |
| Contractual | $2,000 |
| Commodities | $0 |
| Equipment | $0 |
| G&A | $1,647.00 |
| Total | $19,947.00 |

## PUBLIC ADVISORY COMMITTEE (PAC) - $28,286

|  | EVOS Funds |
|---|---|
| Personnel | $6,500 |
| Travel | $18,850 |
| Contractual | $600 |
| Commodities | $0 |
| Equipment | $0 |
| G&A | $2,336 |
| Total | $28,286 |

### PERSONNEL - $6,500

Funds are provided for the Designated Federal Officer assigned to the PAC as required by FACA. This individual coordinates the scheduling of meetings, development of the agenda and meeting minutes, and provides assistance to the Chair and the Restoration Office as needed.

### TRAVEL - $18,850

- **PAC Meetings**                                          **$18,850**

Travel support for 13 out-of-town PAC members to attend approximately two meetings in Anchorage (one meeting to be held during the annual Marine Science Symposium) for a total of 26 two-day trips at an estimated average cost of $725.00 per person per trip to include: airfare, ground transportation, *per diem* and lodging.

### CONTRACTUAL - $600

- **PAC Meetings**                                          **$600**

These funds will cover meeting expenses.

### AGENCY DISTRIBUTION

|  | ADF&G | DOI |
|---|---|---|
| Personnel | $0 | $6,500 |
| Travel | $18,850 | $0 |
| Contractual | $600 | $0 |
| Commodities | $0 | $0 |
| Equipment | $0 | $0 |
| G&A | $1,751 | $585 |
| Total | $21,201 | $7,085 |

## SCIENTIFIC AND TECHNICAL ADVISORY COMMITTEE (STAC) — $51,600

|  | EVOS Funds | NCS Grant |
|---|---|---|
| Personnel | $0 | $0 |
| Travel | $0 | $11,600 |
| Contractual | $0 | $40,000 |
| Commodities | $0 | $0 |
| Equipment | $0 | $0 |
| G&A | $0 | $0 |
| Total | $0 | $51,600 |

**TRAVEL - $11,600**

Travel support funds are provided for up to three STAC members to attend approximately two meetings in Anchorage to review and develop recommendations relative to the draft work plan and proposals, attend the annual symposium and PAC meetings as requested by the Executive Director.

**CONTRACTUAL - $40,000**

The STAC meets to evaluate proposals received under the FY07 Invitation. The STAC reviews, synthesizes, and makes funding and programmatic recommendations based on the scientific and technical peer review comments obtained for each proposal. Contractual funds are required to compensate non-governmental STAC members for participation in STAC committee meetings, coordinate voluntary peer review of project proposals, and develop recommendations relative to the annual work plan as requested by the Executive Director.

**AGENCY DISTRIBUTION**

|  | ADF&G* |
|---|---|
| Personnel | $0 |
| Travel | $0 |
| Contractual | $0 |
| Commodities | $0 |
| Equipment | $0 |
| G&A | $0 |
| Total | $0 |

*All Funds are provided by the NOS Grant

ATTACHMENT A
Page 21 of 32

## TRUSTEE COUNCIL MEMBER EXPENSES- $34,880

|  | EVOS Funds |
|---|---|
| Personnel | $0 |
| Travel | $32,000 |
| Contractual | $0 |
| Commodities | $0 |
| Equipment | $0 |
| G&A | $2,880 |
| Total | $34,880 |

### TRAVEL - $32,000

- **ADFG Trustee Council Member Travel**                  **$5,000**

Travel support for the Trustee Council member or Alternate's travel expenses to participate in approximately five one-day meetings in Anchorage at a cost of approximately $1000.00 per trip.

- **DOI Trustee Council Member Travel**                  **$8,000**

Travel support for the Trustee Council member or Alternate's travel expenses to participate in approximately five one day meetings in Anchorage, at a cost of approximately $1,600.00 per trip.

