# STATE OF ALASKA

*FRANK H. MURKOWSKI,*
*GOVERNOR*

## DEPARTMENT OF LAW

*OFFICE OF THE ATTORNEY GENERAL*

*Environmental*
*1031 WEST 4ᵗʰ AVENUE, SUITE 200*
*ANCHORAGE, ALASKA 99501-1994*
*PHONE:    (907) 269-5274*
*FAX:    (907) 278-7022*

July 6, 2006

Mr. Gary Bader
Chief Investment Officer
Treasury Division, Dept. of Revenue
P.O. Box 110405
Juneau, AK 99811-0405

        Re:    Exxon Valdez Oil Spill Investment Fund

Dear Mr. Bader:

    The Exxon Valdez Trustee Council has unanimously determined to expend $129,300.00 in joint trust funds for restoration purposes consistent with the terms of the Memorandum of Agreement and Consent Decree entered by the federal district court in *United States v. State of Alaska*, No. A91-081 CIV (D. Alaska) on August 28, 1991. Of this amount, $44,000.00 will come from the Habitat Sub-Account, which is currently held by the State of Alaska in the Exxon Valdez Oil Spill Investment Fund and invested by the Treasury Division, Alaska Department of Revenue. The remaining $85,300 will come from lapsed funds and accrued interest on settlement monies previously disbursed that are within the State of Alaska's General Funds and Other Non-Segregated Investments Account ("GeFONSI Account") and the Natural Resource Damage Assessment and Restoration Fund managed by the U.S. Department of Interior. Under the terms of the Reimbursable Services Agreement between the Alaska Department of Fish and Game and the Alaska Department of Revenue, please transfer the following amounts from cash held in the Exxon Valdez Oil Spill Investment Fund to the accounts described below:

**State of Alaska**
      Amount:    $44,000.00
                 State of Alaska
                 Exxon Valdez Settlement Account
                 GeFONSI 33070
                 Account 22177

Mr. Gary Bader                                              Page Two
Treasury Division, Department of Revenue                   July 6, 2006

  The transfer should take place when most financially advantageous, but no later than July 13, 2006, or as soon thereafter as possible. If you have any questions, please call Rita Lovett at (907) 269-5274.

Sincerely,

Rita H. Lovett                          Regina R. Belt
Assistant Attorney General              Environmental Enforcement Section
State of Alaska                         Environment & Natural Resources Division
                                        U.S. Department of Justice
                                        United States of America


cc: Divina Pelayo, Alaska Department of Fish and Game
  Sue Bump, Alaska Department of Revenue
  Bob Mitchell, Alaska Department of Revenue
  Barbara Hannah, Exxon Valdez Oil Spill Trustee Council Restoration Office


ATTACHMENT A
Page 1 of 23

## RESOLUTION 06-10 OF THE
## *EXXON VALDEZ* OIL SPILL TRUSTEE COUNCIL
## REGARDING THE FY 2006 WORK PLAN
## PROJECT 060100 – EVOS Administration

We, the undersigned, duly authorized members of the *Exxon Valdez* Oil Spill Trustee Council do hereby certify that, in accordance with the Memorandum of Agreement and Consent Decree entered as settlement of United States of America v. State of Alaska, No. A91-081 Civil, U.S. District Court for the District of Alaska, and after public meetings, unanimous agreement has been reached to expend funds received in settlement of State of Alaska v. Exxon Corporation, et al., No. A91-083 CIV, and United States of America v. Exxon Corporation, et al., No. A91-082 CIV, U.S. District Court for the District of Alaska, for necessary Natural Resource Damage Assessment and Restoration activities for fiscal year 2006. The monies are to be distributed according to the following schedule for Trustee Council members' travel expenditures due to additional necessary trustee council meetings:

### FY 2006 Fund Distribution

| | |
|---|---|
| Department of Environmental Conservation | $ 1,000 |
| **SUBTOTAL TO STATE OF ALASKA** | **$ 1,000** |
| | |
| U.S. Department of the Interior | $ 4,800 |
| National Oceanic & Atmospheric Administration | $ 4,500 |
| **SUBTOTAL TO UNITED STATES OF AMERICA** | **$ 9,300** |

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make funds available for this project for a total of $10,300 from the appropriate account as designated by the Executive Director.

ATTACHMENT _A_
Page _3_ of _23_

Approved by the Council at its meeting of May 23, 2006 held in Anchorage, Alaska as affirmed by our signatures affixed below.


