

# Exxon Valdez Oil Spill Trustee Council

441 W. 5th Ave., Suite 500 • Anchorage, AK 99501-2340 • 907 278 8012 • fax 907 276 7178

## TRUSTEE COUNCIL MEETING NOTES
### Anchorage, Alaska
### May 23, 2006

Chaired by: McKie Campbell
Trustee Council Member

Trustee Council Members Present:

| | |
|---|---|
| Joe Meade, USFS | •McKie Campbell, ADF&G |
| Drue Pearce, DOI | Kurt Fredriksson, ADEC |
| Craig O'Connor, NMFS * | David Márquez, ADOL |

• Chair
* Craig O'Connor alternate for James Balsiger

The teleconferenced meeting convened at 8:35 a.m., May 23, 2006 in Anchorage at the EVOS Conference Room.

1. Approval of the Agenda

    APPROVED MOTION:    Approval of the May 23, 2006 agenda

    Motion by O'Connor, second by Márquez

    APPROVED MOTION:    Amend the agenda to move discussion of the FY 07 Invitation to follow the executive director's report

    Motion by Fredriksson, second by O'Connor

    APPROVED MOTION:    Amend the agenda moving discussion of FY 07 Invitation to follow the herring workshop report but before monitoring projects

**Federal Trustees**
U.S. Department of the Interior
U.S. Department of Agriculture
National Oceanic and Atmospheric Administration

ATTACHMENT B
Page 1 of 5

**State Trustees**
Alaska Department of Fish and Game
Alaska Department of Environmental Conservation
Alaska Department of Law

        Motion by O'Connor, second by Fredriksson

2. <u>Approval of March 29 and May 9, 2006 meeting notes</u>

    APPROVED MOTION:    Approval of the March 29 and May 9, 2006 Trustee Council meeting notes, noting inclusion of a motion by the Trustees in the May 9 notes to appoint Michael Baffrey as Executive Director

        Motion by Fredriksson, second by Márquez

**Public Advisory Committee (PAC) comments:** Stacy Studebaker reported on the recently revised Public Advisory Committee Charter for the 2006-2008 term.

Public comment period began at 9:10 a.m.

**One public comment was received.**

Public comment closed at 9:15 a.m.

3. <u>Integral Reports</u>

    WITHDRAWN MOTION:    Motion to approve release of Integral's report for the peer review and to the public simultaneously and have EVOS staff compile the input to modify the report to create an update on the injured resources and services

        Motion by Fredriksson, second by Márquez

4. <u>Implementation of Herring Restoration Plan</u>

    DEFERRED MOTION:    Motion to implement a Herring Restoration Plan effective to run in tandem with FY 07

        Motion by Meade, no second

        Deferred until of FY 07 Invitation discussion

Off the record: 10:10 a.m.
On the record: 10:28 a.m.

5. <u>Implementation of Herring Restoration Plan</u>

   APPROVED MOTION: $75,000 will be spent by the Trustee Council Restoration Office to develop a Pacific Herring Restoration Plan (Plan) for Prince William Sound. Funds will be used to support travel and logistics work sessions needed by a 6 – 8 person Restoration team to initiate planning efforts. Funds will also be used to pay for services of non-agency personnel to write, edit and review drafts of the Plan as it is developed. Finally, if remaining funds are available, they will be used to print, bind and distribute the Plan when completed. Initial efforts including selection of a Restoration team will begin in summer of 2006.

   Motion by Meade, second by O'Connor

6. FY 07 Invitation – Trustee Council staff directed to revise the FY07 Invitation for Proposals with the suggestions from the Trustee Council, circulate it for final concurrence and issue it

Off the record: 11:58 a.m.
On the record: 1:00 p.m.

7. <u>Monitoring projects</u>

   APPROVED MOTION: Motion to include the four monitoring projects in the FY 07 Invitation

   Motion by Márquez, second by Pearce

   APPROVED MOTION: Motion to fund monitoring projects 040624 - Batten, 040699 - Cokelet, 040614 - Okkonen, and 040340 - Weingartner in the absence of alternative funding, between the end of FY 06 and the date upon which

>FY 07 funding is made available so that there is no disruption in collecting information for this period of time. FY 07 funding pursuant to the invitation is subject to approval by the Trustee Council.
>
>Motion by O'Connor, second by Meade

8. Public Advisory Committee (PAC) Charter

   APPROVED MOTION: Motion to approve submitting the PAC Charter for the term of October 2006-September 2008 to the Secretary of the Interior for approval

   Motion by Pearce, second by Fredriksson

9. Small Parcel

   FAILED MOTION: Motion to review parcels KEN 3001 – Corr, KEN 3002 – Russell/Long, KAP 3001 – Chokwak, and KAP 3002 – Capjohn and consider them in the broader context of the FY 07 Invitation

   Motion by Fredriksson, no second

   APPROVED MOTION: Motion to move forward with appraisals and HAZMAT inspections on parcels KEN 3001 – Corr, KEN 3002 – Russell/Long, KAP 3001 – Chokwak, and KAP 3002 – Capjohn ($44,000)

   Motion by O'Connor, second by Pearce

10. Trustee Travel Funds

    APPROVED MOTION: Motion to approve additional $4,800 for DOI, $3,000 for ADF&G, and $1,000 for ADEC travel funds

    Motion by Meade, second by Fredriksson

|   |   |   |
|---|---|---|
|   | APPROVED MOTION: | Motion to amend previous motion to include $4,500 for NOAA |
|   |   | Motion by O'Connor, second by Meade |

11. Executive Session

    APPROVED MOTION:    Motion to move into executive session to discuss legal issues

                                     Motion by Pearce, second by O'Connor

Off the record: 3:25 p.m.

Adjourned

NOTE: The Trustees adjourned from executive session at 4:00 p.m. without going back on the record or taking further action.