

# Exxon Valdez Oil Spill Trustee Council

441 W. 5th Ave., Suite 500 • Anchorage, AK 99501-2340 • 907 278 8012 • fax 907 276 7178

### TRUSTEE COUNCIL MEETING NOTES
Anchorage, Alaska
July 28, 2006

Chaired by: Steve Zemke
Trustee Council Member

Trustee Council Members Present:

| | |
|---|---|
| • Steve Zemke, USFS ** | Heather Brandon, ADF&G *** |
| Drue Pearce, DOI | Kurt Fredriksson, ADEC |
| Craig O'Connor, NMFS * | David Márquez, ADOL |

- Chair
- \* Craig O'Connor alternate for James Balsiger
- \*\* Steve Zemke alternate for Joe Meade
- \*\*\* Heather Brandon alternate for McKie Campbell

The teleconferenced meeting convened at 8: 05 a.m., July 28, 2006 in Anchorage at the EVOS Conference Room.

1. Approval of the Agenda

    APPROVED MOTION:    Amend the agenda to go into executive session following the Executive Director's report

    Motion by O'Connor, second by Fredriksson

    APPROVED MOTION:    Amend the agenda to include timelines for the FY 07 Invitation, proposed completion date for the Update to Injured Resources and Services, and status of Integral's final report (Project 060783)

ATTACHMENT B
Page 1 of 3

**Federal Trustees**
U.S. Department of the Interior
U.S. Department of Agriculture
National Oceanic and Atmospheric Administration

**State Trustees**
Alaska Department of Fish and Game
Alaska Department of Environmental Conservation
Alaska Department of Law

Motion by Fredriksson, second by Márquez

2.  Approval of May 23, 2006 meeting notes

    APPROVED MOTION:    Approval of the May 23, 2006 Trustee Council meeting notes

    Motion by O'Connor, second by Fredriksson

**No Public Advisory Committee (PAC) comments were received.**

Public comment period began at 8:15 a.m.

**One public comment was received.**

Public comment closed at 8:33 a.m.

3.  Executive Session

    APPROVED MOTION:    Motion to go into executive session to discuss implications of the ongoing litigation with regard to Trustee Council decisions on science studies and their direction

    Motion by Zemke, second by O'Connor

Off the record: 8:56 a.m.
On the record: 9:30 a.m.

4.  Building Lease Renewal

    APPROVED MOTION:    Motion to approve option one as detailed in the June 26, 2006 memo to the Trustee Council: EVOS office to remain in the current space, renewing the lease at an annual cost of $160,000 with a 120 day lease cancellation clause

    Motion by Márquez, second by O'Connor

5.  <u>Report Writing Procedures</u>

    APPROVED MOTION:    Motion to defer until such time as the Executive Director feels the procedures are ready to bring back to the Trustee Council

                                       Motion by Pearce, second by O'Connor

Meeting adjourned at 9:50 a.m.