ENVIRONMENTAL

☑ 002

# STATE OF ALASKA

*FRANK H. MURKOWSKI,*
*GOVERNOR*

## DEPARTMENT OF LAW

*OFFICE OF THE ATTORNEY GENERAL*

*Environmental*
*1031 WEST 4ᵗʰ AVENUE, SUITE 200*
*ANCHORAGE, ALASKA 99501-1994*
*PHONE:    (907) 269-5274*
*FAX:        (907) 278-7022*

September 18, 2006

Mr. Gary Bader
Chief Investment Officer
Treasury Division, Dept. of Revenue
P.O. Box 110405
Juneau, AK  99811-0405

Re:    Exxon Valdez Oil Spill Investment Fund

Dear Mr. Bader:

The Exxon Valdez Trustee Council has unanimously determined to expend $2,062,447.00 in joint trust funds for restoration purposes consistent with the terms of the Memorandum of Agreement and Consent Decree entered by the federal district court in *United States v. State of Alaska*, No. A91-081 CIV (D. Alaska) on August 28, 1991. The entire amount will come from the Research Investment Sub-Account. The Research Investment Sub-Account is currently held by the State of Alaska in the Exxon Valdez Oil Spill Investment Fund and invested by the Treasury Division, Alaska Department of Revenue. Under the terms of the Reimbursable Services Agreement between the Alaska Department of Fish and Game and the Alaska Department of Revenue, please transfer the following amounts from cash held in the Exxon Valdez Oil Spill Investment Fund to the accounts described below:

**State of Alaska**
       Amount:       $1,686,287.00
                           State of Alaska
                           Exxon Valdez Settlement Account
                           GeFONSI 33070
                           Account 22177

**United States**
       Amount:       $376,160.00

ATTACHMENT _A_
Page _1_ of _24_

Mr. Gary Bader                                                                    Page Two
Treasury Division, Department of Revenue                          September 18, 2006

Beneficiary

    account:    14X5198
    name:      Natural Resource Damage Assessment and Restoration Fund
    (NRDAR)

        Beneficiary
        account:      14010001
        name:       Department of the Interior
        Financial Management Services National Business Center

        Beneficiary Bank
        account:      021030004
        name:       Treasury, NYC

        OBI Text
        Natural Resource Damage Assessment Restoration Fund 14X5198
        EVOS Exxon Valdez, Civil Settlement, FY07 Joint Funds

        ***Beneficiary Reference***
        A91-082Civil

    The transfer should take place when most financially advantageous, but no later than October 1, 2006 or as soon thereafter as possible. If you have any questions, please call Rita Lovett at (907) 269-5274.

Sincerely,

Rita H. Lovett                                    Regina R. Belt
Assistant Attorney General              Environmental Enforcement Section
State of Alaska                                  Environment & Natural Resources Division
                                 U.S. Department of Justice
                                 United States of America

cc:    Divina Pelayo, Alaska Department of Fish and Game
       Christine O'Sullivan, Alaska Department of Fish and Game
       Sue Bump, Alaska Department of Revenue
       Bob Mitchell, Alaska Department of Revenue
       Barbara Hannah, Exxon Valdez Oil Spill Trustee Council Restoration Office

### RESOLUTION 06-13 OF THE
### *EXXON VALDEZ* OIL SPILL TRUSTEE COUNCIL
### REGARDING THE FY 2007 WORK PLAN – PROJECT 070100
### FY 2007 ANNUAL PROGRAM DEVELOPMENT AND IMPLEMENTATION BUDGET
### OCTOBER 1, 2006 – SEPTEMBER 30, 2007

We, the undersigned, duly authorized members of the *Exxon Valdez* Oil Spill Trustee Council do hereby certify that, in accordance with the Memorandum of Agreement and Consent Decree entered as settlement of <u>United States of America v. State of Alaska</u>, No. A91-081 Civil, U.S. District Court for the District of Alaska, and after public meetings, unanimous agreement has been reached to expend funds received in settlement of <u>State of Alaska v. Exxon Corporation, et al.</u>, No. A91-083 CIV, and <u>United States of America v. Exxon Corporation, et al.</u>, No. A91-082 CIV, U.S. District Court for the District of Alaska, for necessary natural resource damage assessment and restoration activities for fiscal year 2007, as described in Attachment A. This portion of the Work Plan is funded at $2,062,447. The monies are to be distributed according to the following schedule:

| | |
|---|---:|
| Alaska Department of Fish & Game | $1,545,091 |
| Alaska Department of Law | 5,450 |
| Alaska Department of Natural Resources | 89,857 |
| Alaska Department of Environmental Conservation | 45,889 |
| **SUBTOTAL TO STATE OF ALASKA** | **$1,686,287** |
| | |
| U.S. Department of the Interior | $277,732 |
| U.S. Forest Service | 51,285 |
| National Oceanic & Atmospheric Administration | 47,143 |
| **SUBTOTAL TO UNITED STATES OF AMERICA** | **$376,160** |
| | |
| **TOTAL APPROVED** | **$2,062,447** |

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the

ATTACHMENT A
Page 3 of 24

United States Department of Justice to take such steps as may be necessary to make available for the Fiscal Year 2007 Work Plan, the amount of $2,062,447 from the appropriate accounts designated by the Executive Director.

