

# Exxon Valdez Oil Spill Trustee Council
441 W. 5th Ave., Suite 500 • Anchorage, AK 99501-2340 • 907 278 8012 • fax 907 276 7178

**TRUSTEE COUNCIL MEETING NOTES**
Anchorage, Alaska
September 7, 2006

DRAFT - *10/17/06*                                                                                          DRAFT

Chaired by: David Márquez
Trustee Council Member

Trustee Council Members Present:

Joe Meade, USFS                           McKie Campbell, ADF&G
Drue Pearce, DOI                          Larry Dietrick, ADEC **
Craig O'Connor, NMFS *                    • David Márquez, ADOL

- • Chair
- \* Craig O'Connor alternate for James Balsiger
- \*\* Larry Dietrick alternate for Kurt Fredriksson

The teleconferenced meeting convened at 11:05 a.m., September 7, 2006 in Anchorage at the EVOS Conference Room.

1. Approval of the Agenda

    APPROVED MOTION:    Amend the September 7 agenda adding discussion of six previously awarded (multi-year) projects after item 8 (monitoring projects)

    Motion by O'Connor, second by Dietrick

    APPROVED MOTION:    Amend the agenda to convene an executive session immediately after the close of public comment to discuss matters of litigation and personnel

**Federal Trustees**
U.S. Department of the Interior
U.S. Department of Agriculture
National Oceanic and Atmospheric Administration

**State Trustees**
Alaska Department of Fish and Game
Alaska Department of Environmental Conservation
Alaska Department of Law

                      Motion by O'Connor, second by Dietrick

    APPROVED MOTION:    Motion to approve the agenda as amended

                      Motion by O'Connor, second by Dietrick

2. <u>Approval of July 28, 2006 meeting notes</u>

    APPROVED MOTION:    Approval of the July 28, 2006 Trustee Council meeting notes

                      Motion by O'Connor, second by Dietrick

**Public Advisory Committee (PAC) comments were offered by: Stacy Studebaker - Co-chair, Mead Treadwell, RJ Kopchak, and Ed Zeine**

Public comment period began at 11:15 a.m.

**Three public comments were received from Ross Mullins, Ken Adams and Vince Patrick.**

Public comment closed at 11:30 a.m.

3. <u>Executive Session</u>

    APPROVED MOTION:    Motion to go into executive session to address legal and personnel matters

                      Motion by O'Connor, second by Dietrick

Off the record: 11:32 a.m.
On the record: 12:20 p.m.

4. <u>Herring Restoration Plan</u>

    APPROVED MOTION:    Motion to approve pursuing the herring restoration planning efforts using the $75,000 approved at the May 23, 2006 Trustee Council meeting to cover the costs of EVOS staff preparing a preliminary draft Herring

Restoration Plan. Noted herring experts will assist in developing and guiding the planning document. The Draft Plan will be presented at public meetings in the winter of 2006 and 2007 in the affected communities of Cordova, Chenega, Tatitlek, Kodiak and Anchorage. Public input will be solicited and incorporated into the document before it is finalized.

Motion by O'Connor, second by Meade

5. Public Advisory Committee selection

APPROVED MOTION: Motion for approval of members who have been recommended as nominees for appointment by the Secretary of the Interior to the October 2006-September 2008 term of the Public Advisory Committee: Aquaculture and Mariculture – Gary Fandrei, Commercial Fishing – RJ Kopchak, Commercial Tourism – Ron Peck, Conservation and Environmental – Pat Lavin, Local Government – Ed Zeine, Marine Transportation – Torie Baker, Native Landowner – Larry Evanoff, Public at Large – Jason Brune and Vern McCorkle, Recreation Users – Stacy Studebaker, Regional Monitoring – Steve Lewis, Science/Technical – Martin Robards, Sport Hunting & Fishing – Kurt Eilo, Subsistence – Martha Vlasoff, Tribal Government – Mark King

Motion by O'Connor, second by Meade

6. Administrative Budget 070100

APPROVED MOTION: Motion to approve FY 2007 Annual Program Development & Implementation Budget for Fiscal Year 2007 in the amount of $2,062,447, as submitted by the Executive Director and Administrative Manager. The Trustee Council

3

approved the FY 07 Annual Program Development and Implementation budget for fiscal year 2007 as presented in the 16 page draft dated August 23, 2006. The total budget is to be funded in the amount of $2,062,447 with Exxon Valdez oil spill investment funds (funding source). Immediately upon the National Oceanic and Atmospheric Administration's affirmative determination for the one year extension and modified scope for the NOS grant number NAO3NOS4730188, the total grant's lapsed forward amount will be applied to the science management budget for herring restoration activities for FY 07 and the funding amount supplemented by the NOS grant will be returned to the investment fund. The Trustee Council will agree to consider a revised budget for the program support and project component following the adoption of the FY 07 work plan; and any other revisions as may be appropriate after review by the liaisons.

Motion by O'Connor, second by Pearce

7. <u>Amendment to Monitoring Projects</u>

   APPROVED MOTION:    Motion to approve interim funding for the following FY-04 monitoring projects: 040340 – Weingartner – Long-term monitoring of the Alaska Coastal Current $16,238 to ADFG; 040624 – Batten – Acquisition & Application of CPR Data in the Gulf of Alaska $33,800 to NOAA; 040699 – Cokelet – Biophysical Observation Aboard AMHS $36,475 – [15% ($5,936) to ADFG & 85% ($30,639) to NOAA]. Interim funding is authorized in the amount of $86,513. This interim funding is to ensure continued monitoring activities between FY-06 and the pending funding approval of the FY-07 Invitation. Interim funding is authorized at ¼ of

4

the FY-06 authorization amount and is contingent upon the satisfactory receipt of project annual reports and progress.

Motion by O'Connor, second by Meade

8. <u>FY 05-FY 07 Continuing Projects</u>

   APPROVED MOTION: Motion to approve funding for the FY 05 – FY 07 continuing projects: PJ 050742 – Matkin – Monitoring of Killer Whales $23,800 to NOAA; PJ 050743 – Baird – Connecting Coastwalk: Linking Shoreline Mapping $11,900 to ADFG; PJ 050749 – Hoover-Miller – Harbor Seal Monitoring in South Kenai Fjords $82,300 to ADFG; PJ 050763 – Short and Long-term Monitoring of Anthropogenic Hydrocarbons $58,900 to NOAA; PJ 050765 – Willette – Management Applications: Kenai Salmon Runs $67,000 to ADFG; PJ 050769 – Otis – Temporal Stability of Fatty Acids $16,100 to ADFG & $9,000 to NOAA. FY 07 funding is authorized in the total amount of $269,000 ($177,300 to ADFG & $91,700 to NOAA) and is contingent upon the satisfactory receipt of annual reports and progress.

   Motion by O'Connor, second by Pearce

9. <u>Corr Parcel</u>

   APPROVED MOTION: Motion to approve Resolution 06-16 regarding the Trustee Council approval for funding $1,000,000 for the purchase of the Corr Parcel and to proceed to closing.

   Motion O'Connor, second by Pearce

PRESENTATION: Carrie Holba, Alaska Resources Library and Information Services (ARLIS) and Cherri Womac, Exxon Valdez Oil Spill Trustee Council,

were presented with Letters of Recognition signed by the Trustee Council for their tireless efforts and long-term assistance to the Trustee Council.

Meeting adjourned at 1:48 p.m.

                                        Motion O'Connor, second by Dietrick