# STATE OF ALASKA

**DEPARTMENT OF LAW**

*OFFICE OF THE ATTORNEY GENERAL*

SARA PALIN,
GOVERNOR

*Environmental*
*1031 WEST 4th AVENUE, SUITE 200*
*ANCHORAGE, ALASKA 99501-1994*
*PHONE:    (907) 269-5274*
*FAX:      (907) 278-7022*

January 23, 2007

Mr. Gary Bader
Chief Investment Officer
Treasury Division, Dept. of Revenue
P.O. Box 110405
Juneau, AK 99811-0405

　　　　Re:　Exxon Valdez Oil Spill Investment Fund

Dear Mr. Bader:

　　　　The Exxon Valdez Trustee Council has unanimously determined to expend $3,936,462.00 in joint trust funds for restoration purposes consistent with the terms of the Memorandum of Agreement and Consent Decree entered by the federal district court in *United States v. State of Alaska*, No. A91-081 CIV (D. Alaska) on August 28, 1991. Of this amount, $3,794,162.00 will come from the Research Investment Sub-Account. The Research Investment Sub-Account is currently held by the State of Alaska in the Exxon Valdez Oil Spill Investment Fund and invested by the Treasury Division, Alaska Department of Revenue. Under the terms of the Reimbursable Services Agreement between the Alaska Department of Fish and Game and the Alaska Department of Revenue, please transfer the following amounts from cash held in the Exxon Valdez Oil Spill Investment Fund to the accounts described below:

**State of Alaska**
　　Amount:　　$1,045,362.00
　　　　　　　State of Alaska
　　　　　　　Exxon Valdez Settlement Account
　　　　　　　GeFONSI 33070
　　　　　　　Account 22177

**United States**
　　Amount:　　$2,748,800.00

ATTACHMENT A
Page 1 of 18

Mr. Gary Bader  
Treasury Division, Department of Revenue

Page Two  
January 23, 2007

Beneficiary

    account: 14X5198  
    name: Natural Resource Damage Assessment and Restoration Fund (NRDAR)

    <u>Beneficiary</u>  
    account: 14010001  
    name: Department of the Interior  
    Financial Management Services National Business Center

    <u>Beneficiary Bank</u>  
    account: 021030004  
    name: Treasury, NYC

    OBI Text  
    Natural Resource Damage Assessment Restoration Fund 14X5198  
    EVOS Exxon Valdez, Civil Settlement, FY07 Joint Funds

    ***Beneficiary Reference***  
    A91-082Civil

The transfer should take place when most financially advantageous, but no later than January 24, 2007 or as soon thereafter as possible. If you have any questions, please call Rita Lovett at (907) 269-5274.

Sincerely,

Rita H. Lovett  
Assistant Attorney General  
State of Alaska

Regina R. Belt  
Environmental Enforcement Section  
Environment & Natural Resources Division  
U.S. Department of Justice  
United States of America

cc: Divina Pelayo, Alaska Department of Fish and Game  
    Christine O'Sullivan, Alaska Department of Fish and Game  
    Sue Bump, Alaska Department of Revenue  
    Bob Mitchell, Alaska Department of Revenue  
    Barbara Hannah, Exxon Valdez Oil Spill Trustee Council Restoration Office

# RESOLUTION 07-01 OF THE
# *EXXON VALDEZ* OIL SPILL TRUSTEE COUNCIL
# REGARDING THE FY 2007 WORK PLAN

We, the undersigned, duly authorized members of the *Exxon Valdez* Oil Spill Trustee Council do hereby certify that, in accordance with the Memorandum of Agreement and Consent Decree entered as settlement of <u>United States of America v. State of Alaska</u>, No. A91-081 Civil, U.S. District Court for the District of Alaska, and after public meetings, unanimous agreement has been reached to expend funds received in settlement of <u>State of Alaska v. Exxon Corporation, et al.</u>, No. A91-083 CIV, and <u>United States of America v. Exxon Corporation, et al.</u>, No. A91-082 CIV, in U.S. District Court for the District of Alaska. This funding is for necessary natural resource damage assessment and restoration activities for the FY 2007 Work Plan, as described in Attachment A. The total amount of approved funding is $3,794,162. The monies are to be distributed according to the following schedule:

| | |
|---|---|
| Alaska Department of Fish & Game | $1,045,362 |
| **SUBTOTAL TO STATE OF ALASKA** | **$1,045,362** |
| | |
| U.S. Department of the Interior - USGS | $706,200 |
| U.S. Department of the Interior - USFWS | $388,200 |
| National Oceanic & Atmospheric Administration | $1,654,400 |
| **SUBTOTAL TO UNITED STATES OF AMERICA** | **$2,748,800** |
| | |
| **TOTAL APPROVED** | **$3,794,162** |

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make available for the Fiscal Year 2007 Work Plan, the amount of $3,794,162 from the appropriate accounts designated by the Executive Director.

