

# Exxon Valdez Oil Spill Trustee Council

441 W. 5th Ave., Suite 500 • Anchorage, AK 99501-2340 • 907 278 8012 • fax 907 276 7178

## TRUSTEE COUNCIL MEETING NOTES
### Anchorage, Alaska
### November 14, 2006

Chaired by: Craig O'Connor
Trustee Council Member

Trustee Council Members Present:

| | |
|---|---|
| Joe Meade, USFS | McKie Campbell, ADF&G |
| Drue Pearce, DOI | Kurt Fredriksson, ADEC |
| • Craig O'Connor, NMFS * | Craig Tillery, ADOL ** |

- • Chair
- \* Craig O'Connor alternate for James Balsiger
- \*\* Craig Tillery alternate for David Márquez

---

The teleconferenced meeting convened at 8:30 a.m., November 14, 2006 in Anchorage at the EVOS Conference Room.

1. Approval of the Agenda

    APPROVED MOTION:    Approved agenda as presented with the exception of convening the Executive Session during lunch.

    Motion by Fredriksson, second by Campbell

2. Approval of September 7, 2006 meeting notes

    APPROVED:    Approval of the September 7, 2006 Trustee Council meeting notes.

    Presented by O'Connor, no objections received

Federal Trustees
U.S. Department of the Interior
U.S. Department of Agriculture
National Oceanic and Atmospheric Administration

State Trustees
Alaska Department of Fish and Game
Alaska Department of Environmental Conservation
Alaska Department of Law

Attachment B
Page 1 of 6

**Public Advisory Committee (PAC) comments were offered by: Stacy Studebaker**

Public comment period began at 9:10 a.m.

**Fifteen public comments were received.**

Public comment closed at 10:55 a.m.

3. <u>Update to Injured Resources and Services list</u>

    APPROVED MOTION:    Motion to approve the Update to Injured Resources and Services list with the provision that the killer whales be treated as a single resource in the recovering category, that the harbor seals be characterized as recovered and that the rest of the recommendations in the report be endorsed.

    Motion by Fredriksson, second by Meade

3. <u>Executive Session</u>

    APPROVED MOTION:    Motion to move into executive session to discuss legal and personnel issues.

    Motion by O'Connor, second by Fredriksson

Off the record: 12:00 p.m.
On the record: 1:10 p.m.

4. <u>FY 07 Work Plan – Herring proposals</u>

    APPROVED MOTION:    Motion to approve the following projects identified as Priority 1's through their life cycle: 070624 – Batten, 070782 – Bickford/Norcross, 070819 – Hershberger, 070810 – Kiefer/Brown (contingent on Executive Director approval), 070805 – Lindeberg (contingent on Executive Director approval), 070834 – Meuret-Woody, 070822 – Moffitt, 070830 – Thorne, 070340 – Weingartner; and to approve

                                      the following projects identified as Priority 2's for FY 2007, 070814 – Bishop/Kuletz, 070817 – Gay, 070811 – Kline, 070769 – Otis/Bickford, 070804 – Rice/Heintz/Ferren, 070806 – Vollenweider, 070821 – Linley with the following caveat, do not fund the outer years and in 2007 send the appropriate number of people to Japan to gather the information about the herring projects and programs that the Japanese already have in place, fund 070699 – Cokelet and do not fund 070833 - Wang

                                        Motion by Pearce, second by O'Connor

        MOTION AMENDMENT:    Remove Cokelet from consideration

                                        Amendment by Fredriksson, second by Pearce

Off the record: 3:05 p.m.
On the record: 3:22 p.m.

5.     <u>FY 07 Work Plan – non-Herring proposals</u>

        APPROVED MOTION:    Motion to approve funding projects identified as Priority 1's and 2's: 070750 – Bodkin/Dean, 070816 – Esler, 070742 – Matkin, 070290 – Nelson/Short, 070808 – Ballachey, 070751 – Irons, 070759 – Rosenberg, 070829 – Shigenaka/Fukuyama, 070210 – Salasky/Crumley (FY07 only), 070610 – Schneider (FY07 only).

