NELSON P. COHEN
United States Attorney

JOSEPH W. BOTTINI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
joseph.bottini@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | No.  3:91-cv-00082-HRH |
|                                                              ) | |
|                    Plaintiff,                        ) | **NOTICE TO DISCONTINUE** |
|                                                              ) | **ELECTRONIC SERVICE** |
|         vs.                                             ) | |
|                                                              ) | |
| EXXON CORPORATION, EXXON     ) | |
| SHIPPING COMPANY, and              ) | |
| EXXON PIPELINE COMPANY,         ) | |
| et al., in personam, and the T/V      ) | |
| EXXON VALDEZ, in rem,                 ) | |
|                                                              ) | |
|                    Defendants.                   ) | |

COMES NOW Plaintiff United States of America, by and through Nelson P. Cohen, United States Attorney for the District of Alaska, and hereby requests the

Court no longer electronically serve pleadings in the above-captioned case on Joseph W. Bottini, Asst. U.S. Attorney. U.S. Department of Justice Attorney Regina R. Belt, is the lead attorney in this matter.

    RESPECTFULLY submitted this <u>19th</u> day of February, 2007, at Anchorage, Alaska.

                       NELSON P. COHEN
                       United States Attorney

                       s/ Joseph W. Bottini
                       Assistant U. S. Attorney
                       222 West 7th Ave., #9, Rm. 253
                       Anchorage, AK 99513-7567
                       Phone: (907) 271-5071
                       Fax: (907) 271-1500
                       E-mail: joseph.bottini@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2007,
a copy of the foregoing NOTICE was served
by U. S. Mail on:

Craig J. Tillery
Attorney General's Office
1031 West 4th Avenue, Suite 200
Anchorage, AK 99501

s/ Joseph W. Bottini