**STATE OF ALASKA**

**DEPARTMENT OF LAW**

OFFICE OF THE ATTORNEY GENERAL

SARAH PALIN, GOVERNOR

*Environmental*
1031 WEST 4th AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1994
PHONE:   (907) 269-5274
FAX:       (907) 278-7022

March 15, 2007

Mr. Gary Bader
Chief Investment Officer
Treasury Division, Dept. of Revenue
P.O. Box 110405
Juneau, AK 99811-0405

Re:   Exxon Valdez Oil Spill Investment Fund

Dear Mr. Bader:

The Exxon Valdez Trustee Council has unanimously determined to expend $2,232,000.00 in joint trust funds for restoration purposes consistent with the terms of the Memorandum of Agreement and Consent Decree entered by the federal district court in *United States v. State of Alaska*, No. A91-081 CIV (D. Alaska) on August 28, 1991. This full amount will come from the Research Investment Sub-Account. The Research Investment Sub-Account is currently held by the State of Alaska in the Exxon Valdez Oil Spill Investment Fund and invested by the Treasury Division, Alaska Department of Revenue. Under the terms of the Reimbursable Services Agreement between the Alaska Department of Fish and Game and the Alaska Department of Revenue, please transfer the following amounts from cash held in the Exxon Valdez Oil Spill Investment Fund to the accounts described below:

**United States**
    Amount:   $2,232,000.00

Beneficiary
    account:   14X5198
    name:       Natural Resource Damage Assessment and Restoration Fund
    (NRDAR)

    <u>Beneficiary</u>
    account:   14010001
    name:       Department of the Interior
    Financial Management Services National Business Center

Attachment A
Page 1 of 11

Mr. Gary Bader                                                          Page Two
Treasury Division, Department of Revenue                           March 15, 2007

      **Beneficiary Bank**
      account:      021030004
      name:      Treasury, NYC

      OBI Text
      Natural Resource Damage Assessment Restoration Fund 14X5198
      EVOS Exxon Valdez, Civil Settlement, FY07 Joint Funds

      **Beneficiary Reference**
      A91-082Civil

    The transfer should take place when most financially advantageous, but no later than March 21, 2007 or as soon thereafter as possible. If you have any questions, please call Rita Lovett at (907) 269-5274.

                                            Sincerely,

*/s/ Rita Lovett*                                     */s/ Regina R. Belt*

Rita H. Lovett                                        Regina R. Belt
Assistant Attorney General                            Environmental Enforcement Section
State of Alaska                                       Environment & Natural Resources Division
                                                   U.S. Department of Justice
                                                   United States of America

cc:   Divina Pelayo, Alaska Department of Fish and Game
      Christine O'Sullivan, Alaska Department of Fish and Game
      Sue Bump, Alaska Department of Revenue
      Bob Mitchell, Alaska Department of Revenue
      Barbara Hannah, Exxon Valdez Oil Spill Trustee Council Restoration Office

RESOLUTION 07-03 OF THE
*EXXON VALDEZ* OIL SPILL TRUSTEE COUNCIL
REGARDING
PJ 070100, PJ 070801, PJ 070836, & PJ 070853

We, the undersigned, duly authorized members of the *Exxon Valdez* Oil Spill Trustee Council do hereby certify that, in accordance with the Memorandum of Agreement and Consent Decree entered as settlement of United States of America v. State of Alaska, No. A91-081 Civil, U.S. District Court for the District of Alaska, and after public meetings, unanimous agreement has been reached to expend funds received in settlement of State of Alaska v. Exxon Corporation, et al., No. A91-083 CIV, and United States of America v. Exxon Corporation, et al., No. A91-082 CIV, U.S. District Court for the District of Alaska, for necessary natural resource damage assessment and restoration activities for fiscal year 2007, as described in Attachments A and B. The following projects totaling $3,497,700 were approved in the Trustee Council meetings of February 16, 2007 and March 9, 2007:

