Funds must be spent in accordance with Attachments A & B, with the following conditions: (1) If the Principal Investigator (PI) has an overdue report or manuscript from a previous year, no funds may be expended on this project involving the PI unless the report is submitted or a schedule for submission is approved by the Executive Director; (2) the project's lead agency must demonstrate to the Executive Director that requirements of the National Environmental Policy Act (NEPA) are met before any project funds may be expended (with the exception of funds spent to prepare NEPA documentation); and (3) the PI for this project must submit a signed form to the Executive Director indicating their agreement to abide by the Trustee Council's data and report requirements before any project funds may be expended.

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make available for PJ 070100, PJ 070801, PJ 070836 and PJ 070853 the amount of $2,232,000 from the appropriate accounts as designated by the Executive Director.

Approved by the Trustee Council at its teleconference meetings of February 16, 2007 and March 9, 2007 and as affirmed by signatures affixed below.

For Joe L. Meade by Steve Zemke
Forest Supervisor
Forest Service Alaska Region
U. S. Department of Agriculture

Talis J. Colberg
Attorney General
Alaska Department of Law

Hans Neidig
Senior Advisor to the Secretary
for Alaskan Affairs
U.S. Department of Interior

Craig R. O'Connor
Special Counsel
National Oceanic & Atmospheric Administration
U.S. Department of Commerce

Funds must be spent in accordance with Attachments A & B, with the following conditions: (1) If the Principal Investigator (PI) has an overdue report or manuscript from a previous year, no funds may be expended on this project involving the PI unless the report is submitted or a schedule for submission is approved by the Executive Director; (2) the project's lead agency must demonstrate to the Executive Director that requirements of the National Environmental Policy Act (NEPA) are met before any project funds may be expended (with the exception of funds spent to prepare NEPA documentation); and (3) the PI for this project must submit a signed form to the Executive Director indicating their agreement to abide by the Trustee Council's data and report requirements before any project funds may be expended.

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make available for PJ 070100, PJ 070801, PJ 070836 and PJ 070853 the amount of $2,232,000 from the appropriate accounts as designated by the Executive Director.

Approved by the Trustee Council at its teleconference meetings of February 16, 2007 and March 9, 2007 and as affirmed by signatures affixed below.

---

For Joe L. Meade by Steve Zemke  
Forest Supervisor  
Forest Service Alaska Region  
U. S. Department of Agriculture

Talis J. Colberg  
Attorney General  
Alaska Department of Law

---

Hans Neidig  
Senior Advisor to the Secretary  
for Alaskan Affairs  
U.S. Department of Interior

Craig R. O'Connor  
Special Counsel  
National Oceanic & Atmospheric Administration  
U.S. Department of Commerce

_____
Denby S. Lloyd
Commissioner
Alaska Department of Fish and Game

_____
Larry Hartig
Commissioner
Alaska Department of Environmental Conservation

Attachment A – FY 07 Work Plan – Addendum – Spreadsheet

Attachment B – PJ 070100 – Project Management Allocation Spreadsheet

_____          _____
Denby Lloyd                         Larry Hartig
Commissioner                        Commissioner
Alaska Department of Fish and Game  Alaska Department of Environmental
                                    Conservation

Attachment A -- FY 07 Work Plan -- Addendum -- Spreadsheet

Attachment B -- PJ 070100 -- Project Management Allocation Spreadsheet

Resolution 07-03 - Attachment A - FY 07 Work Plan Addendum Spreadsheet

| Project Approved | Lead Agency | Project Number | Project Title | PI | FY 07 Funded | FY 08 Approved | FY 09 Request | Project Total Approved |
|---|---|---|---|---|---|---|---|---|
| 2/16/2007 | NOAA | 070801 | Assessment of the Areal Distribution and Amount of Lingering Oil in Prince William Sound and the Gulf of Alaska | J. Michel | $ 1,434,100 | $ 116,000 | $ - | $ 1,550,100 |
| | | | NOAA | | $ 1,434,100 | $ 116,000 | $ - | $ 1,550,100 |
| 2/16/2007 | USGS | 070801 | Assessment of the Areal Distribution and Amount of Lingering Oil in Prince William Sound and the Gulf of Alaska | J Michel | $ 31,400 | $ 12,600 | $ - | $ 44,000 |
| | | | USGS | | $ 31,400 | $ 12,600 | $ - | $ 44,000 |
| | | | United States | | $ 1,465,500 | $ 128,600 | $ - | $ 1,594,100 |
| | | | Amount Approved at TC Mtg of 2/16 | | $ 1,465,500 | $ 128,600 | $ - | $ 1,594,100 |

