

Exxon Valdez Oil Spill Restoration
Small Parcel Process
Kodiak

**KAP 3001, Chokwok II**

Print Date 5/9/06

Attachment A
Page 9 of 17

ADNR, EVOS Proj. Office
(carol\c\mxdfiles\kap3001.mxd)

