

Attachment A
Page 17 of 17