# Exxon Valdez Oil Spill Trustee Council

441 W. 5th Ave., Suite 500 • Anchorage, AK 99501-2340 • 907 278 8012 • fax 907 276 7178



## TRUSTEE COUNCIL MEETING NOTES
### Anchorage, Alaska
### January 10, 2007

Chaired by: Joe Meade
Trustee Council Member

Trustee Council Members Present:

| | |
|---|---|
| • Joe Meade, USFS | Talis Colberg, ADOL |
| Hans Neidig, DOI | Denby Lloyd, ADF&G |
| Craig O'Connor, NMFS * | Dan Easton, ADEC ** |

- Chair
* Craig O'Connor alternate for James Balsiger
** Dan Easton alternate for Mike Maher

The teleconferenced meeting convened at 10:05 a.m., January 10, 2006 in Anchorage at the EVOS Conference Room.

1. Approval of the Agenda

    APPROVED MOTION:    Motion to approve agenda.

    Motion by Neidig, second by O'Connor

2. Approval of November 14, 2006 Trustee Council meeting notes

    APPROVED MOTION:    Motion to approve the November 14, 2006 meeting notes, changing "deficiencies" to "efficiencies" on page 4 regarding the Youth Area Watch Programs.

    Motion by O'Connor, second by Neidig

**Federal Trustees**
U.S. Department of the Interior
U.S. Department of Agriculture
National Oceanic and Atmospheric Administration

Attachment _B_
Page _1_ of _8_

**State Trustees**
Alaska Department of Fish and Game
Alaska Department of Environmental Conservation
Alaska Department of Law

3. <u>Approval of December 13, 2006 Trustee Council meeting notes</u>

    APPROVED MOTION:    Motion to approve the December 13, 2006 meeting notes.

                                                Motion by O'Connor, second by Neidig

**Public Advisory Committee (PAC) comments were offered by: RJ Kopchak, Vern McCorkle, and Ed Zeine.**

Public comment period began at 10:15 a.m.

**No public comment was received.**

Public comment closed at 10:15 a.m.

4. <u>FY 07 Final Work Plan</u>

    APPROVED MOTION:    The Trustee Council approves funding in the amount of $3,794,162 for the projects approved at the November 14, 2006 Trustee Council meeting. This authorized amount includes the project budget increases due to formula corrections, 9 percent TC Agency G&A adjustments, or omitted project budget items for PJ 070819, PJ 070810, PJ 070834, PJ 070751, and PJ 070829; as well as the project budget decreases for PJ 070210 and PJ 070610.

                                                Motion by O'Connor, second by Neidig

5. <u>Project 070100 Project Management Funds</u>

    APPROVED MOTION:    The Trustee Council approves an additional $19,500 in PJ 070100 Project Management funding for projects previously approved as contingent on November 14, 2006. FY 07 Work Plan projects 070210, 070610, 070759 and 070810 have now complied with required deliverables and project management funds are authorized.

                                        Motion by O'Connor, second by Lloyd

6. <u>Executive Session</u>

      APPROVED MOTION:      Motion to move into executive session to discuss legal matters and personnel issues.

                                        Motion by O'Connor, second by Neidig

Off the record: 10:35 a.m.
On the record: 11:08 a.m.

Meeting adjourned at 11:08 a.m.      The Trustee Council returned from Executive Session, no action was taken other than to adjourn.

      APPROVED MOTION:      Motion to adjourn O'Connor, second by Lloyd

# Exxon Valdez Oil Spill Trustee Council

441 W. 5th Ave., Suite 500 • Anchorage, AK 99501-2340 • 907 278 8012 • fax 907 276 7178



## TRUSTEE COUNCIL MEETING NOTES
### Anchorage, Alaska
### February 16, 2007

Chaired by: Talis Colberg
Trustee Council Member

Trustee Council Members Present:

Steve Zemke, USFS **
Hans Neidig, DOI
Craig O'Connor, NMFS *

•Talis Colberg, ADOL
Denby S. Lloyd, ADF&G
Larry Hartig, ADEC

- •   Chair
- *   Craig O'Connor alternate for James Balsiger
- ** Steve Zemke alternate for Joe Meade

The teleconferenced meeting convened at 9:04 a.m., February 16, 2007 in Anchorage at the EVOS Conference Room.

1. Approval of the Agenda

    APPROVED MOTION:    Motion to approve agenda.

    Motion by Hartig, second by O'Connor

**Public Advisory Committee (PAC) comments were offered by: Stacy Studebaker**

Public comment period began at 9:20 a.m.