- **NOAA Trustee Council Member Travel**                  **$9,000**

Travel support for the Trustee Council member or Alternate's travel expenses to participate in approximately five one-day meetings in Anchorage, at a cost of approximately $1,800.00 per trip.

- **ADEC Trustee Council Member Travel**                  **$5,000**

Travel support for the Trustee Council member or Alternate's travel expenses to participate in approximately five one-day meetings in Anchorage, at a cost of approximately $1000.00 per trip.

- **DOL Trustee Council Member Travel**                  **$5,000**

Travel support for the Trustee Council member or Alternate's travel expenses to participate in approximately five one day meetings in Anchorage, at a cost of approximately $1000.00 per trip

### AGENCY DISTRIBUTION

|  | ADF&G | DOI | NOAA | ADEC | ADOL |
|---|---|---|---|---|---|
| Personnel | $0 | $0 | $0 | $0 | $0 |
| Travel | $5,000 | $8,000 | $9,000 | $5,000 | $5,000 |
| Contractual | $0 | $0 | $0 | $0 | $0 |
| Commodities | $0 | $0 | $0 | $0 | $0 |
| Equipment | $0 | $0 | $0 | $0 | $0 |
| G&A | $ 450 | $ 720 | $ 810 | $ 450 | $ 450 |
| Total | $5,450 | $8,720 | $9,810 | $5,450 | $5,450 |

ATTACHMENT A
Page 22 of 32

## SMALL PARCEL PROGRAM - $98,100

|  | EVOS Funds |
|---|---|
| Personnel | $0 |
| Travel | $0 |
| Contractual | $90,000 |
| Commodities | $0 |
| Equipment | $0 |
| G&A | $8,100 |
| Total | $98,100 |

## CONTRACTUAL - $90,000

Funds are provided in support of agency efforts to bring viable small parcel proposals to the Council for consideration. Expenses such as title review, hazmat review and survey review and similar expenses are appropriate due diligence efforts which may be undertaken by sponsoring agencies under this program. Expenditures are listed under the Contractual line item but due diligence may be accomplished through the use of contractors or in-house staff as determined by the agency to be most efficient and/or cost effective. No capital obligations may be incurred without further Council approval.

## AGENCY DISTRIBUTION

|  | ADNR | DOI | USFS |
|---|---|---|---|
| Personnel | $0 | $0 | $0 |
| Travel | $0 | $0 | $0 |
| Contractual | $45,000 | $22,500 | $22,500 |
| Commodities | $0 | $0 | $0 |
| Equipment | $0 | $0 | $0 |
| G&A | $4,050 | $2,025 | $2,025 |
| Total | $49,050 | $24,525 | $24,525 |

ATTACHMENT A
Page 23 of 32

## PROGRAM SUPPORT /PROJECT MANAGEMENT - $354,130

|  | EVOS Funds |
|---|---|
| Personnel | $324,890 |
| Travel | $0 |
| Contractual | $0 |
| Commodities | $0 |
| Equipment | $0 |
| G&A | $29,240 |
| Total | $354,130 |

## PERSONNEL - $324,890
### Project Management
Project Management funds provide agencies managing contracts or projects in support of the
EVOS Trustee Council Restoration program with funds necessary to manage contracts, report on
the status of projects, facilitate communication between the agencies and the restoration office,
and perform other administrative functions necessary for the implementation of projects
authorized by the Trustee Council.

| | |
|---|---|
| ADFG (Liaison) (10 Months) | $ 72,000 |
| DOI/USGS (Liaison – Bohn) | 46,200 |
| NOAA (Liaison – Hagen) | 45,000 |
| ADNR (Liaison – Fries) | 25,000 |
| TOTAL | $188,200 |

### TC Council Support
Funds provided for Trustee Council Support provide trustees with staff and support necessary to
prepare for meetings, communicate trustee agency positions, and coordinate with other trustee
agencies, as determined necessary by the Trustees.