_for_ _Steven V. Zmke_

JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture


DAVID W. MÁRQUEZ
Attorney General
State of Alaska


DRUE PEARCE
Senior Advisor to the Secretary
for Alaskan Affairs
U.S. Department of the Interior


CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
   Administration
 U.S. Department of Commerce


McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game


KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
Conservation


2

Resolution 06-10

ATTACHMENT _A_
Page _4_ of _23_

Approved by the Council at its meeting of May 23, 2006 held in Anchorage, Alaska as affirmed by our signatures affixed below.

| | |
|---|---|
| JOE L. MEADE<br>Forest Supervisor<br>Forest Service Alaska Region<br>U.S. Department of Agriculture | DAVID W. MARQUEZ<br>Attorney General<br>State of Alaska |
| DRUE PEARCE<br>Senior Advisor to the Secretary<br>for Alaskan Affairs<br>U.S. Department of the Interior | CRAIG R. O'CONNOR<br>Special Counsel<br>National Oceanic & Atmospheric<br>  Administration<br>U.S. Department of Commerce |
| McKIE CAMPBELL<br>Commissioner<br>Alaska Department of Fish and Game | KURT FREDRIKSSON<br>Commissioner<br>Alaska Department of Environmental<br>Conservation |

2

Resolution 06-10

Approved by the Council at its meeting of May 23, 2006 held in Anchorage,
Alaska as affirmed by our signatures affixed below.


JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

DAVID W. MÁRQUEZ
Attorney General
State of Alaska


DRUE PEARCE
Senior Advisor to the Secretary
for Alaskan Affairs
U.S. Department of the Interior

CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
  Administration
U.S. Department of Commerce


McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
Conservation


2                                    Resolution 06-10

Approved by the Council at its meeting of May 23, 2006 held in Anchorage, Alaska as affirmed by our signatures affixed below.

JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

DAVID W. MÁRQUEZ
Attorney General
State of Alaska

DRUE PEARCE
Senior Advisor to the Secretary
for Alaskan Affairs
U.S. Department of the Interior

CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
 Administration
 U.S. Department of Commerce

McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
Conservation

Resolution 06-10

Approved by the Council at its meeting of May 23, 2006 held in Anchorage, Alaska as affirmed by our signatures affixed below.

_____
JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

_____
DAVID W. MÁRQUEZ
Attorney General
State of Alaska

_____
DRUE PEARCE
Senior Advisor to the Secretary
for Alaskan Affairs
U.S. Department of the Interior

_____
CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
  Administration
 U.S. Department of Commerce

_____
McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

_____
KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
Conservation

2                                          Resolution 06-10


ATTACHMENT _A_
Page _8_ of _23_

Approved by the Council at its meeting of May 23, 2006 held in Anchorage, Alaska as affirmed by our signatures affixed below.


_____
JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture


_____
DAVID W. MÁRQUEZ
Attorney General
State of Alaska


_____
DRUE PEARCE
Senior Advisor to the Secretary
for Alaskan Affairs
U.S. Department of the Interior


_____
CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
  Administration
 U.S. Department of Commerce


_____
McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game


_____
KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
Conservation

Resolution 06-10

ATTACHMENT  A
Page  9   of  23

**RESOLUTION 06-11 OF THE**
***EXXON VALDEZ* OIL SPILL TRUSTEE COUNCIL**
**REGARDING THE FY 2006 WORK PLAN**
**PROJECT 060100 – EVOS Administration**

We, the undersigned, duly authorized members of the *Exxon Valdez* Oil Spill Trustee Council do hereby certify that, in accordance with the Memorandum of Agreement and Consent Decree entered as settlement of <u>United States of America v. State of Alaska</u>, No. A91-081 Civil, U.S. District Court for the District of Alaska, and after public meetings, unanimous agreement has been reached to expend funds received in settlement of <u>State of Alaska v. Exxon Corporation, et al.</u>, No. A91-083 CIV, and <u>United States of America v. Exxon Corporation, et al.</u>, No. A91-082 CIV, U.S. District Court for the District of Alaska, for necessary Natural Resource Damage Assessment and Restoration activities for fiscal year 2006. The monies are to be distributed according to the following schedule for the Trustee Council Restoration Office to develop a Pacific Herring Restoration Plan for Prince William Sound. Funds will be used to support travel and logistics work sessions by a 6 – 8 person restoration team to initiate planning efforts; pay for services of non-agency personnel to write, edit and review drafts of the plan as it is developed; and if sufficient funds remain upon completion, to print, bind and distribute the plan.