Approved by the Council at its teleconference meeting of September 7, 2006 as affirmed by our signatures affixed below.

_____
JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

_____
DAVID W. MÁRQUEZ
Attorney General
State of Alaska

_____
DRUE PEARCE
Senior Advisor to the Secretary
  for Alaska Affairs
U.S. Department of the Interior

_____
CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
Administration
U.S. Department of Commerce

_____
McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

_____
KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
  Conservation

Attachment A:  FY 2007 Annual Program Development and Implementation Budget
               October 1, 2006 – September 30, 2007

Resolution 06-13

ATTACHMENT A
Page 4 of 24

United States Department of Justice to take such steps as may be necessary to make available for the Fiscal Year 2007 Work Plan, the amount of $2,062,447 from the appropriate accounts designated by the Executive Director.

Approved by the Council at its teleconference meeting of September 7, 2006 as affirmed by our signatures affixed below.

_____
JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

_____
DAVID W. MÁRQUEZ
Attorney General
State of Alaska

_____
DRUE PEARCE
Senior Advisor to the Secretary
    for Alaska Affairs
U.S. Department of the Interior

_____
CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
Administration
U.S. Department of Commerce

_____
McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

_____
KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
    Conservation

Attachment A:  FY 2007 Annual Program Development and Implementation Budget
            October 1, 2006 – September 30, 2007

Resolution 06-13

United States Department of Justice to take such steps as may be necessary to make available for the Fiscal Year 2007 Work Plan, the amount of $2,062,447 from the appropriate accounts designated by the Executive Director.

Approved by the Council at its teleconference meeting of September 7, 2006 as affirmed by our signatures affixed below.

JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

DAVID W. MÁRQUEZ
Attorney General
State of Alaska

DRUE PEARCE
Senior Advisor to the Secretary
    for Alaska Affairs
U.S. Department of the Interior

CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
Administration
U.S. Department of Commerce

McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
    Conservation

Attachment A:  FY 2007 Annual Program Development and Implementation Budget
              October 1, 2006 – September 30, 2007

Resolution 06-13

ATTACHMENT A
Page 6 of 24

United States Department of Justice to take such steps as may be necessary to make available for the Fiscal Year 2007 Work Plan, the amount of $2,062,447 from the appropriate accounts designated by the Executive Director.

Approved by the Council at its teleconference meeting of September 7, 2006 as affirmed by our signatures affixed below.


JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

DAVID W. MÁRQUEZ
Attorney General
State of Alaska


DRUE PEARCE
Senior Advisor to the Secretary
   for Alaska Affairs
U.S. Department of the Interior

CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
Administration
U.S. Department of Commerce


McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game

KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
   Conservation


Attachment A:  FY 2007 Annual Program Development and Implementation Budget
               October 1, 2006 – September 30, 2007

2

Resolution 06-13

United States Department of Justice to take such steps as may be necessary to make available for the Fiscal Year 2007 Work Plan, the amount of $2,062,447 from the appropriate accounts designated by the Executive Director.

Approved by the Council at its teleconference meeting of September 7, 2006 as affirmed by our signatures affixed below.


JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture


DAVID W. MÁRQUEZ
Attorney General
State of Alaska


DRUE PEARCE
Senior Advisor to the Secretary
   for Alaska Affairs
U.S. Department of the Interior


CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
Administration
U.S. Department of Commerce


McKIE CAMPBELL
Commissioner
Alaska Department of Fish and Game


KURT FREDRIKSSON
Commissioner
Alaska Department of Environmental
   Conservation


Attachment A:  FY 2007 Annual Program Development and Implementation Budget
               October 1, 2006 – September 30, 2007

Resolution 06-13

ATTACHMENT A
Page 8 of 24

*Exxon Valdez* Oil Spill Trustee Council
**FY 2007 Annual Program Development and Implementation Budget**
**October 1, 2006 – September 30, 2007**

The Council adopted a new budget structure in FY 2006 in order to more clearly identify the allocation of funds supporting Trustee Council activities. The presentation of the initial Annual Program Development and Implementation Budget instituted in FY 2006 is being mirrored within the submittal of this funding request for FY 2007. The intent is to continue emphasizing the estimated costs associated with the current activities and directives of the Trustee Council.

This budget has been developed with the focus on completing the Trustee Council's planned activities detailed within the "Interim Guidance Document" implemented in August of 2005 and effective through December 2006, as well as initiating any restoration planning efforts resulting from the determinations regarding the fate and impact of lingering oil in the spill area and the status of injured resources and services identified in the updated list.