Funds must be spent in accordance with Attachment A, with the following conditions: (1) If a Principal Investigator (PI) has an overdue report or manuscript from a previous year, no funds may be expended on a project involving the PI unless the report is submitted or a schedule for submission is approved by the Executive Director; (2) a project's lead agency must demonstrate to the Executive Director that requirements of the National Environmental Policy Act (NEPA) are met before any project funds may be expended (with the exception of funds spent to prepare NEPA documentation); and (3) a PI for each project must submit a signed form to the Executive Director indicating their agreement to abide by the Trustee Council's data and report requirements before any project funds may be expended.

Approved by the Council at its meeting of November 14, 2006, held in Anchorage, Alaska, and at its teleconference of January 10, 2007, as affirmed by our signatures affixed below.

Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

Talis J. Colberg
Attorney General
Alaska Department of Law

Hans Neidig
Special Assistant to the Secretary
 for Alaska
U.S. Department of Interior

Craig R. O'Connor
Special Counsel
National Oceanic & Atmospheric
 Administration
U.S. Department of Commerce

Denby Lloyd
Acting Commissioner
Alaska Department of Fish and Game

Mike Maher
Acting Commissioner
Alaska Department of Environmental
 Conservation

Resolution 07-01 - Attachment A

Funds must be spent in accordance with Attachment A, with the following conditions: (1) If a Principal Investigator (PI) has an overdue report or manuscript from a previous year, no funds may be expended on a project involving the PI unless the report is submitted or a schedule for submission is approved by the Executive Director; (2) a project's lead agency must demonstrate to the Executive Director that requirements of the National Environmental Policy Act (NEPA) are met before any project funds may be expended (with the exception of funds spent to prepare NEPA documentation); and (3) a PI for each project must submit a signed form to the Executive Director indicating their agreement to abide by the Trustee Council's data and report requirements before any project funds may be expended.

Approved by the Council at its meeting of November 14, 2006, held in Anchorage, Alaska, and at its teleconference of January 10, 2007, as affirmed by our signatures affixed below.

---

Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

Talis J. Colberg
Attorney General
Alaska Department of Law

---

Hans Neidig
Special Assistant to the Secretary
  for Alaska
U.S. Department of Interior

Craig R. O'Connor
Special Counsel
National Oceanic & Atmospheric
  Administration
U.S. Department of Commerce

---

Denby Lloyd
Acting Commissioner
Alaska Department of Fish and Game

Mike Maher
Acting Commissioner
Alaska Department of Environmental
  Conservation

Resolution 07-01 - Attachment A

Funds must be spent in accordance with Attachment A, with the following conditions: (1) If a Principal Investigator (PI) has an overdue report or manuscript from a previous year, no funds may be expended on a project involving the PI unless the report is submitted or a schedule for submission is approved by the Executive Director; (2) a project's lead agency must demonstrate to the Executive Director that requirements of the National Environmental Policy Act (NEPA) are met before any project funds may be expended (with the exception of funds spent to prepare NEPA documentation); and (3) a PI for each project must submit a signed form to the Executive Director indicating their agreement to abide by the Trustee Council's data and report requirements before any project funds may be expended.

Approved by the Council at its meeting of November 14, 2006, held in Anchorage, Alaska, and at its teleconference of January 10, 2007, as affirmed by our signatures affixed below.

Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

Talis J. Colberg
Attorney General
Alaska Department of Law

Hans Neidig
Special Assistant to the Secretary
 for Alaska
U.S. Department of Interior

Craig R. O'Connor
Special Counsel
National Oceanic & Atmospheric
 Administration
U.S. Department of Commerce

Denby Lloyd
Acting Commissioner
Alaska Department of Fish and Game

Mike Maher
Acting Commissioner
Alaska Department of Environmental
 Conservation

Resolution 07-01 - Attachment A

Funds must be spent in accordance with Attachment A, with the following conditions: (1) If a Principal Investigator (PI) has an overdue report or manuscript from a previous year, no funds may be expended on a project involving the PI unless the report is submitted or a schedule for submission is approved by the Executive Director; (2) a project's lead agency must demonstrate to the Executive Director that requirements of the National Environmental Policy Act (NEPA) are met before any project funds may be expended (with the exception of funds spent to prepare NEPA documentation); and (3) a PI for each project must submit a signed form to the Executive Director indicating their agreement to abide by the Trustee Council's data and report requirements before any project funds may be expended.

Approved by the Council at its meeting of November 14, 2006, held in Anchorage, Alaska, and at its teleconference of January 10, 2007, as affirmed by our signatures affixed below.

_____  
Joe L. Meade  
Forest Supervisor  
Forest Service Alaska Region  
U.S. Department of Agriculture

_____  
Talis J. Colberg  
Attorney General  
Alaska Department of Law

_____  
Hans Neidig  
Special Assistant to the Secretary for Alaska  
U.S. Department of Interior

_____  
Craig R. O'Connor  
Special Counsel  
National Oceanic & Atmospheric Administration  
U.S. Department of Commerce

_____  
Denby Lloyd  
Acting Commissioner  
Alaska Department of Fish and Game

_____  
Mike Maher  
Acting Commissioner  
Alaska Department of Environmental Conservation

Resolution 07-01 - Attachment A

2

Funds must be spent in accordance with Attachment A, with the following conditions: (1) If a Principal Investigator (PI) has an overdue report or manuscript from a previous year, no funds may be expended on a project involving the PI unless the report is submitted or a schedule for submission is approved by the Executive Director; (2) a project's lead agency must demonstrate to the Executive Director that requirements of the National Environmental Policy Act (NEPA) are met before any project funds may be expended (with the exception of funds spent to prepare NEPA documentation); and (3) a PI for each project must submit a signed form to the Executive Director indicating their agreement to abide by the Trustee Council's data and report requirements before any project funds may be expended.

Approved by the Council at its meeting of November 14, 2006, held in Anchorage, Alaska, and at its teleconference of January 10, 2007, as affirmed by our signatures affixed below.

_____
Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

_____
Talis J. Colberg
Attorney General
Alaska Department of Law

_____
Craig R. O'Connor
Special Counsel
National Oceanic & Atmospheric
  Administration
U.S. Department of Commerce

_____
Hans Neidig
Special Assistant to the Secretary
 for Alaska
U.S. Department of Interior

_____
Denby Lloyd
Acting Commissioner
Alaska Department of Fish and Game

_____
Mike Maher
Acting Commissioner
Alaska Department of Environmental
  Conservation

Resolution 07-01 - Attachment A

Funds must be spent in accordance with Attachment A, with the following conditions: (1) If a Principal Investigator (PI) has an overdue report or manuscript from a previous year, no funds may be expended on a project involving the PI unless the report is submitted or a schedule for submission is approved by the Executive Director; (2) a project's lead agency must demonstrate to the Executive Director that requirements of the National Environmental Policy Act (NEPA) are met before any project funds may be expended (with the exception of funds spent to prepare NEPA documentation); and (3) a PI for each project must submit a signed form to the Executive Director indicating their agreement to abide by the Trustee Council's data and report requirements before any project funds may be expended.

Approved by the Council at its meeting of November 14, 2006, held in Anchorage, Alaska, and at its teleconference of January 10, 2007, as affirmed by our signatures affixed below.