                                      Motion by Fredriksson, second by Meade

        MOTION AMENDMENT:    Defer Lauenstein's project until a later date, have him work with the Science Director and Science Panel to work out some of their concerns and come back at a later date

                                      Amendment by Tillery, second by Fredriksson

|  |  |
|---|---|
| MOTION AMENDMENT: | Fund Youth Area Watch programs for one more year, contingent on determining whether they actually have some students and, if so, funding them at the levels appropriate to the number of participating students. |
| | Amendment by Pearce, second by Fredriksson |
| MOTION AMENDMENT: | Mr. Baffrey and Ms. Studebaker work to find the efficiencies in the dollars allocated and in the 07 budget to be able to convene a community education group to get the new model built based on engagement of school interest within the Sound communities. |
| | Amendment by Meade, second by Pearce |
| MOTION AMENDMENT: | Add a Trustee Council member or Liaison to the environmental education review committee and bring a plan back to the council |
| | Amendment by Pearce, second by Fredriksson |

6.  **FY 07 Pre-proposals**

|  |  |
|---|---|
| APPROVED MOTION: | Motion to ask the proposers of the one-page pre-proposals to bring them back to the Council as full proposals, working with the EVOS staff to help them if some don't exactly fit the parameters of the original '07 Invitation and that the Cordova proposal get an expedited legal and PAC review |
| | Motion by Pearce, second by Meade |

Meeting adjourned at 5:05 p.m.

Motion by Pearce, second by Meade

Attachment B
Page 4 of 6



# *Exxon Valdez* Oil Spill Trustee Council

441 W. 5th Ave., Suite 500 • Anchorage, AK 99501-2340 • 907 278 8012 • fax 907 276 7178

## TRUSTEE COUNCIL MEETING NOTES
### Anchorage, Alaska
### December 13, 2006

Chaired by: Craig O'Connor
Trustee Council Member

Trustee Council Members Present:

| | |
|---|---|
| Joe Meade, USFS | • Craig Tillery, ADOL ** |
| Hans Neidig, DOI | Heather Brandon, ADF&G *** |
| Craig O'Connor, NMFS * | Larry Dietrick, ADEC **** |

- Chair
* Craig O'Connor alternate for James Balsiger
** Craig Tillery Acting Attorney General
*** Heather Brandon alternate for McKie Campbell
**** Larry Dietrick alternate for Mike Maher

---

The teleconferenced meeting convened at 10:05 a.m., December 13, 2006 in Anchorage at the EVOS Conference Room.

1. Approval of the Agenda

       APPROVED MOTION:    Approved amended agenda to include an Executive Session to discuss matters related to habitat acquisition.

                                               Motion by O'Connor, second by Brandon

**Public Advisory Committee (PAC) comments were offered by: RJ Kopchak**

Public comment period began at 10:12 a.m.

---

**Federal Trustees**
U.S. Department of the Interior
U.S. Department of Agriculture
National Oceanic and Atmospheric Administration

Attachment _B_
Page _5_ of _6_

**State Trustees**
Alaska Department of Fish and Game
Alaska Department of Environmental Conservation
Alaska Department of Law

**One public comment was received.**

Public comment closed at 10:22 a.m.

2. <u>Herring White Paper</u>

    APPROVED MOTION:    Motion to add Doug Hay, retired Fisheries and Oceans Canada, to the Herring Steering Committee to provide an international presence.

    Motion by Meade, second by O'Connor

3. <u>Project 070100 Project Management Funds</u>

    APPROVED MOTION:    Motion to expend project management funds in the amount of $122,800 as follows:  ADFG - $31,400, ADNR - $5,600, US DOI - $38,700 and NOAA - $47,100.

    Motion by O'Connor, second by Dietrick

4. <u>Executive Session</u>

    APPROVED MOTION:    Motion to move into executive session to discuss legal matters, including those relating to habitat acquisition.

    Motion by O'Connor, second by Neidig

Off the record: 11:31 a.m.
On the record: 12:00 p.m.

Meeting adjourned at 12:01 p.m.

    APPROVED MOTION:    Motion to adjourn Meade, second by O'Connor

Attachment  8
Page  6  of  6

2