PJ 070801 - Michel - Assessment of the Areal Distribution and Amount of Lingering Oil in Prince William Sound and the Gulf of Alaska

PJ 070836 – Boufadel - Factors Responsible for Limiting the Degradation Rate of *Exxon Valdez* Oil in Prince William Sound

PJ 070853 – Irons – Pigeon Guillemot Restoration Research in Prince William Sound

This resolution authorizes the distribution of FY 07 funding for the above-referenced projects totaling $2,217,300, as detailed in Attachment A, and the addition of $14,700 to the PJ 070100 Annual Program Development and Implementation Budget for the purpose of Trustee Agency liaison project management fees, as detailed within Attachment B. The total FY 07 amount of $2,232,000 is to be distributed to the United States of America according to the following schedule:

| | |
|---|---|
| U.S. Department of the Interior – USGS | $ 36,400 |
| U.S. Department of the Interior – FWS | $ 317,000 |
| National Oceanic & Atmospheric Administration | $1,878,600 |
| Sub-total to the United States of America | $2,232,000 |
| **TOTAL APPROVED FOR DISTRIBUTION** | **$2,232,000** |

1

Resolution 07-03

Attachment A
Page 3 of 11

Funds must be spent in accordance with Attachments A & B, with the following conditions: (1) If the Principal Investigator (PI) has an overdue report or manuscript from a previous year, no funds may be expended on this project involving the PI unless the report is submitted or a schedule for submission is approved by the Executive Director; (2) the project's lead agency must demonstrate to the Executive Director that requirements of the National Environmental Policy Act (NEPA) are met before any project funds may be expended (with the exception of funds spent to prepare NEPA documentation); and (3) the PI for this project must submit a signed form to the Executive Director indicating their agreement to abide by the Trustee Council's data and report requirements before any project funds may be expended.

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make available for PJ 070100, PJ 070801, PJ 070836 and PJ 070853 the amount of $2,232,000 from the appropriate accounts as designated by the Executive Director.

Approved by the Trustee Council at its teleconference meetings of February 16, 2007 and March 9, 2007 and as affirmed by signatures affixed below.

_For Joe L. Meade by Steve Zemke_
Forest Supervisor
Forest Service Alaska Region
U. S. Department of Agriculture

Talis J. Colberg
Attorney General
Alaska Department of Law

Hans Neidig
Senior Advisor to the Secretary
for Alaskan Affairs
U.S. Department of Interior

Craig R. O'Connor
Special Counsel
National Oceanic & Atmospheric Administration
U.S. Department of Commerce

Funds must be spent in accordance with Attachments A & B, with the following conditions: (1) If the Principal Investigator (PI) has an overdue report or manuscript from a previous year, no funds may be expended on this project involving the PI unless the report is submitted or a schedule for submission is approved by the Executive Director; (2) the project's lead agency must demonstrate to the Executive Director that requirements of the National Environmental Policy Act (NEPA) are met before any project funds may be expended (with the exception of funds spent to prepare NEPA documentation); and (3) the PI for this project must submit a signed form to the Executive Director indicating their agreement to abide by the Trustee Council's data and report requirements before any project funds may be expended.

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make available for PJ 070100, PJ 070801, PJ 070836 and PJ 070853 the amount of $2,232,000 from the appropriate accounts as designated by the Executive Director.

Approved by the Trustee Council at its teleconference meetings of February 16, 2007 and March 9, 2007 and as affirmed by signatures affixed below.

For Joe L. Meade by Steve Zemke
Forest Supervisor
Forest Service Alaska Region
U. S. Department of Agriculture

Talis J. Colberg
Attorney General
Alaska Department of Law

Hans Neidig
Senior Advisor to the Secretary
for Alaskan Affairs
U.S. Department of Interior

Craig R. O'Connor
Special Counsel
National Oceanic & Atmospheric Administration
U.S. Department of Commerce