| Funding Requested | Lead Agency | Project Number | Project Title | PI | FY 07 Funded | FY 08 Approved | FY 09 Approved | Project Total Approved |
|---|---|---|---|---|---|---|---|---|
| 3/9/2007 | NOAA | 070836 | Factors Responsible for Limiting the Degradation Rate of Exxon Valdez Oil in Prince Wiliam Sound | M Boufadel | 434,800 | 552,500 | 266,600 | 1,253,900 |
| | | | NOAA | | 434,800 | 552,500 | 266,600 | 1,253,900 |
| 3/9/2007 | USFWS | 070853 | Pigeon Guillemot Restoration Research in Prince William Sound | D Irons | 317,000 | 284,300 | 48,400 | 649,700 |
| | | | USFWS | | 317,000 | 284,300 | 48,400 | 649,700 |
| | | | United States | | 751,800 | 836,800 | 315,000 | 1,903,600 |
| | | | Amount Approved at TC Mtg of 3/9 | | 751,800 | 836,800 | 315,000 | 1,903,600 |

| | | |
|---|---|---|
| NOAA | $ | 1,868,900 |
| USFWS | $ | 317,000 |
| USGS | $ | 31,400 |
| Total to United States | $ | 2,217,300 |
| Funds Authorized to be Transferred from the Investment Fund for Projects | $ | 2,217,300 |

Project Totals Approved on 2/16/07 & 3/9/07 = $ 3,497,700

Attachment A
Page 10 of 11

Resolution 07-03 - Attachment B - PJ 070100 - Project Management Allocation

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | Annual Amount | Monthly Amount B/12 | Unsplit PJs | Unsplit Sub-Total C*D | % of Split PJs | Split % Sub-Total C*F | FY 07 Total E+G | Per Mo H/12 | Allot for 2-4 Qtrs I*6 | 9% Agency G&A | 2/16/07 PJ Mgmt Total |
| 5 | USGS | $ 108,000 | $ 9,000 | 0 | $ - | 3% | $270 | $270 | $23 | $135 | $12 | $147 |
| 6 | NOAA | $ 108,000 | $ 9,000 | 0 | $ - | 97% | $8,730 | $8,730 | $728 | $4,365 | $393 | $4,758 |
| 7 | | | | | | | | Total United States of America | | $4,500 | $405 | $4,905 |
| 8 | | | | | | | | TOTAL PROJECT MANAGEMENT FUNDS | | $4,500 | $405 | $4,905 |
| 10 | | Annual Amount | Monthly Amount B/12 | Unsplit PJs | Unsplit Sub-Total C*D | % of Split PJs | Split % Sub-Total C*F | FY 07 Total E+G | Per Mo H/12 | Allot for 2-4 Qtrs I*6 | 9% Agency G&A | 3/9/07 PJ Mgmt Total |
| 14 | USGS | $ 108,000 | $ 9,000 | 1 | $ 9,000 | 0% | $ - | $ 9,000 | $ 750 | $ 4,500 | $ 405 | $ 4,905 |
| 15 | NOAA | $ 108,000 | $ 9,000 | 1 | $ 9,000 | 0% | $ - | $ 9,000 | $ 750 | $ 4,500 | $ 405 | $ 4,905 |
| 16 | PJ Mgmt for FWS PJ 070853 | | | | | | | Total United States of America | | $ 9,000 | $ 810 | $ 9,810 |
| 17 | | | | | | | | TOTAL PROJECT MANAGEMENT FUNDS | | $ 9,000 | $ 810 | $ 9,810 |
| 18 | | | | | | | | Total Project Management to PJ 070100 = | | | | 14.7 |
| 19 | 1 Columns A & B are calculations of current liaisons salary figures for FY 07 |
| 20 | 2 Columns D & E calculate 1 mos salary per 1 agency lead project |
| 21 | 3 Columns F & G calculate the percentage of 1 mos salary for multi-agency projects |
| 22 | 4 Column H is the total annual amount for the full federal fiscal year. |
| 23 | 5 Column I figures a recalculation of the monthly amount to apply for the balance of FY 07 |

| | 2/16/07 PJ Mgmt Total | 3/9/07 PJ Mgmt Total | Total Resolution 07-03 |
|---|---|---|---|
| USGS | 0.1 | 4.9 | 5.0 |
| NOAA | 4.8 | 4.9 | 9.7 |
| Total United States of America | 4.9 | 9.8 | 14.7 |
| TOTAL PROJECT MANAGEMENT FUNDS ADDED TO PJ 070100 | 4.9 | 9.8 | 14.7 |

Attachment A
Page 11 of 11