**Six public comments were received.**

Public comment closed at 9:50 a.m.

Federal Trustees
U.S. Department of the Interior
U.S. Department of Agriculture
National Oceanic and Atmospheric Administration

Attachment  B
Page  4  of  8

State Trustees
Alaska Department of Fish and Game
Alaska Department of Environmental Conservation
Alaska Department of Law

2. <u>FY 07 Final Work Plan</u>

    APPROVED MOTION:    Motion to approve funding 070801 - Michel

                                      Motion by O'Connor, second by Hartig

    APPROVED MOTION:    Motion not to approve funding 070708 - Irvine

                                      Motion by O'Connor, second by Hartig

    APPROVED MOTION:    Motion not to approve funding 070824 – Patrick-Riley

                                      Motion by Zemke, second by O'Connor

    APPROVED MOTION:    Motion to disapprove 070828 - Brown-Schwalenberg

                                      Motion by O'Connor, second by Neidig

    APPROVED MOTION:    Motion to table 070800 – Joyce proposal until meeting after next

                                      Motion by Hartig, second by O'Connor

Off the record: 10:35 a.m.
On the record: 10:50 a.m.

3.    Executive Session

    APPROVED MOTION:    Motion to move into executive session to discuss personnel and legal issues.

                                      Motion by O'Connor, second by Zemke

Off the record: 11:05 a.m.
On the record: 11:50 a.m.

Meeting adjourned at 11:50 a.m.    The Trustee Council returned from Executive Session, no action was taken other than to adjourn.

Attachment _B_
Page _5_ of _8_

2

APPROVED MOTION:   Motion to adjourn Neidig, second by O'Connor

3

# Exxon Valdez Oil Spill Trustee Council

441 W. 5th Ave., Suite 500 • Anchorage, AK 99501-2340 • 907 278 8012 • fax 907 276 7178



### TRUSTEE COUNCIL MEETING NOTES
### Anchorage, Alaska
### March 9, 2007

Chaired by: Craig O'Connor
Trustee Council Member

Trustee Council Members Present:

| | |
|---|---|
| Steve Zemke, USFS ** | Talis Colberg, ADOL |
| Hans Neidig, DOI*** | Denby S. Lloyd, ADF&G |
| • Craig O'Connor, NMFS * | Larry Hartig, ADEC |

- Chair
\* Craig O'Connor alternate for James Balsiger
\*\* Steve Zemke alternate for Joe Meade
\*\*\* Hans Neidig was present beginning at 11:05 a.m.

The teleconferenced meeting convened at 10:36 a.m., March 9, 2007 in Anchorage at the EVOS Conference Room.

1. Approval of the Agenda    Agenda approved as revised deferring Degernes project 070752, Mineral Creek Restoration, Enhancement, and Education until a later Trustee Council meeting.

**Public Advisory Committee (PAC) comments were offered by: Stacy Studebaker**

Public comment period began at 10:50 a.m.

**No public comments were received.**

Public comment closed at 10:50 a.m.

Federal Trustees
U.S. Department of the Interior
U.S. Department of Agriculture
National Oceanic and Atmospheric Administration

State Trustees
Alaska Department of Fish and Game
Alaska Department of Environmental Conservation
Alaska Department of Law



Attachment 6
Page 7 of 8

Off the record: 10:55 a.m.
On the record: 11:05 a.m.

3. <u>FY 07 Draft Work Plan preprosals</u>

|  |  |
|---|---|
| APPROVED MOTION: | Motion to approve Boufadel project 070836, Factors Limiting the Degradation Rate of *Exxon Valdez* Oil in Prince William Sound Beaches as presented including project management funds of $4,900 |
|  | Motion by Hartig, second by Neidig |
| APPROVED MOTION: | Motion to approve Irons project 070853, Pigeon Guillemot Restoration Research in Prince William Sound in full including project management funds of $4,900 |
|  | Motion by Neidig, second by Zemke |
| FAILED MOTION: | Motion to approve Konar project 070854, Recovery of Shallow Subtidal Communities 18 Years After the *Exxon Valdez* Oil Spill |
|  | Motion by Hartig, second by O'Connor |
| APPROVED MOTION: | Motion to approve project management funds of $4,900 needed for Michel project 070801, Assessment of Lingering Oil in Prince William Sound and Gulf of Alaska |
|  | Motion by Colberg, second by Lloyd |

Meeting adjourned at 12:25 p.m.

|  |  |
|---|---|
| APPROVED MOTION: | Motion to adjourn Neidig, second by Colberg |

Attachment _B_
Page _8_ of _8_

2