| | |
|---|---|
| USDA/USFS (Liaison – Zemke) | $22,500 |
| ADEC (Technical Support Staff & Liaison – Dietrick) | $78,000 |
| DOI/USFWS (Liaison – Kohout) | $10,440 |
| DOI/USGS (Federal Budget Officer – Nesslage) | $15,750 |
| NOAA (O'Connor) | $10,000 |
| TOTAL | $136,690 |

## AGENCY DISTRIBUTION

|  | ADEC | ADF&G | ADNR | DOI | NOAA | USFS |
|---|---|---|---|---|---|---|
| Personnel | $78,000 | $72,000 | $25,000 | $72,390 | $55,000 | $22,500 |
| Travel | $0 | $0 | $0 | $0 | $0 | $0 |
| Contractual | $0 | $0 | $0 | $0 | $0 | $0 |
| Commodities | $0 | $0 | $0 | $0 | $0 | $0 |
| Equipment | $0 | $0 | $0 | $0 | $0 | $0 |
| G&A | $7,020 | $6,480 | $2,250 | $6,515 | $4,950 | $2,025 |
| Total | $85,020 | $78,480 | $27,250 | $78,905 | $59,950 | $24,525 |

ATTACHMENT A
Page 24 of 32

## ATTACHMENT A:  ALLOCATION OF EVOS FUNDS BY AGENCY

| ADF&G | Total Budget* | Resolution 06-03 | Resolution 06-04 | Resolution 06-06 | Resolution 06-08 |
|---|---|---|---|---|---|
| Personnel | $775,012 | $162,698.83 | $81,591.68 | $163,183.36 | $367,538 |
| Travel | $54,730 | $0 | $4,300.00 | $13,425 | $37,005 |
| Contractual | $138,755 | $17,483 | $6,592.00 | $41,484 | $73,196 |
| Commodities | $18,000 | $0 | $0 | $2,000 | $16,000 |
| Equipment | $15,000 | $0 | $0 | $0.0 | $15,000 |
| G&A | $90,135 | $16,216.36 | $8,323.53 | $19,808.31 | $45,787 |
| Total | $1,091,632 | $196,398.19 | $100,807.21 | $239,900.67 | $554,526 |

*The figures for ADF&G *EXCLUDE* previously allocated *NOS Funds* in the following line items:
  $164,700 in personnel, $23,300 in travel, $40,000 in contractual, $6,400 in commodities

| ADEC | Total Budget | Resolution 06-03 | Resolution 06-04 | Resolution 06-06 | Resolution 06-08 |
|---|---|---|---|---|---|
| Personnel | $78,000 | $0 | $0 | $0 | $78,000 |
| Travel | $5,000 | $0 | $500 | $2,000 | $2,500 |
| Contractual | $0 | $0 | $0 | $0 | $0 |
| Commodities | $0 | $0 | $0 | $0 | $0 |
| Equipment | $0 | $0 | $0 | $0 | $0 |
| G&A | $7,470 | $ 0 | $ 45 | $ 180 | $7,245 |
| Total | $90,470 | $ 0 | $ 545 | $2,180 | $87,745 |

| ADNR | Total Budget | Resolution 06-03 | Resolution 06-04 | Resolution 06-06 | Resolution 06-08 |
|---|---|---|---|---|---|
| Personnel | $25,000 | $1,400 | $700 | $1,400 | $21,500 |
| Travel | $0 | $0 | $0 | $0 | $0 |
| Contractual | $235,000 | $15,833 | $60,916 | $37,833 | $120,417 |
| Commodities | $0 | $0 | $0 | $0 | $0 |
| Equipment | $0 | $0 | $0 | $0 | $0 |
| G&A | $23,400 | $1,551 | $5,545 | $3,531 | $12,773 |
| Total | $283,400 | $18,784 | $67,162 | $42,764 | $154,690 |