### FY 2006 Fund Distribution

| | |
|---|---|
| Department of Fish & Game | $ 75,000 |
| **SUBTOTAL TO STATE OF ALASKA** | **$ 75,000** |
| | |
| **SUBTOTAL TO UNITED STATES OF AMERICA** | **$ .00** |

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to

ATTACHMENT A
Page 10 of 23

make funds available for this project for a total of $75,000 from the appropriate account as designated by the Executive Director.

Approved by the Council at its meeting of May 23, 2006 held in Anchorage, Alaska as affirmed by our signatures affixed below.


_for_ _____
JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

_____
DAVID W. MÁRQUEZ
Attorney General
State of Alaska


_____
DRUE PEARCE
Senior Advisor to the Secretary
for Alaskan Affairs
U.S. Department of the Interior

_____
CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
  Administration
U.S. Department of Commerce


_____
McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

_____
KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
Conservation

Resolution 06-11

ATTACHMENT _A_
Page __11__ of __23__

make funds available for this project for a total of $75,000 from the appropriate account as designated by the Executive Director.

Approved by the Council at its meeting of May 23, 2006 held in Anchorage, Alaska as affirmed by our signatures affixed below.

_____
JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

_____
DAVID W. MÁRQUEZ
Attorney General
State of Alaska

_____
DRUE PEARCE
Senior Advisor to the Secretary
for Alaskan Affairs
U.S. Department of the Interior

_____
CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
   Administration
U.S. Department of Commerce

_____
McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

_____
KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
Conservation

Resolution 06-11

ATTACHMENT A
Page 12 of 23

make funds available for this project for a total of $75,000 from the appropriate account as designated by the Executive Director.

Approved by the Council at its meeting of May 23, 2006 held in Anchorage, Alaska as affirmed by our signatures affixed below.


JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture


DAVID W. MÁRQUEZ
Attorney General
State of Alaska


DRUE PEARCE
Senior Advisor to the Secretary
for Alaskan Affairs
U.S. Department of the Interior


CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
   Administration
U.S. Department of Commerce


McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game


KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
Conservation


2

Resolution 06-11

ATTACHMENT  A
Page 13 of 23

make funds available for this project for a total of $75,000 from the appropriate account as designated by the Executive Director.

Approved by the Council at its meeting of May 23, 2006 held in Anchorage, Alaska as affirmed by our signatures affixed below.


_____
JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture


_____
DAVID W. MÁRQUEZ
Attorney General
State of Alaska


_____
DRUE PEARCE
Senior Advisor to the Secretary
for Alaskan Affairs
U.S. Department of the Interior


_____
CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
 Administration
 U.S. Department of Commerce


_____
McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game


_____
KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
Conservation

Resolution 06-11

ATTACHMENT A
Page 14 of 23

make funds available for this project for a total of $75,000 from the appropriate account as designated by the Executive Director.

Approved by the Council at its meeting of May 23, 2006 held in Anchorage, Alaska as affirmed by our signatures affixed below.


JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture


DAVID W. MÁRQUEZ
Attorney General
State of Alaska


CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
  Administration
U.S. Department of Commerce


DRUE PEARCE
Senior Advisor to the Secretary
for Alaskan Affairs
U.S. Department of the Interior


McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game


KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
Conservation

Resolution 06-11

ATTACHMENT A
Page 15 of 23

make funds available for this project for a total of $75,000 from the appropriate account as designated by the Executive Director.

Approved by the Council at its meeting of May 23, 2006 held in Anchorage, Alaska as affirmed by our signatures affixed below.