In addition, this budget expands upon activities started in FY 2006 toward developing a plan for herring recovery; and includes estimates of the direct and indirect costs of the Trustee Council's agencies and administrative office, in providing services for the Trustee Council's programs and approved projects of FY 07.

The "Program Development and Implementation Budget" includes the following components:

- *Administration Management*
- Data Management
- *Science Management*
- Community Involvement
- Public Advisory Committee (PAC)
- *Small Parcel Program*
- *Trustee Council Member Direct Expenses*
- *Program Support/Project Management by Agencies*
- Alaska Resource Library & Information Services

Various aspects of the *italicized* components are undertaken by Trustee Council agencies providing program development and administrative support.

Although funding for liaisons, project managers, and other support staff is included in the Program Support and Project Management component, the final budget for this component cannot be accurately determined until the Trustee Council takes action on the FY 07 Work Plan. This component is an initial funding request. Upon adoption of the FY 07 Work Plan, additional project management funds for each agency will be requested in proportion to the number and complexity of funded projects assigned to each agency for management. At that time the budget will be revised to reflect this additional expense.

The Trustee Council Office is administratively located within the Alaska Department of Fish and Game. Allocation of funds by agency is detailed within the Budget Summary.

ATTACHMENT _A_
Page _9_ of _24_

# TABLE OF CONTENTS

Budget Summary Information ................................................................................. 3

Administration Management ................................................................................. 4

Data Management ................................................................................................. 6

Science Management ............................................................................................. 8

Community Involvement ...................................................................................... 10

Public Advisory Committee (PAC) ...................................................................... 11

Trustee Council Member Expenses ...................................................................... 12

Small Parcel Program .......................................................................................... 13

Program Support /Project Management ............................................................... 14

Alaska Resource Library & Information Services.................................................. 16

ATTACHMENT  *A*
Page 10 of 24

## BUDGET SUMMARY INFORMATION

The *Exxon Valdez* Oil Spill Restoration Annual Program Development and Implementation Budget for 2007 will be funded by the *Exxon Valdez* Oil Spill Investment Fund managed by the Alaska Department of Revenue.   A grant to the Alaska Department of Fish and Game by the National Ocean Service (NOS) of the US Department of Commerce, which in FY 06 funded portions of the Annual Program  Development and Implementation Budget, is due to expire on September 30, 2006.   Requests have been submitted to NOAA for a one year extension to this grant, along with an approval request for a modified scope.  If the request is approved, the lapsed balance of approximately $191K from FY 06 will be applied specifically to the FY 07 Science Management Component for the Herring Restoration Planning activities.

This budget document presents the total budget for FY 2007. The following summary tables show budget allocations by component, cost type, funding source and agency. The remainder of the document specifies the uses to which the monies for each component of the budget will be applied and the funding sources for each item.

| Budget Summary by Component | EVOS Funds | NOS Grant | Total Budget |
|---|---|---|---|
| Administration Management | $709,517 | $0 | $709,517 |
| Data Management | $202,555 | $0 | $202,555 |
| Science Management | $467,200 | $79,500 | $546,700 |
| Community Involvement | $36,515 | $0 | $36,515 |
| Public Advisory Committee (PAC) | $30,738 | $0 | $30,738 |
| Small Parcel Program | $98,100 | $0 | $98,100 |
| Trustee Council Member Direct Expenses | $27,250 | $0 | $27,250 |
| Program Support by Agencies | $259,382 | $0 | $259,382 |
| Alaska Resource Library & Information Services | $151,690 | $0 | $151,690 |
| **FY 07 TOTAL** | **$1,831,257** | **$79,500** | **$2,062,447** |

| Budget Summary by Cost Type | EVOS Funds | NOS Grant | Total Budget |
|---|---|---|---|
| Personnel | $1,103,717 | $0 | $1,103,717 |
| Travel | $94,500 | $0 | $94,500 |
| Contractual | $597,000 | $75,000 | $672,000 |
| Commodities | $24,000 | $0 | $24,000 |
| Equipment | $0 | $0 | $0 |
| Sub-Total | $1,819,217 | $75,000 | $1,894,217 |
| G&A – (EVOS 9%; NOS 6%) | $163,730 | $4,500 | $168,230 |
| **FY 07 TOTAL** | **$1,982,947** | **$79,500** | **$2,062,447** |

| Budget Summary by Agency | | | | | | | | Total Budget |
|---|---|---|---|---|---|---|---|---|
| Cost Type | ADF&G | ADEC | ADNR | ADOL | NOAA | USDOI | USFS | |
| Personnel | $904,079 | $37,100 | $37,438 | $0 | $38,250 | $62,300 | $24,550 | $1,103,717 |
| Travel | $74,500 | $5,000 | $0 | $5,000 | $5,000 | $5,000 | $0 | $94,500 |
| Contractual | $342,000 | $0 | $45,000 | $0 | $0 | $187,500 | $22,500 | $597,000 |
| Commodities | $24,000 | $0 | $0 | $0 | $0 | $0 | $0 | $24,000 |
| Equipment | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Sub-Total** | $1,344,579 | $42,100 | $82,438 | $5,000 | $43,250 | $254,800 | $47,050 | $1,819,217 |
| G&A – 9% | $121,012 | $3,789 | $7,419 | $450 | $3,893 | $22,932 | $4,235 | $163,730 |
| **Total w/o NOS** | $1,465,591 | $45,889 | $89,857 | $5,450 | $47,143 | $277,732 | $51,285 | $1,982,947 |
| NOS Grant | $79,500 | $0 | $0 | $0 | $0 | $0 | $0 | $79,500 |
| **FY 07 TOTAL** | $1,545,091 | $45,889 | $89,857 | $5,450 | $47,143 | $277,732 | $51,285 | $2,062,447 |