_____
Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

_____
Talis J. Colberg
Attorney General
Alaska Department of Law

_____
Hans Neidig
Special Assistant to the Secretary
  for Alaska
U.S. Department of Interior

_____
Craig R. O'Connor
Special Counsel
National Oceanic & Atmospheric
  Administration
U.S. Department of Commerce

_____
Denby Lloyd
Acting Commissioner
Alaska Department of Fish and Game

_____
Mike Maher
Acting Commissioner
Alaska Department of Environmental
  Conservation

Resolution 07-01 - Attachment A

Resolution 07-01 - Attachment A

| Project Approved | Lead Agency | Project Number | PI | Project Title | FY 07 Funded | FY 08 Approved | FY 09 Approved | FY 10 Approved | Project Total |
|---|---|---|---|---|---|---|---|---|---|
| 1/10/2007 | ADF&G | 070210 | Salasky/Crumley | Youth Area Watch - PWS | $ 104,500 | | | | $ 104,500 |
| 1/10/2007 | ADF&G | 070610 | Schneider | Kodiak Archipelago Youth-Area Watch | $ 75,600 | | | | $ 75,600 |
| 1/10/2007 | ADF&G | 070759 | Rosenberg | Harlequin Duck Population Dynamics in Prince William Sound: Measuring Recovery from EVOS | $ 86,700 | | | | $ 86,700 |
| 11/14/2006 | ADF&G | 070340 | Weingartner | Long-Term Oceanographic Monitoring of the Alaska Coastal Current | $ 128,200 | $ 131,300 | $ 129,500 | | $ 389,000 |
| 11/14/2006 | ADF&G | 070769 | Otis/Bickford | Using Otolith Chemistry to Discriminate Pacific Herring Stocks in AK | $ 66,400 | | | | $ 66,400 |
| 11/14/2006 | ADF&G | 070782 | Bickford/Norcross | Herring Restoration in PWS: Identifying Natal & Nursery Habitats | $ 122,700 | $ 134,600 | $ 77,700 | | $ 335,000 |
| 11/14/2006 | ADF&G | 070804 | Rice/Heintz/Moran | Significance of Whale Predation on Natural Mortality Rate of Pacific Herring in PWS | $ 78,900 | | | | $ 78,900 |
| 11/14/2006 | ADF&G | 070819 | Herschberger | PWS Herring Disease Program | $ 7,400 | $ 11,400 | $ 11,400 | $ 11,400 | $ 41,600 |
| 11/14/2006 | ADF&G | 070821 | Linley/Betka/Ferren | Development of Culture Technology to Support Restoration of Herring in PWS | $ 92,700 | | | | $ 92,700 |
| 11/14/2006 | ADF&G | 070822 | Moffitt | Herring Data & Information Portal | $ 132,100 | | | | $ 132,100 |
| 11/14/2006 | ADF&G | 070834 | Meuret/Woody | Identification of Essential Habitat for Pacific Herring in Sitka Sound for Comparison to PWS | $ 166,400 | | | | $ 166,400 |
| | | | | State of Alaska - ADF&G | $ 1,061,600 | $ 277,300 | $ 218,600 | $ 11,400 | $ 1,568,900 |
| 1/10/2007 | NOAA | 070810 | Kiefer/Brown | An Ecosystem Model of PWS Herring: A Management & Restoration Tool | $ 250,800 | $ 250,800 | $ 250,800 | | $ 752,400 |
| 11/14/2006 | NOAA | 070290 | Nelson/Short | The Exxon Valdez Trustee Hydrocarbon Database | $ 30,100 | | | | $ 30,100 |
| 11/14/2006 | NOAA | 070624 | Batten | Acquisition of Continuous Plankton Recorder Data (BAA) | $ 135,400 | | | | $ 135,400 |
| 11/14/2006 | NOAA | 070742 | Matkin | Monitoring, Tagging, Feeding Studies, and Restoration of Killer Whales in Prince William Sound/Kenai Fjords in 2007 | $ 99,400 | | | | $ 99,400 |
| 11/14/2006 | NOAA | 070804 | Rice/Heintz/Moran | Significance of Whale Predation on Natural Mortality Rate of Pacific Herring in PWS | $ 118,800 | | | | $ 118,800 |
| 11/14/2006 | NOAA | 070805 | Lindeberg | ShoreZone Mapping for PWS | $ 237,900 | $ 322,300 | | | $ 560,200 |
| 11/14/2006 | NOAA | 070806 | Vollenweider | Are Herring (Clupea pallasi) Energetics in PWS a Limiting Factor? | $ 139,100 | | | | $ 139,100 |
| 11/14/2006 | NOAA | 070811 | Kline | PWS Herring Forage Contingency | $ 262,000 | | | | $ 262,000 |
| 11/14/2006 | NOAA | 070817 | Gay | Oceanographic Factors Affecting Productivity in Juvenile Pacific Herring Nursery Habitats | $ 71,400 | | | | $ 71,400 |
| 11/14/2006 | NOAA | 070829 | Shigenaka | Bioavailability and Effects of Lingering Oil to Littleneck Clams (Protothaca Staminea) and Population Recovery Status in PWS | $ 239,900 | | | | $ 239,900 |
| 11/14/2006 | NOAA | 070830 | Thorne | Trends in Adult & Juvenile Herring Distribution & Abundance in PWS (BAA) | $ 103,400 | $ 103,400 | $ 226,800 | | $ 433,600 |
| | | | | NOAA | $ 1,688,200 | $ 676,500 | $ 477,600 | $ - | $ 2,842,300 |
| 11/14/2006 | USFWS | 070751 | Irons | Prince William Sound Marine Bird Surveys, Synthesis and Restoration | $ 191,200 | | | | $ 191,200 |
| 11/14/2006 | USFWS | 070814 | Bishop/Kuletz | Seabird Predation on Juvenile Herring in PWS | $ 197,000 | | | | $ 197,000 |
| | | | | USFWS | $ 388,200 | $ - | $ - | $ - | $ 388,200 |
| 11/14/2006 | USGS | 070750 | Bodkin/Dean | Database Development and Implementation of Long-Term Monitoring for Evaluation of Recovery of Nearshore Resources | $ 135,300 | | | | $ 135,300 |
| 11/14/2006 | USGS | 070808 | Ballachey | Sea Otter Recovery and Nearshore Synthesis | $ 154,000 | $ 97,700 | | | $ 251,700 |
| 11/14/2006 | USGS | 070816 | Esler | Evaluating Harlequin Duck Population Recovery: CYP1A Monitoring and a Demographic Population Model | $ 177,800 | $ 23,900 | | | $ 201,700 |
| 11/14/2006 | USGS | 070819 | Herschberger | PWS Herring Disease Program | $ 239,100 | $ 245,700 | $ 247,200 | $ 261,400 | $ 993,400 |
| | | | | USGS | $ 706,200 | $ 367,300 | $ 247,200 | $ 261,400 | $ 1,582,100 |
| | | | | United States | $ 2,782,600 | $ 1,043,800 | $ 724,800 | $ 261,400 | $ 4,812,300 |
| | | | | Total FY 07 Approved Amount | $ 3,844,200 | $ 1,321,100 | $ 943,400 | $ 272,800 | $ 6,381,500 |