| ADOL | Total Budget | Resolution 06-03 | Resolution 06-04 | Resolution 06-06 | Resolution 06-08 |
|---|---|---|---|---|---|
| Personnel | $0 | $0 | $0 | $0 | $0 |
| Travel | $5,000 | $0 | $0 | $2,500 | $2,500 |
| Contractual | $0 | $0 | $0 | $0 | $0 |
| Commodities | $0 | $0 | $0 | $0 | $0 |
| Equipment | $0 | $0 | $0 | $0 | $0 |
| G&A | $ 450 | $ 0 | $ 0 | $ 225 | $ 225 |
| Total | $5,450 | $ 0 | $ 0 | $2,725 | $2,725 |

| NOAA | Total Budget | Resolution 06-03 | Resolution 06-04 | Resolution 06-06 | Resolution 06-08 |
|---|---|---|---|---|---|
| Personnel | $55,000 | $15,200 | $7,600 | $15,200 | $17,000 |
| Travel | $9,000 | $0 | $500 | $4,000 | $4,500 |
| Contractual | $0 | $0 | $0 | $0 | $0 |
| Commodities | $0 | $0 | $0 | $0 | $0 |
| Equipment | $0 | $0 | $0 | $0 | $0 |
| G&A | $5,760 | $1,368 | $ 729 | $1,728 | $1,935 |
| Total | $69,760 | $16,568 | $8,829 | $20,928 | $23,435 |

| USDOI | Total Budget | Resolution 06-03 | Resolution 06-04 | Resolution 06-06 | Resolution 06-08 |
|---|---|---|---|---|---|
| Personnel | $78,890 | $15,066.67 | $5,233.34 | $10,466.68 | $48,123 |
| Travel | $8,000 | $0 | $500 | $3,500 | $4,000 |
| Contractual | $166,500 | $24,000 | $12,000 | $24,000 | $106,500 |
| Commodities | $0 | $0 | $0 | $0 | $0 |
| Equipment | $0 | $0 | $0 | $0 | $0 |
| G&A | $22,805 | $3,516 | $1,596 | $3,417 | $14,276 |
| Total | $276,195 | $42,583 | $19,329 | $41,384 | $172,899 |

| USFS | Total Budget | Resolution 06-03 | Resolution 06-04 | Resolution 06-06 | Resolution 06-08 |
|---|---|---|---|---|---|
| Personnel | $22,500 | $0 | $0 | $0 | $22,500 |
| Travel | $0 | $0 | $0 | $0 | $0 |
| Contractual | $22,500 | $0 | $0 | $0 | $22,500 |
| Commodities | $0 | $0 | $0 | $0 | $0 |
| Equipment | $0 | $0 | $0 | $0 | $0 |
| G&A | $4,050 | $0 | $0 | $0 | $4,050 |
| Total | $49,050 | $0 | $0 | $0 | $49,050 |

*Date Prepared: 1/6/06*

Page 18 of 18

# RESOLUTION 06-09 OF THE
## *EXXON VALDEZ* OIL SPILL TRUSTEE COUNCIL
## REGARDING THE FY 2006 WORK PLAN
## PROJECT 040620-2 (Ballachey/Bodkin)

We, the undersigned, duly authorized members of the *Exxon Valdez* Oil Spill Trustee Council do hereby certify that, in accordance with the Memorandum of Agreement and Consent Decree entered as settlement of <u>United States of America v. State of Alaska</u>, No. A91-081 Civil, U.S. District Court for the District of Alaska, and after public meetings, unanimous agreement has been reached to expend funds received in settlement of <u>State of Alaska v. Exxon Corporation, et al.</u>, No. A91-083 CIV, and <u>United States of America v. Exxon Corporation, et al.</u>, No. A91-082 CIV, U.S. District Court for the District of Alaska, for necessary natural resource damage assessment and restoration activities for fiscal year 2006. The monies are to be distributed according to the following schedule:

### FY 2006 Fund Distribution

| | |
|---|---|
| **SUBTOTAL TO STATE OF ALASKA** | **$ 0** |
| | |
| U.S. Department of the Interior | $ 6,000 |
| National Oceanic & Atmospheric Administration | $ 0 |
| **SUBTOTAL TO UNITED STATES OF AMERICA** | **$ 6,000** |