_____
JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture


_____
DAVID W. MÁRQUEZ
Attorney General
State of Alaska


_____
DRUE PEARCE
Senior Advisor to the Secretary
for Alaskan Affairs
U.S. Department of the Interior


_____
CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
   Administration
 U.S. Department of Commerce


_____
McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game


_____
KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
Conservation

Resolution 06-11

ATTACHMENT _A_
Page _16_ of _23_

## RESOLUTION 06-12 OF THE
## *EXXON VALDEZ* OIL SPILL TRUSTEE COUNCIL
## REGARDING THE FY 2006 WORK PLAN
## PROJECT 060100 – EVOS Administration

We, the undersigned, duly authorized members of the *Exxon Valdez* Oil Spill Trustee Council do hereby certify that, in accordance with the Memorandum of Agreement and Consent Decree entered as settlement of United States of America v. State of Alaska, No. A91-081 Civil, U.S. District Court for the District of Alaska, and after public meetings, unanimous agreement has been reached to expend funds received in settlement of State of Alaska v. Exxon Corporation, et al., No. A91-083 CIV, and United States of America v. Exxon Corporation, et al., No. A91-082 CIV, U.S. District Court for the District of Alaska, for necessary Natural Resource Damage Assessment and Restoration activities for fiscal year 2006. The monies are to be distributed according to the following schedule for securing appraisals and conducting site inspections and hazardous materials assessments (Hazmats).

### FY 2006 Fund Distribution

| | |
|---|---|
| Department of Natural Resources | $ 44,000 |
| **SUBTOTAL TO STATE OF ALASKA** | **$ 44,000** |
| **SUBTOTAL TO UNITED STATES OF AMERICA** | **$ .00** |

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make funds available for this project for a total of $44,000 from the appropriate account as designated by the Executive Director.

1                                                          Resolution 06-12

ATTACHMENT A
Page 17 of 23

Approved by the Council at its meeting of May 23, 2006 held in Anchorage, Alaska as affirmed by our signatures affixed below.


_for_ _Steve V. Zenke_

JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

DAVID W. MÁRQUEZ
Attorney General
State of Alaska


DRUE PEARCE
Senior Advisor to the Secretary
for Alaskan Affairs
U.S. Department of the Interior

CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
  Administration
U.S. Department of Commerce


McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
Conservation

Resolution 06-12

ATTACHMENT _A_
Page _18_ of _23_

Approved by the Council at its meeting of May 23, 2006 held in Anchorage, Alaska as affirmed by our signatures affixed below.


_____
JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture


_____
DAVID W. MÁRQUEZ
Attorney General
State of Alaska


_____
DRUE PEARCE
Senior Advisor to the Secretary
for Alaskan Affairs
U.S. Department of the Interior


_____
CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
  Administration
 U.S. Department of Commerce


_____
McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game


_____
KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
Conservation

Resolution 06-12

ATTACHMENT A
Page 19 of 23

Approved by the Council at its meeting of May 23, 2006 held in Anchorage, Alaska as affirmed by our signatures affixed below.


JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture


DAVID W. MÁRQUEZ
Attorney General
State of Alaska


DRUE PEARCE
Senior Advisor to the Secretary
for Alaskan Affairs
U.S. Department of the Interior


CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
   Administration
U.S. Department of Commerce


McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game


KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
Conservation

Resolution 06-12

ATTACHMENT  A
Page 20 of 23        TOTAL P.07

Approved by the Council at its meeting of May 23, 2006 held in Anchorage, Alaska as affirmed by our signatures affixed below.

JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

DAVID W. MÁRQUEZ
Attorney General
State of Alaska

DRUE PEARCE
Senior Advisor to the Secretary
for Alaskan Affairs
U.S. Department of the Interior

CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
  Administration
 U.S. Department of Commerce

McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
Conservation

Resolution 06-12

ATTACHMENT A
Page 21 of 23

Approved by the Council at its meeting of May 23, 2006 held in Anchorage, Alaska as affirmed by our signatures affixed below.


_____
JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

_____
DAVID W. MÁRQUEZ
Attorney General
State of Alaska


_____
DRUE PEARCE
Senior Advisor to the Secretary
for Alaskan Affairs
U.S. Department of the Interior

_____
CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
   Administration
 U.S. Department of Commerce


_____
McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

_____
KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
Conservation


Resolution 06-12


ATTACHMENT A
Page 22 of 23

Approved by the Council at its meeting of May 23, 2006 held in Anchorage, Alaska as affirmed by our signatures affixed below.

_____
JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

_____
DAVID W. MÁRQUEZ
Attorney General
State of Alaska

_____
DRUE PEARCE
Senior Advisor to the Secretary
for Alaskan Affairs
U.S. Department of the Interior

_____
CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
  Administration
 U.S. Department of Commerce

_____
McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

_____
KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
Conservation

Resolution 06-12

ATTACHMENT A
23 of 23