ATTACHMENT *A*
Page *11* of *24*

## ADMINISTRATION MANAGEMENT - $709,517

| Cost Category | Total Budget | NOS Grant | EVOS Funds |
|---|---|---|---|
| Personnel | $367,533 | $0 | $367,533 |
| Travel & Training | $7,000 | $0 | $7,000 |
| Contractual | $261,400 | $0 | $261,400 |
| Commodities | $15,000 | $0 | $15,000 |
| Equipment | $0 | $0 | $0 |
| Sub-Total | $650,933 | $0 | $650,933 |
| G&A - 9% | $58,584 | $0 | $58,584 |
| **Component Total** | $709,517 | $0 | $709,517 |

## PERSONNEL - $367,533

| Position | Range/Step | Months | Monthly Cost | Annual Cost |
|---|---|---|---|---|
| Executive Director | 28A | 12 | $11,029 | $132,348 |
| Administrative Manager | 19D | 12 | $7,536 | $90,434 |
| Administrative Officer | 18F | 12 | $7,484 | $89,813 |
| Administrative Clerk | 10E | 12 | $4,578 | $54,938 |
| Personnel Total | | | $30,628 | $367,533 |

## TRAVEL – $7,000

- **In-state Meetings & Training**                               **$7,000**

Reorganization within the EVOS office redistributed supervisory responsibilities and vacant positions are now filled with new staff. Travel is budgeted for quarterly trips to Juneau to meet with state and federal agency representatives on administrative, program and budget issues. A semi-annual trip is budgeted for annual audit coordination. Training funds are budgeted for professional development and will be utilized for in-state training opportunities. The Executive Director's travel expenses for EVOS are fully funded by EVOS.

## CONTRACTUAL – $261,400

- **Trustee Council's Office Space**                               **$165,000**

The lease for the Trustee Council's office space is administered by Government Services Administration through the U.S. Geological Survey of the Department of the Interior. The Trustee Council approved the 5-yr renewal option effective January 2007. (1st Qtr $35,200; 2nd – 4th Qtrs = $129,400); Homeland security fees may be adjusted slightly ($178/mo)

- **Annual Parking Fees for Trustee Office Staff**                **$3,700**

EVOS has nine (9) parking permits; 3 provided with the building lease and 6 paid directly to the Anchorage Parking Authority by EVOS ($51/mo per space).

- **Audit Contract**                                              **$27,500**

Funds to support a renewal option contract with Elgee, Rehfeld Mertz, LLC (accounting firm) to conduct financial audit of the FY06 records of the Trustee Office and all agencies receiving EVOS funds (SY 06 Actuals for 2 Yrs. Audits = $55K).

ATTACHMENT A
Page 12 of 24

- **Telephone Service**                                                    **$24,000**
These funds are to cover telephone, teleconferencing meetings, long distance, and cell phone services

- **Trustee Council Meetings**                                             **$1,800**
These funds are to cover expenses for six Trustee Council meetings, at an estimated cost of $300.00 per meeting.

- **Public Notices**                                                       **$10,000**
These funds are to cover the cost of advertising public meetings and workshops in newspapers in the spill affected areas  (Actuals FY 05, 19.2K; Actuals FY 06 – Qtrs 1-3, $8.8K).

- **Postage & Courier Services**                                           **$2,500**
These funds are to cover cost of US Postal Service mailings, express mailings and courier services.

- **Equipment Maintenance and Agreements**                                 **$5,900**
These funds are to cover the cost of the maintenance agreement for the Savin Printer/copier ($4.5K), postage meter annual rental ($.4K), and any unforeseen maintenance expenses on other office equipment ($1K).

- **Transcription**                                                        **$6,000**
These funds are to cover a contract with Computer Matrix for transcription services.

- **Interagency Contracted Services**                                      **$15,000**
These funds are to cover the Trustee Office's share of the Reimbursable Services Agreement Costs for the EPR Telecommunications, Computer Services, ADA, Central Mail and AKSAS & AKPAY Charge-backs paid by all ADF&G divisions. These costs are based on the number of full time positions divided by the total cost.


## COMMODITIES - $15,000

- **Office supplies**                                                      **$15,000**
These funds are to cover the cost of miscellaneous office supplies, paper, toner, meeting materials etc.