Total FY 07 Revised Approved Amount - See Resolution 07-01 - Attachment B   $ 3,844,200
Minus Interim Funding Received for PJ 70624 w/Court Notice 21/Resolution 06-15   (33,800)  NOAA
Minus Interim Funding Received for PJ 70340 w/Court Notice 21/Resolution 06-15   (16,238)  ADF&G
Funding Approval Per Resolution 07-01   3,794,162

# RESOLUTION 07-02 OF THE
# *EXXON VALDEZ* OIL SPILL TRUSTEE COUNCIL
# REGARDING PROJECT MANAGEMENT FOR THE FY 2007 WORK PLAN

We, the undersigned, duly authorized members of the *Exxon Valdez* Oil Spill Trustee Council do hereby certify that, in accordance with the Memorandum of Agreement and Consent Decree entered as settlement of United States of America v. State of Alaska, No. A91-081 Civil, U.S. District Court for the District of Alaska, and after public meetings, unanimous agreement has been reached to expend funds received in settlement of State of Alaska v. Exxon Corporation, et al., No. A91-083 CIV, and United States of America v. Exxon Corporation, et al., No. A91-082 CIV, in U.S. District Court for the District of Alaska, for necessary natural resource damage assessment and restoration activities for fiscal year 2007, as described in Attachment A. Funds in the amount of $142,300 are to be distributed according to Attachment A in support of PJ 070100 – Project Management, as follows:

| | |
|---|---:|
| Alaska Department of Fish & Game | $45,900 |
| Alaska Department of Natural Resources | $ 5,700 |
| **STATE OF ALASKA** | **$51,600** |
| | |
| U.S. Department of the Interior | $38,700 |
| National Oceanic & Atmospheric Administration | $52,000 |
| **UNITED STATES OF AMERICA** | **$90,700** |
| | |
| **TOTAL REDISTRIBUTION** | **$142,300** |

Of this amount $122,800 were approved for disbursement at the Council's December 13, 2006 meeting, and $19,500 were approved at the Council's January 10, 2007 meeting.