Funds must be spent in accordance with the following conditions: (1) If a Principal Investigator (PI) has an overdue report or manuscript from a previous year, no funds may be expended on a project involving the PI unless the report is submitted or a schedule for submission is approved by the Executive Director; (2) a project's lead agency must demonstrate to the Executive Director that requirements of the National Environmental Policy Act (NEPA) are met before any project funds may be expended (with the exception of funds spent to prepare NEPA documentation); and (3) a PI for each project must submit a signed form to the Executive Director indicating his or her

Resolution 06-09

ATTACHMENT *A*
Page 27 of 32

agreement to abide by the Trustee Council's data and report requirements before any project funds may be expended.

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make funds available for this project for a total of $6,000 from the appropriate account as designated by the Executive Director.

Approved by the Council at its teleconference meeting of February 8, 2006 held in Anchorage, Alaska as affirmed by our signatures affixed below.

_____
JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

_____
DAVID W. MÁRQUEZ
Attorney General
State of Alaska

_____
DRUE PEARCE
Senior Advisor to the Secretary
for Alaskan Affairs
U.S. Department of the Interior

_____
CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
  Administration
U.S. Department of Commerce

_____
McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

_____
KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
Conservation

Resolution 06-09

ATTACHMENT A
Page 28 of 32

agreement to abide by the Trustee Council's data and report requirements before any project funds may be expended.

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make funds available for this project for a total of $6,000 from the appropriate account as designated by the Executive Director.

Approved by the Council at its teleconference meeting of February 8, 2006 held in Anchorage, Alaska as affirmed by our signatures affixed below.


JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

DAVID W. MÁRQUEZ
Attorney General
State of Alaska


DRUE PEARCE
Senior Advisor to the Secretary
for Alaskan Affairs
U.S. Department of the Interior

CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
  Administration
U.S. Department of Commerce


McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
Conservation

Resolution 06-09

ATTACHMENT    A
Page 29 of 32

agreement to abide by the Trustee Council's data and report requirements before any project funds may be expended.

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make funds available for this project for a total of $6,000 from the appropriate account as designated by the Executive Director.

Approved by the Council at its teleconference meeting of February 8, 2006 held in Anchorage, Alaska as affirmed by our signatures affixed below.


JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

DAVID W. MÁRQUEZ
Attorney General
State of Alaska


DRUE PEARCE
Senior Advisor to the Secretary
for Alaskan Affairs
U.S. Department of the Interior

CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
  Administration
U.S. Department of Commerce


McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
Conservation


2                                    Resolution 06-09

ATTACHMENT A
Page 30 of 32

agreement to abide by the Trustee Council's data and report requirements before any project funds may be expended.

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make funds available for this project for a total of $6,000 from the appropriate account as designated by the Executive Director.

Approved by the Council at its teleconference meeting of February 8 2006 held in Anchorage, Alaska as affirmed by our signatures affixed below.


JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture


DAVID W. MÁRQUEZ
Attorney General
State of Alaska


DRUE PEARCE
Senior Advisor to the Secretary
for Alaskan Affairs
U.S. Department of the Interior


CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
  Administration
  U.S. Department of Commerce


McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game


KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
Conservation

Resolution 06-09

ATTACHMENT A
Page 31 of 32

agreement to abide by the Trustee Council's data and report requirements before any project funds may be expended.

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make funds available for this project for a total of $6,000 from the appropriate account as designated by the Executive Director.

Approved by the Council at its teleconference meeting of February 8, 2006 held in Anchorage, Alaska as affirmed by our signatures affixed below.

JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

DAVID W. MÁRQUEZ
Attorney General
State of Alaska

DRUE PEARCE
Senior Advisor to the Secretary
for Alaskan Affairs
U.S. Department of the Interior

CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
 Administration
 U.S. Department of Commerce

McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
Conservation

Resolution 06-09

ATTACHMENT    A
Page 32 of 32