## EQUIPMENT - $.0


## AGENCY DISTRIBUTION:

| Admin Mgmt | ADF&G | USDOI | Total |
|---|---|---|---|
| Personnel | $367,533 | $0 | $367,533 |
| Travel & Training | $7,000 | $0 | $7,000 |
| Contractual | $96,400 | $165,000 | $261,400 |
| Commodities | $15,000 | $0 | $15,000 |
| Equipment | $0 | $0 | $0 |
| Sub-Total | $485,933 | $165,000 | $650,933 |
| G&A - 9% | $43,734 | $14,850 | $58,584 |
| **Component Total** | $529,667 | $179,850 | $709,517 |

ATTACHMENT  A
Page  13  of  24

## DATA MANAGEMENT - $202,555

| Cost Category | Total Budget | EVOS Funds |
|---|---|---|
| Personnel | $170,030 | $170,030 |
| Travel | $5,000 | $5,000 |
| Contractual | $1,800 | $1,800 |
| Commodities | $9,000 | $9,000 |
| Equipment | $0 | $0 |
| Sub-total | $185,830 | $185,830 |
| G&A - 9% | $16,725 | $16,725 |
| **Component Total** | $202,555 | $202,555 |

## PERSONNEL - $170,030

| Position | Range/Step | Months | Monthly Cost | Annual Cost |
|---|---|---|---|---|
| Data Systems Manager | 21A | 12 | $7,692 | $92,298 |
| Program Analyst III | 18A | 12 | $6,478 | $77,732 |
| Personnel Total | | 12 | $14,169 | $170,030 |

*The NOS Grant no longer covers a portion of the salary for the Analyst Programmer.

## TRAVEL - $5,000

- **In-state Travel, Meetings & Training**                    **$5,000**

Travel support and registration fees for Data Management staff to attend meetings and participate in data management training. Travel is primarily budgeted for data management's participation in the development of the Nearshore Monitoring System.

## CONTRACTUAL -$1,800

- **GIS Workshop**                                            **$1,800**

Data Management plans to host a one to two-day GIS Workshop in Anchorage. This workshop will focus on the capabilities of different GIS platforms and evaluate their visualization potential in relation to EVOS data. Costs include airfare, hotel, and per diem for one to two individuals to attend from outside the local area; as well, as any miscellaneous meeting expenses.

## COMMODITIES - $9,000

- **Computer Software, Hardware & Upgrades**                  **$9,000**

These funds are to cover any computer hardware, software, and networking equipment purchases or upgrades for the Trustee Council Office; including the replacement of two computers, purchase of Microsoft Visual Studio software development tools, and any necessary equipment changes or upgrades required for compatibility with the State of Alaska enterprise active directory and e-mail system.

ATTACHMENT A
Page 14 of 24

**AGENCY DISTRIBUTION**

| Cost Category | | ADF&G |
|---|---|---|
| Personnel | | $170,030 |
| Travel | | $5,000 |
| Contractual | | $1,800 |
| Commodities | | $9,000 |
| Equipment | | $0 |
| | Sub-total | $185,830 |
| G&A – 9% | | $16,725 |
| | **Component Total** | $202,555 |

ATTACHMENT A
Page 15 of 24

## SCIENCE MANAGEMENT – $546,700

| Cost Category | Total Budget | EVOS Funds | NOS Grant |
|---|---|---|---|
| Personnel | $206,124 | $206,124 | $0 |
| Travel | $5,000 | $5,000 | $0 |
| Contractual | $292,500 | $217,500 | $75,000 |
| Commodities | $0 | $0 | $0 |
| Equipment | $0 | $0 | $0 |
| Sub-total | $503,624 | $428,624 | $75,000 |
| G&A (EVOS 9%; NOS 6%) | $43,076 | $38,576 | $4,500 |
| **Component Total** | $546,700 | $467,200 | $79,500 |

\* The NOS Grant is not funding any EVOS staff personnel or travel costs in FY 07

## PERSONNEL – $206,124

| Position | Range/Step | Months | Monthly Cost | Annual Cost |
|---|---|---|---|---|
| Science Director | 26A | 12 | $10,129 | $121,548 |
| Program Coordinator | 18D | 12 | $7,048 | $84,576 |
| Personnel Total | | 12 | $17,177 | $206,124 |

\* These positions are fully funded with EVOS Funds

## TRAVEL - $5,000

- **National Conferences, Meetings & Training**          **$5,000**

Travel support and registration fees for Science Management to attend national conferences, meetings and participate in scientific training.

## CONTRACTUAL - $292,500

- **Annual Marine Science Symposium**          **$10,000**

These funds are to assist with the support of the Annual Marine Science Symposium. This amount has been reduced by 60% from that of FY 06 and will be used to support an increase in presentation of EVOS science at the January 2007 Symposium.

ATTACHMENT A
Page 16 of 24

- **Herring Recovery Plan/Team Development**                    $75,000

The Trustee Council approved this item in May. However, approval from NOAA is still pending on this revised scope item and the extension of the agreement request for the NOS Grant. EVOS funding will need to be made available if the NOS Grant requests are declined.