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make available the amount of $142,300 from the appropriate accounts designated by the Executive Director.

Approved by the Council at its teleconference meeting of December 13, 2006, and at its teleconference meeting of January 10, 2007, and affirmed by our signatures affixed below.

_____
Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

_____
Talis J. Colberg
Attorney General
Alaska Department of Law

_____
Hans Neidig
Special Assistant to the Secretary
  for Alaska
U.S. Department of the Interior

_____
Craig O'Connor
Special Counsel
National Oceanic & Atmospheric
  Administration
U.S. Department of Commerce

_____
Denby Lloyd
Acting Commissioner
Alaska Department of Fish and Game

_____
Mike Maher
Acting Commissioner
Alaska Department of Environmental
  Conservation

Resolution 07-02 – Attachment A

Approved by the Council at its teleconference meeting of December 13, 2006, and at its teleconference meeting of January 10, 2007, and affirmed by our signatures affixed below.

| | |
|---|---|
| Joe L. Meade<br>Forest Supervisor<br>Forest Service Alaska Region<br>U.S. Department of Agriculture | Talis J. Colberg<br>Attorney General<br>Alaska Department of Law |
| Hans Neidig<br>Special Assistant to the Secretary for Alaska<br>U.S. Department of the Interior | Craig O'Connor<br>Special Counsel<br>National Oceanic & Atmospheric Administration<br>U.S. Department of Commerce |
| Denby Lloyd<br>Acting Commissioner<br>Alaska Department of Fish and Game | Mike Maher<br>Acting Commissioner<br>Alaska Department of Environmental Conservation |

Resolution 07-02 – Attachment A

Approved by the Council at its teleconference meeting of December 13, 2006, and at its teleconference meeting of January 10, 2007, and affirmed by our signatures affixed below.

_____
Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

_____
Talis J. Colberg
Attorney General
Alaska Department of Law

_____
Hans Neidig
Special Assistant to the Secretary
  for Alaska
U.S. Department of the Interior

_____
Craig O'Connor
Special Counsel
National Oceanic & Atmospheric
  Administration
U.S. Department of Commerce

_____/s/_____
Denby Lloyd
Acting Commissioner
Alaska Department of Fish and Game

_____
Mike Maher
Acting Commissioner
Alaska Department of Environmental
  Conservation

Resolution 07-02 – Attachment A

Approved by the Council at its teleconference meeting of December 13, 2006, and at its teleconference meeting of January 10, 2007, and affirmed by our signatures affixed below.

_____
Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

_____
Talis J. Colberg
Attorney General
Alaska Department of Law

_____
Hans Neidig
Special Assistant to the Secretary
  for Alaska
U.S. Department of the Interior

_____
Craig O'Connor
Special Counsel
  National Oceanic & Atmospheric
    Administration
U.S. Department of Commerce

_____
Denby Lloyd
Acting Commissioner
Alaska Department of Fish and Game

_____
Mike Maher
Acting Commissioner
Alaska Department of Environmental
  Conservation

Resolution 07-02 – Attachment A

Approved by the Council at its teleconference meeting of December 13, 2006, and at its teleconference meeting of January 10, 2007, and affirmed by our signatures affixed below.

---
Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

---
Talis J. Colberg
Attorney General
Alaska Department of Law

---
Hans Neidig
Special Assistant to the Secretary
  for Alaska
U.S. Department of the Interior

---
Craig O'Connor
Special Counsel
National Oceanic & Atmospheric
  Administration
U.S. Department of Commerce

---
Denby Lloyd
Acting Commissioner
Alaska Department of Fish and Game

---
Mike Maher
Acting Commissioner
Alaska Department of Environmental
  Conservation

Resolution 07-02 – Attachment A

Approved by the Council at its teleconference meeting of December 13, 2006, and at its teleconference meeting of January 10, 2007, and affirmed by our signatures affixed below.