- **International Herring Symposium**                    $90,000

To facilitate Herring Recovery in Prince William Sound, it is necessary to understand restoration and enhancement techniques and methods that have been used in other countries and within the U.S. This funding would be used to host a 3-day International Symposium on Herring Restoration. The funding would be used for travel of International and National speakers, logistics for the meeting, and publication of the proceedings. This will be partially reimbursed with all remaining lapsed NOS Grant funds, if the revised scope item and extension of the agreement request for the NOS grant is approved. EVOS funding will initially fund this event.

- **Science Panel**                    $45,000

The Science Panel meets to provide coordinated higher-level expertise specific to disciplines represented in injured resources and services and with historical knowledge of EVOS, its effects, and previous Trustee Council efforts; as well as experts in disciplines who may or may not have previous experience with EVOS effects and efforts. The objective of this panel, with a dynamic membership, is to provide objectivity and scientific credibility.

- **Injured Resources and Services Update Publication**                    $9,500

Editing, publication and printing costs associated with the Injured Resources and Services Update.

- **Peer Review Contracts**                    $63,000

Final reports are the required deliverable for most Trustee Council-funded scientific projects. To ensure the scientific integrity of the findings in these reports, the Council requires scientific peer review by nationally recognized experts in the appropriate disciplines. This contract line item provides compensation for the scientific and technical review of EVOS final reports. This review was previously contracted with Applied Marine Sciences and is now being coordinated in-house by the Project Coordinator and Science Director.


**AGENCY DISTRIBUTION:**

| Cost Category | ADF&G |
|---|---|
| Personnel | $206,124 |
| Travel | $5,000 |
| Contractual | $292,500 |
| Commodities | $0 |
| Equipment | $0 |
| Sub-total | $503,624 |
| G&A – 9% | $43,076 |
| **Component Total** | $546,700 |



ATTACHMENT A
Page 17 of 24

## COMMUNITY INVOLVEMENT - $36,515

| Cost Category | Total Budget | EVOS Funds |
|---|---|---|
| Personnel | $0 | $0 |
| Travel | $31,500 | $31,500 |
| Contractual | $2,000 | $2,000 |
| Commodities | $0 | $0 |
| Equipment | $0 | $0 |
| Sub-total | $33,500 | $33,500 |
| G&A – 9% | $3,015 | $3,015 |
| **Component Total** | $36,515 | $36,515 |

## TRAVEL - $31,500

- **Spill Area Community Meetings/Conferences/Workshops**        **$31,500**

Travel support for three staff persons to attend and/or participate in a minimum of three trips each to five locations for community sponsored events in the spill effected area at an estimated cost of $700.00 per trip, to include airfare, ground transportation, *per diem* and lodging.

## CONTRACTUAL - $2,000

- **Spill Area Community Meetings/Contract Costs**        **$2,000**

Meeting expenses.

## AGENCY DISTRIBUTION

| Cost Category | ADF&G |
|---|---|
| Personnel | $0 |
| Travel | $31,500 |
| Contractual | $2,000 |
| Commodities | $0 |
| Equipment | $0 |
| Sub-total | $33,500 |
| G&A – 9% | $3,015 |
| **Component Total** | $36,515 |

## PUBLIC ADVISORY COMMITTEE (PAC) - $30,738

| Cost Category | Total Budget | EVOS Funds |
|---|---|---|
| Personnel | $6,500 | $6,500 |
| Travel | $21,000 | $21,000 |
| Contractual | $700 | $700 |
| Commodities | $0 | $0 |
| Equipment | $0 | $0 |
| Sub-total | $28,200 | $28,200 |
| G&A - 9% | $2,538 | $2,538 |
| **Component Total** | $30,738 | $30,738 |

## PERSONNEL - $6,500

Funds are provided for the Designated Federal Officer assigned to the PAC as required by FACA. This individual coordinates the scheduling of meetings, development of the agenda and meeting minutes, and provides assistance to the Chair and the Restoration Office as needed.

## TRAVEL - $21,000

- **PAC Meetings**                                                      **$21,000**

Travel support for 15 out-of-town PAC members to attend approximately two meetings in Anchorage (one meeting to be held during the annual Marine Science Symposium) for an estimated average cost of $700 per person per trip to include: airfare, ground transportation, *per diem* and lodging.

## CONTRACTUAL - $700

- **PAC Meetings**                                                      **$700**

These funds will cover meeting expenses.