---

Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

Talis J. Colberg
Attorney General
Alaska Department of Law

---

Hans Neidig
Special Assistant to the Secretary
  for Alaska
U.S. Department of the Interior

Craig O'Connor
Special Counsel
  National Oceanic & Atmospheric
  Administration
U.S. Department of Commerce

---

Denby Lloyd
Acting Commissioner
Alaska Department of Fish and Game

Mike Maher
Acting Commissioner
Alaska Department of Environmental
  Conservation

Resolution 07-02 – Attachment A

Resolution 07-02 - Attachment A

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | Annual Amount | Monthly Amount B/12 | Unsplit PJs | Unsplit Sub-Total C*D | % of Split PJs | Split % Sub-Total C*F | FY 07 Total E+G | Per Mo H/12 | Allot for 2-4 Qtrs I*6 | | 9% Agency G&A | 12/13/2006 Approved Total |
| 5 | ADFG | $107,309 | $8,942 | 6 | $53,655 | 43% | $3,845 | $57,500 | $4,792 | $28,750 | | $2,587 | $31,337 |
| 6 | ADEC | | | 0 | | 0% | | | | $0 | | $0 | $0 |
| 7 | ADNR | $124,748 | $10,396 | 1 | $10,396 | 0% | $0 | $10,396 | $866 | $5,198 | | $468 | $5,666 |
| 8 | | | | | | | | Total State of Alaska | | $33,948 | | $3,055 | $37,003 |
| 9 | DOI | $108,000 | $9,000 | 6 | $54,000 | 97% | $8,730 | $62,730 | $5,228 | $35,498 | | $3,195 | $38,693 |
| 10 | NOAA | $108,000 | $9,000 | 9 | $81,000 | 60% | $5,400 | $86,400 | $7,200 | $43,200 | | $3,888 | $47,088 |
| 11 | | | | | | | | Total United States of America | | $78,698 | | $7,083 | $85,781 |
| 12 | | | | | | | | TOTAL PROJECT MANAGEMENT FUNDS APPROVED 12/13/06 | | $112,646 | | $10,138 | $122,784 |
| 13 | | | | | | | | | | | | | |
| 14 | | Annual Amount | Monthly Amount B/12 | Unsplit PJs | Unsplit Sub-Total C*D | % of Split PJs | Split % Sub-Total C*F | FY 07 Total E+G | Per Mo H/12 | Allot for 2-4 Qtrs I*6 | | 9% Agency G&A | 1/10/2007 Approved Total |
| 17 | ADFG | $107,309 | $8,942 | 3 | $26,827 | | $0 | $26,827 | $2,236 | $13,414 | | $1,207 | $14,621 |
| 18 | ADEC | | | 0 | | | $0 | $0 | $0 | $0 | | $0 | $0 |
| 19 | ADNR | $124,748 | $10,396 | | $ - | | $0 | $0 | $0 | $0 | | $0 | $0 |
| 20 | | | | | | | | Total State of Alaska | | $13,414 | | $1,207 | $14,621 |
| 21 | DOI | $108,000 | $9,000 | | $ - | | $0 | $0 | $0 | $0 | | $0 | $0 |
| 22 | NOAA | $108,000 | $9,000 | 1 | $9,000 | | $0 | $9,000 | $750 | $4,500 | | $405 | $4,905 |
| 23 | | | | | | | | Total United States of America | | $4,500 | | $405 | $4,905 |
| 24 | | | | | | | | TOTAL PROJECT MANAGEMENT FUNDS APPROVED 1/10/07 | | $17,914 | | $1,612 | $19,526 |

1 Columns A & B are calculations of current liaisons salary figures for FY 07
2 Columns D & E calculate 1 mos salary per 1 agency lead project
3 Columns F & G calculate the percentage of 1 mos salary for multi-agency projects
4 Column H is the total annual amount for the full federal fiscal year.
5 Column I figures a recalculation of the monthly amount to apply for the balance of FY 07

| | 12/13/2006 Approved Total | 1/10/2007 Approved Total | Resolution 07-02 Approved |
|---|---|---|---|
| ADFG | 31.3 | 14.6 | 45.9 |
| ADEC | 0.0 | 0.0 | 0.0 |
| ADNR | 5.7 | 0.0 | 5.7 |
| Total State of Alaska | 37.0 | 14.6 | 51.6 |
| DOI | 38.7 | 0.0 | 38.7 |
| NOAA | 47.1 | 4.9 | 52.0 |
| Total United States of America | 85.8 | 4.9 | 90.7 |
| TOTAL PROJECT MANAGEMENT FUNDS | 122.8 | 19.5 | 142.3 |