## AGENCY DISTRIBUTION

| Cost Category | ADF&G | DOI | Total |
|---|---|---|---|
| Personnel | $0 | $6,500 | $6,500 |
| Travel | $21,000 | $0 | $21,000 |
| Contractual | $700 | $0 | $700 |
| Commodities | $0 | $0 | $0 |
| Equipment | $0 | $0 | $0 |
| Sub-total | $21,700 | $6,500 | $28,200 |
| G&A - 9% | $1,953 | $585 | $2,538 |
| **Component Total** | $23,653 | $7,085 | $30,738 |

ATTACHMENT    A
Page  19  of  24

## TRUSTEE COUNCIL MEMBER EXPENSES- $27,250

| Cost Category | Total Budget | EVOS Funds |
|---|---|---|
| Personnel | $0 | $0 |
| Travel | $25,000 | $25,000 |
| Contractual | $0 | $0 |
| Commodities | $0 | $0 |
| Equipment | $0 | $0 |
| Sub-total | $25,000 | $25,000 |
| G&A - 9% | $2,250 | $2,250 |
| **Component Total** | $27,250 | $27,250 |

## TRAVEL - $25,000

- **ADFG Trustee Council Member Travel**                                          **$5,000**

Travel support for the Trustee Council member or Alternate's travel expenses to participate in approximately five one-day meetings in Anchorage at a cost of approximately $1000.00 per trip.

- **DOI Trustee Council Member Travel**                                            **$5,000**

Travel support for the Trustee Council member or Alternate's travel expenses to participate in approximately five one-day meetings in Anchorage, at a cost of approximately $1,000.00 per trip.

- **NOAA Trustee Council Member Travel**                                          **$5,000**

Travel support for the Trustee Council member or Alternate's travel expenses to participate in approximately five one-day meetings in Anchorage, at a cost of approximately $1,000.00 per trip.

- **ADEC Trustee Council Member Travel**                                          **$5,000**

Travel support for the Trustee Council member or Alternate's travel expenses to participate in approximately five one-day meetings in Anchorage, at a cost of approximately $1000.00 per trip.

- **DOL Trustee Council Member Travel**                                            **$5,000**

Travel support for the Trustee Council member or Alternate's travel expenses to participate in approximately five one day meetings in Anchorage, at a cost of approximately $1000.00 per trip

## AGENCY DISTRIBUTION

| Cost Category | ADF&G | DOI | NOAA | ADEC | ADOL | Total |
|---|---|---|---|---|---|---|
| Personnel | $0 | $0 | $0 | $0 | $0 | $0 |
| Travel | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $25,000 |
| Contractual | $0 | $0 | $0 | $0 | $0 | $0 |
| Commodities | $0 | $0 | $0 | $0 | $0 | $0 |
| Equipment | $0 | $0 | $0 | $0 | $0 | $0 |
| Sub-total | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $25,000 |
| G&A - 9% | $450 | $450 | $450 | $450 | $450 | $2,250 |
| **Component Total** | $5,450 | $5,450 | $5,450 | $5,450 | $5,450 | $27,250 |

ATTACHMENT   A
Page   20   of   24

## SMALL PARCEL PROGRAM - $98,100

| Cost Category | | Total Budget | EVOS Funds |
|---|---|---|---|
| Personnel | | $0 | $0 |
| Travel | | $0 | $0 |
| Contractual | | $90,000 | $90,000 |
| Commodities | | $0 | $0 |
| Equipment | | $0 | $0 |
| | Sub-total | $90,000 | $90,000 |
| G&A - 9% | | $8,100 | $8,100 |
| **Component Total** | | $98,100 | $98,100 |

## CONTRACTUAL - $90,000

Funds are provided in support of agency efforts to bring viable small parcel proposals to the Council for consideration. Expenses such as title review, hazmat review and survey review and similar expenses are appropriate due diligence efforts which may be undertaken by sponsoring agencies under this program. Expenditures are listed under the Contractual line item but due diligence may be accomplished through the use of contractors or in-house staff as determined by the agency to be most efficient and/or cost effective. No capital obligations may be incurred without further Council approval.

## AGENCY DISTRIBUTION

| Cost Category | | ADNR | DOI | USFS | Total |
|---|---|---|---|---|---|
| Personnel | | $0 | $0 | $0 | $0 |
| Travel | | $0 | $0 | $0 | $0 |
| Contractual | | $45,000 | $22,500 | $22,500 | $90,000 |
| Commodities | | $0 | $0 | $0 | $0 |
| Equipment | | $0 | $0 | $0 | $0 |
| | Sub-total | $45,000 | $22,500 | $22,500 | $90,000 |
| G&A - 9% | | $4,050 | $2,025 | $2,025 | $8,100 |
| **Component Total** | | $49,050 | $24,525 | $24,525 | $98,100 |

ATTACHMENT A
Page 21 of 24

## PROGRAM SUPPORT / PROJECT MANAGEMENT – $259,382

| Cost Category | Total Budget | EVOS Funds |
|---|---|---|
| Personnel | $237,965 | $237,965 |
| Travel | $0 | $0 |
| Contractual | $0 | $0 |
| Commodities | $0 | $0 |
| Equipment | $0 | $0 |
| Sub-total | $237,965 | $237,965 |
| G&A - 9% | $21,417 | $21,417 |
| **Component Total** | $259,382 | $259,382 |

## PERSONNEL - $237,965

**Project Management**
Project Management funds provide agencies managing contracts or projects in support of the EVOS Trustee Council Restoration program with funds necessary to manage contracts, report on the status of projects, facilitate communication between the agencies, Principal Investigators, and the restoration office, assist with the annual financial audit, and perform other administrative functions necessary for implementation of projects authorized by the Trustee Council.

Funding for project management is provided to an agency in proportion to the number, size and administrative complexity of the projects funded.  The final budget for this component cannot be accurately determined until the Trustee Council takes action on the FY07 Work Plan, anticipated November 2006. To maintain continuity, initial funding equal to 25% of the FY06 funding levels is included in this budget.  Upon adoption of the FY07 Work Plan, additional project management funds for each agency will be requested in proportion to the number and complexity of projects assigned to each agency for management. At that time the budget will be revised to reflect this additional expense.

|  | **FY07 First quarter allocation** |
|---|---|
| ADFG | $8,000 |
| DOI/USGS | $11,550 |
| NOAA | $11,250 |
| ADNR | $6,250 |
| TOTAL | $47,050 |

**TC Council Support**
Funds provided for Trustee Council Support provide trustees with staff and support necessary to prepare for meetings, communicate trustee agency positions, represent trustee agency positions in interagency meetings, and coordinate with other trustee agencies, as determined necessary by the trustees. Anticipated tasks include preparation for 6 Trustee Council meetings, public meetings and workshops, participation in the Update of Injured Resources and Services, and development of the Annual Work Plan, FY 08 Invitation, and future program direction at an estimated 3 months of staff involvement per agency.

| | |
|---|---|
| USDA/USFS (Liaison – Zemke (3 months) | $24,550 |
| ADEC (Liaison – Dietrick (3 months) | $37,100 |
| ADFG (Liaison – Brandon (3 months) | $26,827 |
| DOI/ USFWS (Liaison – Kohout (2.5 months) | $24,000 |
| USGS (Liaison – Bohn (0.5 months) | $ 4,500 |
| DOL/ADNR (Liaison – Fries (3 months) | $31,188 |
| NOAA (Liaison – Hagen (3 months) | $27,000 |
| TOTAL: | $175,165 |

| | |
|---|---|
| Other:  DOI - Federal Budget Officer  (Nesslage) | $15,750 |

ATTACHMENT A
Page 22 of 24

**AGENCY DISTRIBUTION:**

| Cost Category | ADEC | ADF&G | ADNR | DOI | NOAA | USFS | Total |
|---|---|---|---|---|---|---|---|
| Personnel | $37,100 | $44,827 | $37,438 | $55,800 | $38,250 | $24,550 | $237,965 |
| Travel | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Contractual | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Commodities | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Equipment | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Sub-total | $37,100 | $44,827 | $37,438 | $55,800 | $38,250 | $24,550 | $237,965 |
| G&A – 9% | $3,339 | $4,034 | $3,369 | $5,022 | $3,443 | $2,210 | $21,417 |
| **Component Total** | $40,439 | $48,861 | $40,807 | $60,822 | $41,693 | $26,760 | $259,382 |

ATTACHMENT A
Page 23 of 24

## ALASKA RESOURCES LIBRARY & INFORMATION SERVICES – $151,690

| Cost Category | Total Budget | EVOS Funds |
|---|---|---|
| Personnel | $115,565 | $115,565 |
| Travel | $0 | $0 |
| Contractual | $23,600 | $23,600 |
| Commodities | $0 | $0 |
| Equipment | $0 | $0 |
| Sub-total | $139,165 | $139,165 |
| G&A - 9% | $12,525 | $12,525 |
| Component Total | $151,690 | $151,690 |

## PERSONNEL – $115,565

| Position | Range/Step | Months | Monthly Cost | Annual Cost |
|---|---|---|---|---|
| Librarian III | 19K | 12 | $9,630 | $115,565 |
| **Personnel Total** | | 12 | $9,630 | $115,565 |

Funding provides 1.0 FTE librarian to meet the ongoing information and research needs of the Trustee Council staff, Public Advisory Committee, researchers, and the general public, manage the EVOS collection at ARLIS, and represent the Trustee Council on the ARLIS Management Team.

## CONTRACTUAL – $23,600

- **ARLIS Founding Agency Cash Contribution**          **$23,600**

This contractual cost is a cash contribution to the ARLIS operating budget, plus 18% university indirect. The resulting budget contribution is more consistent with the level of EVOS related use of ARLIS and brings the EVOS Trustee Council contribution to 7% of the total ARLIS budget.

## AGENCY DISTRIBUTION:

| Cost Category | ADF&G |
|---|---|
| Personnel | $115,565 |
| Travel | $0 |
| Contractual | $23,600 |
| Commodities | $0 |
| Equipment | $0 |
| Sub-total | $139,165 |
| G&A - 9% | $12,525 |
| Component Total | $151,690 |



ATTACHMENT A
Page 24 of 24