# STATE OF ALASKA

## DEPARTMENT OF LAW

*OFFICE OF THE ATTORNEY GENERAL*

*SARAH PALIN, GOVERNOR*

*Environmental*
*1031 WEST 4th AVENUE, SUITE 200*
*ANCHORAGE, ALASKA 99501-1994*
*PHONE:      (907) 269-5274*
*FAX:         (907) 278-7022*

September 14, 2007

Mr. Gary Bader
Chief Investment Officer
Treasury Division, Dept. of Revenue
P.O. Box 110405
Juneau, AK  99811-0405

Re:     Revised letter re Exxon Valdez Oil Spill Investment Fund

Dear Mr. Bader:

Yesterday I informed you that the Exxon Valdez Trustee Council unanimously determined to expend $4,866,725.00 in joint trust funds for restoration purposes consistent with the terms of the Memorandum of Agreement and Consent Decree entered by the federal district court in *United States v. State of Alaska*, No. A91-081 CIV (D. Alaska) on August 28, 1991.  Because $10,000 of that amount was approved contingent upon Trustee Council approval of specific expenditures to be identified by the Executive Director, we have determined that only $4,856,725.00 has been unanimously approved for expenditure at this time. This change does not affect the amount of the request made to you yesterday to for $2,445,482.00 from the Research Investment Sub-Account, and $506,056.00 from the Koniag Investment Sub-Account, which accounts are currently held by the State of Alaska in the Exxon Valdez Oil Spill Investment Fund and invested by the Treasury Division, Alaska Department of Revenue.  The remainder of the amount approved will be drawn from settlement monies previously disbursed. Under the terms of the Reimbursable Services Agreement between the Alaska Department of Fish and Game and the Alaska Department of Revenue, please transfer the following amounts from cash held in the Exxon Valdez Oil Spill Investment Fund to the accounts described below:

**State of Alaska**
Amount:      $277,300.00 (Research Sub-Account)
State of Alaska
Exxon Valdez Settlement Account
GeFONSI 33070
Account 22177

**United States**
Amount:      $2,674,238.00 ($506,056 Koniag Sub-Account; $2,168,182 Research Sub-Account)

Attachment  *A*
Page  *1*  of  *33*

Mr. Gary Bader                                                          Page 2
Treasury Division, Department of Revenue                    September 14, 2007

Beneficiary
     account:      14X5198
     name:         Natural Resource Damage Assessment and Restoration Fund
     (NRDAR)

        Beneficiary
        account:         14010001
        name:         Department of the Interior
        Financial Management Services National Business Center

        Beneficiary Bank
        account:         021030004
        name:         Treasury, NYC

        OBI Text
        Natural Resource Damage Assessment Restoration Fund 14X5198
        EVOS Exxon Valdez, Civil Settlement, FY08 Joint Funds

        *Beneficiary Reference*
        A91-082Civil

     The transfer should take place when most financially advantageous, but no later than September 19, 2007 or as soon thereafter as possible. If you have any questions, please call Rita Lovett at (907) 269-5274.

Sincerely,

Rita H. Lovett                          Regina R. Belt
Assistant Attorney General              Environmental Enforcement Section
State of Alaska                          Environment & Natural Resources Division
                              U.S. Department of Justice
                              United States of America

cc:    Divina Pelayo, Alaska Department of Fish and Game
      Christine O'Sullivan, Alaska Department of Fish and Game
      Sue Bump, Alaska Department of Revenue
      Bob Mitchell, Alaska Department of Revenue
      Barbara Hannah, Exxon Valdez Oil Spill Trustee Council Restoration Office

### RESOLUTION 07- 06 OF THE
### *EXXON VALDEZ* OIL SPILL TRUSTEE COUNCIL
### FY 08 Funding for FY 07 Multi-Year Projects
### 070340, 070782, 070805, 070808, 070810, 070816, 070819, 070830, 070801, 070836 & 070853

We, the undersigned, duly authorized members of the *Exxon Valdez* Oil Spill Trustee Council do hereby certify that, in accordance with the Memorandum of Agreement and Consent Decree entered as settlement of United States of America v. State of Alaska, No. A91-081 Civil, U.S. District Court for the District of Alaska, and after public meetings, unanimous agreement has been reached to expend funds received in settlement of State of Alaska v. Exxon Corporation, et al., No. A91-083 CIV, and United States of America v. Exxon Corporation, et al., No. A91-082 CIV, U.S. District Court for the District of Alaska, for necessary Natural Resource Damage Assessment and Restoration activities for fiscal year 2008 in the amount of $2,286,500, to be distributed to the following Trustee agencies as detailed within the spreadsheet identified as Resolution 07-06 Attachment A and as summarized below:

| | |
|---|---|
| State of Alaska – Department of Fish & Game | $277,300 |
| **Total State of Alaska** | **$277,300** |
| United States of America | |
| NOAA | $1,345,000 |
| DOI – FWS | $284,300 |
| DOI – USGS | $379,900 |
| **Total United States of America** | **$2,009,200** |
| **TOTAL** | **$2,286,500** |

Of the $2,286,500 approved for distribution, $277,300 is directed to the State of Alaska and $2,009,200 is directed to the United States of America.

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make funds available in the amount of $2,286,500 from the appropriate accounts as designated by the Executive Director.

Resolution 07-06
Attachment A
Page 3 of 33

Approved by the Council at its teleconference meeting of September 13, 2007 as affirmed by our signatures affixed below.

_for_ _____
Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U. S. Department of Agriculture

_____
Talis J. Colberg
Attorney General
Alaska Department of Law

_____
Randall Luthi
Deputy Director
U.S. Fish and Wildlife Service
U.S. Department of Interior

_____
James Balsiger
Administrator, Alaska Region
National Marine Fisheries Service
U.S. Department of Commerce

_____
Denby S. Lloyd
Commissioner
Alaska Department of Fish and Game

_____
Larry Hartig
Commissioner
Alaska Department of Environmental
Conservation

Attachment:
    Resolution 07-06, Attachment A - Spreadsheet

Resolution 07-06
Attachment _A_
Page _4_ of _33_

Approved by the Council at its teleconference meeting of September 13, 2007 as affirmed by our signatures affixed below.

Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U. S. Department of Agriculture

Talis J. Colberg
Attorney General
Alaska Department of Law

Randall Luthi                                    9/13/07
Deputy Director
U.S. Fish and Wildlife Service
U.S. Department of Interior

James Balsiger
Administrator, Alaska Region
National Marine Fisheries Service
U.S. Department of Commerce

Denby S. Lloyd
Commissioner
Alaska Department of Fish and Game

Larry Hartig
Commissioner
Alaska Department of Environmental
Conservation

Attachment:
  Resolution 07-06, Attachment A - Spreadsheet

2

Approved by the Council at its teleconference meeting of September 13, 2007 as affirmed by our signatures affixed below.

Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U. S. Department of Agriculture

Talis J. Colberg
Attorney General
Alaska Department of Law

Randall Luthi
Deputy Director
U.S. Fish and Wildlife Service
U.S. Department of Interior

James Balsiger
Administrator, Alaska Region
National Marine Fisheries Service
U.S. Department of Commerce

Denby S. Lloyd
Commissioner
Alaska Department of Fish and Game

Larry Hartig
Commissioner
Alaska Department of Environmental
Conservation

Attachment:
  Resolution 07-06, Attachment A - Spreadsheet

2

Resolution 07-06

Attachment  A
Page  6  of  33

Approved by the Council at its teleconference meeting of September 13, 2007 as affirmed by our signatures affixed below.

_____
Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U. S. Department of Agriculture

_____
Talis J. Colberg
Attorney General
Alaska Department of Law

_____
Randall Luthi
Deputy Director
U.S. Fish and Wildlife Service
U.S. Department of Interior

_____
James Balsiger
Administrator, Alaska Region
National Marine Fisheries Service
U.S. Department of Commerce

_____
Denby S. Lloyd
Commissioner
Alaska Department of Fish and Game

_____
Larry Hartig
Commissioner
Alaska Department of Environmental
Conservation

Attachment:
    Resolution 07-06, Attachment A - Spreadsheet

Resolution 07-06
Attachment A
Page 1 of 33

Approved by the Council at its teleconference meeting of September 13, 2007 as affirmed by our signatures affixed below.


Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U. S. Department of Agriculture


Randall Luthi
Deputy Director
U.S. Fish and Wildlife Service
U.S. Department of Interior


Denby S. Lloyd
Commissioner
Alaska Department of Fish and Game


Talis J. Colberg
Attorney General
Alaska Department of Law


*for*  James Balsiger
Administrator, Alaska Region
National Marine Fisheries Service
U.S. Department of Commerce


Larry Hartig
Commissioner
Alaska Department of Environmental
Conservation


Attachment:
    Resolution 07-06, Attachment A - Spreadsheet


2

Approved by the Council at its teleconference meeting of September 13, 2007 as affirmed by our signatures affixed below.

Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U. S. Department of Agriculture

Talis J. Colberg
Attorney General
Alaska Department of Law

Randall Luthi
Deputy Director
U.S. Fish and Wildlife Service
U.S. Department of Interior

James Balsiger
Administrator, Alaska Region
National Marine Fisheries Service
U.S. Department of Commerce

Denby S. Lloyd
Commissioner
Alaska Department of Fish and Game

for Larry Hartig
Commissioner
Alaska Department of Environmental
Conservation

Attachment:
   Resolution 07-06, Attachment A - Spreadsheet

Multi-Year Projects
FY 08 Approved

## FY 08 Funding for Multi-year Projects Approved in FY 07

*FY 09 Project Funding Authorized in Resolution 07-06; Project Management Funds Included in PJ 080100 Budget Authorized in Resolution 07-07*

| Project Approved | Lead Agency | Project Number | PI | Project Title | FY 07 Funded | FY 08 Approved | FY 09 Approved | FY 10 Approved | Project Total | FY 08 | PJ FY 08 % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/14/2006 | ADF&G | 070340 | Weingartner | Long-Term Oceanographic Monitoring of the Alaska Coastal Current | $128,200 | | $129,500 | | $389,000 | | 100% |
| 11/14/2006 | ADF&G | 070782 | Blockton/Norcross | Herring Restoration in PWS: Identifying Natal & Nursery Habitats | $122,700 | | $77,700 | | $335,000 | | 100% |
| 11/14/2006 | ADF&G | 070819 | Herschberger | PWS Herring Disease Program | $7,400 | | $11,400 | $11,400 | $41,600 | | 5% |
| | | | | **State of Alaska - ADF&G** | $258,300 | | $218,600 | $11,400 | $765,600 | | |
| 1/10/2007 | NOAA | 070810 | Kiefer/Brown | An Ecosystem Model of PWS Herring: A Management & Restoration Tool | $250,800 | | $250,800 | | $752,400 | | 100% |
| 2/16/2007 | NOAA | 070801 | J. Michel | Assessment of the Areal Distribution and Amount of Lingering Oil in Prince William Sound and the Gulf of Alaska | $1,434,100 | | | | $1,550,100 | | 91% |
| 11/14/2006 | NOAA | 070805 | Lindeberg | ShoreZone Mapping for PWS | $237,900 | | | | $560,200 | | 100% |
| 11/14/2006 | NOAA | 070830 | Thorne | Trends in Adult & Juvenile Herring Distribution & Abundance in PWS (BAA) | $103,400 | | $228,800 | | $433,600 | | 100% |
| 3/9/2007 | NOAA | 070836 | M Bodafel | Factors Responsible for Limiting the Degradation Rate of Exxon Valdez Oil in Prince William Sound | $434,800 | | $285,600 | | $1,263,900 | | 100% |
| | | | | **NOAA** | $2,461,000 | | $744,200 | - | $4,550,200 | | |
| 3/9/2007 | USFWS | 070853 | D Irons | Pigeon Guillemot Restoration Research in Prince William Sound | $317,000 | | $48,400 | | $649,700 | | 100% |
| | | | | **USFWS (USGS PJ Mgmt)** | $317,000 | | $48,400 | - | $649,700 | | |
| 2/16/2007 | USGS | 070801 | J.Michel | Assessment of the Areal Distribution and Amount of Lingering Oil in Prince William Sound and the Gulf of Alaska | $31,400 | | | | $44,000 | | 9% |
| 11/14/2006 | USGS | 070808 | Ballachey | Sea Otter Recovery and Nearshore Synthesis | $154,000 | | | | $251,700 | | 100% |
| 11/14/2006 | USGS | 070816 | Esler | Evaluating Harlequin Duck Population Recovery: CYP1A Monitoring and a Demographic Population Model | $177,800 | | | | $201,700 | | 100% |
| 11/14/2006 | USGS | 070819 | Herschberger | PWS Herring Disease Program | $238,100 | | $247,200 | $261,400 | $993,400 | | 95% |
| | | | | **USGS** | $602,300 | | $247,200 | $261,400 | $1,490,800 | | |
| | | | | **United States** | $3,380,300 | | $1,039,800 | $261,400 | $6,690,700 | | |
| | | | | **Total FY 08 Approved Amount** | $3,638,600 | | $1,258,400 | $272,800 | $7,466,300 | | |

**RESOLUTION 07- 07 OF THE**
***EXXON VALDEZ* OIL SPILL TRUSTEE COUNCIL**
**REGARDING THE FY 2008 WORK PLAN – PROJECT 080100**
**FY 2008 ANNUAL PROGRAM DEVELOPMENT AND IMPLEMENTATION BUDGET**
**OCTOBER 1, 2007 – SEPTEMBER 30, 2008**

We, the undersigned, duly authorized members of the *Exxon Valdez* Oil Spill Trustee Council do hereby certify that, in accordance with the Memorandum of Agreement and Consent Decree entered as settlement of <u>United States of America v. State of Alaska</u>, No. A91-081 Civil, U.S. District Court for the District of Alaska, and after public meetings, unanimous agreement has been reached to expend funds received in settlement of <u>State of Alaska v. Exxon Corporation, et al.</u>, No. A91-083 CIV, and <u>United States of America v. Exxon Corporation, et al.</u>, No. A91-082 CIV U.S. District Court for the District of Alaska, for necessary natural resource damage assessment and restoration activities for fiscal year 2008, as detailed within Attachment A. The funding of the Alaska Forum on the Environment component of the Community Involvement portion of the FY 2008 Annual Program Development and Implementation Budget is contingent upon the approval by all members of the Trustee Council of the specific expenditures to be made in connection with the Trustee Council participation in that event, once those expenditures are identified in writing by the Executive Director. The settlement funds needed for the Annual Program Development and Implementation Budget totaling $2,074,169 are to be distributed according to the following schedule:

| | |
|---|---:|
| Alaska Department of Fish & Game | $1,432,369 |
| Alaska Department of Law | 5,995 |
| Alaska Department of Natural Resources | 101,588 |
| Alaska Department of Environmental Conservation | <u>45,235</u> |
| **SUBTOTAL TO STATE OF ALASKA** | **$1,585,187** |
| U.S. Department of the Interior - USGS | $237,519 |
| U.S. Department of the Interior – SEC | $26,596 |
| U.S. Department of the Interior – FWS | $57,334 |
| U.S. Department of the Interior - OPEC | $7,630 |
| U.S. Forest Service | $66,490 |
| National Oceanic & Atmospheric Administration | <u>$93,413</u> |
| **SUBTOTAL TO UNITED STATES OF AMERICA** | **$488,982** |
| **TOTAL APPROVED =** | **$2,074,169** |

1

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make available for the Fiscal Year 2008 Work Plan, the amount of $2,074,169 from the appropriate accounts designated by the Executive Director. Of this amount $1,585,187 is directed to the State of Alaska and $488,982 is directed to the United States of America.

Approved by the Council at its teleconference meeting of September 13, 2007 as affirmed by our signatures affixed below.

_____
Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U. S. Department of Agriculture

_____
Talis J. Colberg
Attorney General
Alaska Department of Law

_____
Randall Luthi
Deputy Director
U.S. Fish and Wildlife Service
U.S. Department of Interior

_____
James Balsiger
Administrator, Alaska Region
National Marine Fisheries Service
US Department of Commerce

_____
Denby S. Lloyd
Commissioner
Alaska Department of Fish and Game

_____
Larry Hartig
Commissioner
Alaska Department of Environmental
Conservation

Attachment A:  FY 2008 Annual Program Development and Implementation Budget
          October 1, 2007 – September 30, 2008

Resolution 07-07
Attachment _A_
Page 12 of 33

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make available for the Fiscal Year 2008 Work Plan, the amount of $2,074,169 from the appropriate accounts designated by the Executive Director.  Of this amount $1,585,187 is directed to the State of Alaska and $488,982 is directed to the United States of America.

Approved by the Council at its teleconference meeting of September 13, 2007 as affirmed by our signatures affixed below.


Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U. S. Department of Agriculture

*Hans* 9/13/07
Randall Luthi
Deputy Director
U.S. Fish and Wildlife Service
U.S. Department of Interior

Talis J. Colberg
Attorney General
Alaska Department of Law

James Balsiger
Administrator, Alaska Region
National Marine Fisheries Service
US Department of Commerce


Denby S. Lloyd
Commissioner
Alaska Department of Fish and Game

Larry Hartig
Commissioner
Alaska Department of Environmental Conservation


Attachment A:  FY 2008 Annual Program Development and Implementation Budget
          October 1, 2007 – September 30, 2008

Resolution 07-07
Attachment  A
Page  13  of  33

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make available for the Fiscal Year 2008 Work Plan, the amount of $2,074,169 from the appropriate accounts designated by the Executive Director. Of this amount $1,585,187 is directed to the State of Alaska and $488,982 is directed to the United States of America.

Approved by the Council at its teleconference meeting of September 13, 2007 as affirmed by our signatures affixed below.


Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U. S. Department of Agriculture


Talis J. Colberg
Attorney General
Alaska Department of Law


Randall Luthi
Deputy Director
U.S. Fish and Wildlife Service
U.S. Department of Interior


James Balsiger
Administrator, Alaska Region
National Marine Fisheries Service
US Department of Commerce


Denby S. Lloyd
Commissioner
Alaska Department of Fish and Game


Larry Hartig
Commissioner
Alaska Department of Environmental
Conservation


Attachment A: FY 2008 Annual Program Development and Implementation Budget
October 1, 2007 – September 30, 2008

Resolution 07-07

Attachment  _A_
Page  _14_ of _33_

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make available for the Fiscal Year 2008 Work Plan, the amount of $2,074,169 from the appropriate accounts designated by the Executive Director. Of this amount $1,585,187 is directed to the State of Alaska and $488,982 is directed to the United States of America.

Approved by the Council at its teleconference meeting of September 13, 2007 as affirmed by our signatures affixed below.

_____
Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U. S. Department of Agriculture

_____
Talis J. Colberg
Attorney General
Alaska Department of Law

_____
Randall Luthi
Deputy Director
U.S. Fish and Wildlife Service
U.S. Department of Interior

_____
James Balsiger
Administrator, Alaska Region
National Marine Fisheries Service
US Department of Commerce

_____
Denby S. Lloyd
Commissioner
Alaska Department of Fish and Game

_____
Larry Hartig
Commissioner
Alaska Department of Environmental
Conservation

Attachment A:  FY 2008 Annual Program Development and Implementation Budget
                October 1, 2007 – September 30, 2008

Resolution 07-07
Attachment  A
Page 15 of 33

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make available for the Fiscal Year 2008 Work Plan, the amount of $2,074,169 from the appropriate accounts designated by the Executive Director. Of this amount $1,585,187 is directed to the State of Alaska and $488,982 is directed to the United States of America.

Approved by the Council at its teleconference meeting of September 13, 2007 as affirmed by our signatures affixed below.

Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U. S. Department of Agriculture

Talis J. Colberg
Attorney General
Alaska Department of Law

*for* James Balsiger
Administrator, Alaska Region
National Marine Fisheries Service
US Department of Commerce

Randall Luthi
Deputy Director
U.S. Fish and Wildlife Service
U.S. Department of Interior

Denby S. Lloyd
Commissioner
Alaska Department of Fish and Game

Larry Hartig
Commissioner
Alaska Department of Environmental
Conservation

Attachment A:  FY 2008 Annual Program Development and Implementation Budget
October 1, 2007 – September 30, 2008

2

Resolution 07-07
Attachment  A
Page 16 of 33

SEP-13-2007 THU 05:06 PM DEC Commissioner's Ofc        FAX NO. 907 465 5070                    P. 02/03

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make available for the Fiscal Year 2008 Work Plan, the amount of $2,074,169 from the appropriate accounts designated by the Executive Director. Of this amount $1,585,187 is directed to the State of Alaska and $488,982 is directed to the United States of America.

Approved by the Council at its teleconference meeting of September 13, 2007 as affirmed by our signatures affixed below.

Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U. S. Department of Agriculture

Talis J. Colberg
Attorney General
Alaska Department of Law

Randall Luthi
Deputy Director
U.S. Fish and Wildlife Service
U.S. Department of Interior

James Balsiger
Administrator, Alaska Region
National Marine Fisheries Service
US Department of Commerce

Denby S. Lloyd
Commissioner
Alaska Department of Fish and Game

Larry Hartig
Commissioner
Alaska Department of Environmental Conservation

Attachment A:  FY 2008 Annual Program Development and Implementation Budget
October 1, 2007 – September 30, 2008

Resolution 07-07
Attachment _A_
Page 17 of 33

*Exxon Valdez* **Oil Spill Trustee Council**
**FY 2008 Annual Program Development and Implementation Budget**
**October 1, 2007 – September 30, 2008**

Federal Fiscal Year 2008 marks the third year of the Annual Program Development & Implementation Budget formally adopted by the Trustee Council. The revised budget structure that has been utilized over the past two federal fiscal years has provided a more clearly identifiable allocation of the funds supporting Trustee Council activities. As was specifically identified in the past two annual budgets, the program components are:

- Administration Management
- Data Management
- Science Management
- Community Involvement
- Public Advisory Committee (PAC)
- Small Parcel Program
- Trustee Council Member Direct Expenses
- Program Support/Project Management by Agencies
- Alaska Resource Library & Information Services

The budget estimates detailed within those specified program components are projected based upon prior year actual expenditures and include the application of an estimated 3.1% consumer price index increase and an approximate 4% increase in personnel costs to cover budgeted merit step increases, as well as payroll benefits increases. Detailed budget component items are either "continuing" or "ongoing" from program directives already approved by the Trustee Council and cover necessary day-to-day operational costs of the *Exxon Valdez* Oil Spill Restoration Office and administrative costs associated with overseeing current Trustee Council program objectives. Program priorities include the completion of the Herring Restoration Plan and continuance of the Herring Recovery efforts.

The focus of FY 08 is to continue with efforts initiated in FY 06 and FY 07 until the Science Program activity results are reviewed and a determination is made providing guidance for future program priorities. Although a FY 08 Invitation requesting proposals for the forthcoming federal fiscal year was not offered during Federal Fiscal Year 2007, a decision was made to provide projects that were only approved funding for FY 07 an opportunity to request project extensions with requests for FY 08 funding. Upon completion of the peer review processes and the Trustee Council's funding decisions, associated project management fees will be requested and allocated at that time. To ensure continuance of Trustee Council support, Trustee Agency Liaison salary allocations have been equally budgeted within the Program Support component and are being requested to cover these services for the entire federal fiscal year. A minimal allotment of Project Management funds is also being requested to ensure Trustee Agencies have sufficient funds to manage FY 07 project close-outs and to provide necessary compliance with the annual audit efforts.

The Trustee Council Restoration Office is administratively located within the Alaska Department of Fish and Game and over the past two federal fiscal years has significantly advanced towards being a self-supportive administrative office. The office is structurally organized with one or two professional staff overseeing each of the program component activities identified within this budget request and operates efficiently and effectively when fully staffed.

FY 08 Annual Program Development & Implementation Budget – Approved 9/13/07
Resolution 07-07 – Attachment A.

Pg. 1 of 16
Attachment A
Page 18 of 33

# TABLE OF CONTENTS

Budget Summary Information.................................................................................3

Administration Management ...............................................................................4

Data Management ...............................................................................................6

Science Management ..........................................................................................8

Community Involvement .....................................................................................10

Public Advisory Committee (PAC) .....................................................................11

Trustee Council Member Expenses ....................................................................12

Small Parcel Program .........................................................................................13

Program Support /Project Management ...............................................................14

Alaska Resource Library & Information Services ...............................................16

FY 08 Annual Program Development & Implementation Budget – Approved 9/13/07
Resolution 07-07 – Attachment A.

Pg. 2 of 16

Attachment  A
Page 19 of 33

## BUDGET SUMMARY INFORMATION - $2,163,209

The *Exxon Valdez* Oil Spill Restoration Annual Program Development and Implementation Budget for 2008 will be funded by the *Exxon Valdez* Oil Spill Investment Fund managed by the Alaska Department of Revenue. The remaining balance of Grant NA03NOS4730188 will fund the Herring Restoration Plan and Recovery efforts within the Science Management component. An extension authorizing funding authorization up through FY 08 was requested and has been approved.

This budget document presents the PJ 100 budget for FY 2008. The following summary tables show budget allocations by component, cost type, funding source and agency. The remainder of the document specifies the uses to which the monies for each component of the budget will be applied and the funding sources for each item.

| Component | EVOS Funds | NOS Grant | Total Budget |
|---|---|---|---|
| Administration Management | $743,824 | $0 | $743,824 |
| Data Management | $214,294 | $0 | $214,294 |
| Science Management | $368,202 | $89,040 | $457,242 |
| Community Involvement | $40,330 | $0 | $40,330 |
| Public Advisory Committee (PAC) | $37,060 | $0 | $37,060 |
| Small Parcel Program | $109,000 | $0 | $109,000 |
| Trustee Council Member Direct Expenses | $29,975 | $0 | $29,975 |
| Program Support by Agencies | $363,951 | $0 | $363,951 |
| Alaska Resource Library & Information Services | $167,533 | $0 | $167,533 |
| Total | $2,074,169 | $89,040 | $2,163,209 |

| Cost Type | EVOS Funds | NOS Grant | Total Budget |
|---|---|---|---|
| Personnel | $1,313,100 | $0 | $1,313,100 |
| Travel | $98,500 | $0 | $98,500 |
| Contractual | $468,807 | $84,000 | $552,807 |
| Commodities | $22,500 | $0 | $22,500 |
| Equipment | $0 | $0 | $0 |
| Sub-Total | $1,902,907 | $84,000 | $1,986,907 |
| G&A | $171,262 | $5,040 | $176,302 |
| Total | $2,074,169 | $89,040 | $2,163,209 |

| Total FY 08 PJ 080100 Budget by Agency | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cost Type | ADF&G | ADEC | ADNR | ADOL | NOAA | DOI USGS | DOI USFWS | DOI SEC | DOI OPEC | USFS | Total Budget |
| Personnel | $983,800 | $36,000 | $53,200 | $0 | $80,200 | $45,400 | $52,600 | $18,900 | $7,000 | $36,000 | $1,313,100 |
| Travel | $76,500 | $5,500 | $0 | $5,500 | $5,500 | $0 | $0 | $5,500 | 0 | $0 | $98,500 |
| Contractual | $231,300 | $0 | $40,000 | $0 | $0 | $172,507 | $0 | $0 | 0 | $25,000 | $468,807 |
| Commodities | $22,500 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $22,500 |
| Equipment | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Sub-Total | $1,314,100 | $41,500 | $93,200 | $5,500 | $85,700 | $217,907 | $52,600 | $24,400 | $7,000 | $61,000 | $1,902,907 |
| G&A | $118,269 | $3,735 | $8,388 | $495 | $7,713 | $19,612 | $4,734 | $2,196 | $630 | $5,490 | $171,262 |
| Total Budget | $1,432,369 | $45,235 | $101,588 | $5,995 | $93,413 | $237,519 | $57,334 | $26,596 | $7,630 | $66,490 | $2,074,169 |
| NOS Grant | $89,040 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $89,040 |
| FY 08 TOTAL | $1,521,409 | $45,235 | $101,588 | $5,995 | $93,413 | $237,519 | $57,334 | $26,596 | $7,630 | $66,490 | $2,163,209 |

FY 08 Annual Program Development & Implementation Budget – Approved 9/13/07
Resolution 07-07 – Attachment A.

Pg. 3 of 16
Attachment A
Page 20 of 33

## ADMINISTRATION MANAGEMENT - $743,824

|  | Total Budget | EVOS Funds |
|---|---|---|
| Personnel | $405,600 | $405,600 |
| Travel & Training | $8,000 | $8,000 |
| Contractual | $253,307 | $253,307 |
| Commodities | $15,500 | $15,500 |
| Equipment | $0 | $0 |
| Sub-Total | $682,407 | $682,407 |
| G&A (9%) | $61,417 | $61,417 |
| Total | $743,824 | $743,824 |

### PERSONNEL - $405,600

| Position | Range/Step | Months | Monthly Cost | Annual Cost |
|---|---|---|---|---|
| Executive Director | IPA | 12 | $12,100 | $145,200 |
| Administrative Manager | 19J | 12 | $8,000 | $96,000 |
| Administrative Officer | 18K | 12 | $7,900 | $94,800 |
| Environmental Pgm Spec I | 14E | 12 | $5,800 | $69,600 |
| Personnel Total | | | $33,800 | $405,600 |

### TRAVEL – $8,000

- **Meetings & Training**                                              **$8,000**

Administrative travel is budgeted to provide for trips to meet with state, federal and program agency representatives on administrative, program and budget issues and to sponsor environmental and research site visits, as necessary. Training funds are budgeted for professional development and will be utilized for in-state training opportunities. The Executive Director's travel expenses for EVOS are fully funded by EVOS.

### CONTRACTUAL – $253,307

- **Trustee Council's Office Space**                                 **$172,507**

The lease for the Trustee Council's office space is administered by Government Services Administration through the U.S. Geological Survey of the Department of the Interior. The Trustee Council approved the 5-yr renewal option effective January 2007. (Annual Lease $157,690; PBS Fee $12,615; Homeland security fees may be adjusted slightly from $2,202)

- **Annual Parking Fees for Trustee Office Staff & Parking Validator**    **$5,900**

EVOS has nine (9) parking permits; 3 provided with the building lease and 6 paid directly to the Anchorage Parking Authority by EVOS ($57/mo per space; $3 per Visitor Validation).

- **Audit Contract**                                                 **$18,700**

Funds to support a renewal option contract with Elgee, Rehfeld Mertz, LLC (accounting firm) to conduct financial audit of the FY 07 records of the Trustee Office and all agencies receiving EVOS funds (2nd Renewal Option).

FY 08 Annual Program Development & Implementation Budget – Approved 9/13/07       Pg. 4 of 16
Resolution 07-07 – Attachment A.

Attachment A
Page 21 of 33

- **Telephone Service**                                        **$12,500**

These funds are to cover telephone, teleconferencing meetings, long distance, and cell phone services. This is the first year of the telephone conversion to the state system and possible savings are yet unknown.

- **Trustee Council Meetings**                                **$3,000**

These funds are to cover expenses for six Trustee Council meetings, at an estimated cost of $500.00 per meeting.

- **Public Notices**                                          **$10,500**

These funds are to cover the cost of advertising Trustee Council public meetings and workshops in newspapers in the spill affected areas.

- **Postage & Courier Services**                             **$2,700**

These funds are to cover cost of US Postal Service mailings, express mailings and courier services.

- **Equipment Maintenance and Agreements**                   **$6,000**

These funds are to cover the cost of the maintenance agreement for the Lanier 375 Printer/copier ($4.5K), postage meter annual rental ($.5K), and any unforeseen maintenance expenses on other office equipment ($1K).

- **Transcription**                                          **$6,000**

These funds are to cover the contract renewal option with Computer Matrix for transcription services.

- **Interagency Contracted Services**                        **$15,500**

These funds are to cover the Trustee Office's share of the Reimbursable Services Agreement Costs for the EPR Telecommunications, Computer Services, ADA, Central Mail and AKSAS & AKPAY charge-backs paid by all ADF&G divisions. These costs are based on the number of full time positions divided by the total cost.

## COMMODITIES - $15,500

- **Office supplies**                                        **$15,500**

These funds are to cover the cost of miscellaneous office supplies, paper, toner, meeting materials etc.

## EQUIPMENT - $0

## AGENCY DISTRIBUTION:

| Admin Mgmt | ADF&G | USDOI | Total |
|---|---|---|---|
| Personnel | $405,600 | $0 | $405,600 |
| Travel & Training | $8,000 | $0 | $8,000 |
| Contractual | $80,800 | $172,507 | $253,307 |
| Commodities | $15,500 | $0 | $15,500 |
| Equipment | $0 | $0 | $0 |
| Sub-Total | $509,900 | $172,507 | $682,407 |
| G&A - 9% | $45,891 | $15,526 | $61,417 |
| **Component Total** | $555,791 | $188,033 | $743,824 |

FY 08 Annual Program Development & Implementation Budget – Approved 9/13/07
Resolution 07-07 – Attachment A.

Pg. 5 of 16

Attachment   A
Page 22 of 33

## DATA MANAGEMENT - $214,294

| Cost Category | Total Budget | EVOS Funds |
|---|---|---|
| Personnel | $183,600 | $183,600 |
| Travel | $6,000 | $6,000 |
| Contractual | $0 | $0 |
| Commodities | $7,000 | $7,000 |
| Equipment | $0 | $0 |
| Sub-total | $196,600 | $196,600 |
| G&A - 9% | $17,694 | $17,694 |
| Component Total | $214,294 | $214,294 |

## PERSONNEL - $183,600

| Position | Range/Step | Months | Monthly Cost | Annual Cost |
|---|---|---|---|---|
| Data Systems Manager | 21D | 12 | $8,300 | $99,600 |
| Program Analyst III | 18D | 12 | $7,000 | $84,000 |
| Personnel Total | | 12 | $15,300 | $183,600 |

## TRAVEL - $6,000

- **Travel, Meetings & Training**                    $6,000

Travel support and registration fees for Data Management staff to attend meetings and participate in data management training. Travel is primarily budgeted for Data Management staff to work with principal investigators to document and archive datasets.

## COMMODITIES - $7,000

- **Computer Software, Hardware & Upgrades**                    $7,000

These funds are to cover necessary computer hardware, software, and networking equipment purchases or upgrades for the Trustee Council Office; including any necessary equipment changes or upgrades required by the State of Alaska EnterpriseTechnology.

FY 08 Annual Program Development & Implementation Budget -- Approved 9/13/07
Resolution 07-07 -- Attachment A.

Pg. 6 of 16
Attachment  A
Page  23 of  33

**AGENCY DISTRIBUTION**

| Cost Category | ADF&G |
|---|---|
| Personnel | $183,600 |
| Travel | $6,000 |
| Contractual | $0 |
| Commodities | $7,000 |
| Equipment | $0 |
| Sub-total | $196,600 |
| Agency G&A 9% | $17,694 |
| Component Total | $214,294 |

FY 08 Annual Program Development & Implementation Budget – Approved 9/13/07
Resolution 07-07 – Attachment A.

Pg. 7 of 16

Attachment  A
Page 24 of 33

## SCIENCE MANAGEMENT – $457,242

| Cost Category | Total Budget | EVOS Funds | NOS Grant |
|---|---|---|---|
| Personnel | $220,800 | $220,800 | $0 |
| Travel | $7,500 | $7,500 | $0 |
| Contractual | $193,500 | $109,500 | $84,000 |
| Commodities | $0 | $0 | $0 |
| Equipment | $0 | $0 | $0 |
| Sub-total | $421,800 | $337,800 | $84,000 |
| G&A (EVOS 9%/NOS 6%) | $35,442 | $30,402 | $5,040 |
| Component Total | $457,242 | $368,202 | $89,040 |

## PERSONNEL – $220,800

| Position | Range/Step | Months | Monthly Cost | Annual Cost |
|---|---|---|---|---|
| Science Director | 26C | 12 | $10,700 | $128,400 |
| Program Coordinator | 18G | 12 | $7,700 | $92,400 |
| Personnel Total | | 12 | $18,400 | $220,800 |

## TRAVEL - $7,500

- **National Conferences, Meetings & Training**          **$7,500**

Travel support and registration fees for Science Management to attend national conferences, meetings and participate in scientific training; also, to sponsor travel necessary in completing Science Management budgeted priorities.

## CONTRACTUAL - $193,500

- **Annual Marine Science Symposium**          **$10,000**

These funds are to assist with the support of the Annual Marine Science Symposium. This amount has been reduced by 60% from that of FY 06 and matches that given in FY 07. Funds will be used to support an increase in presentation of EVOS science at the January 2008 Symposium. The EVOS Environmental Program Specialist is coordinating EVOS participation and contribution to this event.

- **Herring Restoration Plan & Recovery Planning Efforts**          **$84,000**

These funds provide funding for finalization of the Herring Restoration Plan and recovery planning efforts through the combined efforts of a technical writing team and the Herring Steering Committee. Activities are fully funded with carry forward NA03NOS4730188 grant funds.

FY 08 Annual Program Development & Implementation Budget – Approved 9/13/07
Resolution 07-07 – Attachment A.

Pg. 8 of 16
Attachment _A_
Page _25_ of _33_

- **Science Panel**                                          **$45,000**

This amount is requested to fund contracts and activities of the Science Panel, which is necessary to provide program objectivity and scientific creditability. This panel provides higher-level expertise specific to disciplines represented in injured resources and services, and provides historical knowledge of EVOS, its effects, and previous Trustee Council efforts; as well as objectivity by experts in disciplines who may or may not have previous experience with EVOS effects and efforts.

- **Injured Resources and Services Update**                 **$9,500**

Funds are to provide guidance, revision, editing, and distribution of the annual Injured Resources and Services Update.

- **Peer Review Contracts**                                  **$45,000**

Reviews of final reports are now being coordinated by the EVOS Project Coordinator and Science Director. A final report is a required deliverable of most EVOS-funded scientific projects. To ensure the scientific integrity of the findings, the Trustee Council requires scientific peer review by nationally recognized experts within appropriate and respective disciplines. This contract line item provides compensation for the scientific and technical review of EVOS final reports.

**AGENCY DISTRIBUTION:**

| Cost Category | ADF&G |
|---|---|
| Personnel | $220,800 |
| Travel | $7,500 |
| Contractual | $193,500 |
| Commodities | $0 |
| Equipment | $0 |
| Sub-total | $421,800 |
| Total Agency G&A | $35,442 |
| Component Total | $457,242 |

FY 08 Annual Program Development & Implementation Budget – Approved 9/13/07
Resolution 07-07 – Attachment A.

Pg. 9 of 16
Attachment  A
Page 26 of 33

## COMMUNITY INVOLVEMENT - $40,330

| Cost Category | Total Budget | EVOS Funds |
|---|---|---|
| Personnel | $0 | $0 |
| Travel | $24,000 | $24,000 |
| Contractual | $13,000 | $13,000 |
| Commodities | $0 | $0 |
| Equipment | $0 | $0 |
| Sub-total | $37,000 | $37,000 |
| G&A 9% | $3,330 | $3,330 |
| Component Total | $40,330 | $40,330 |

## TRAVEL - $24,000

- **Spill Area Community Meetings/Conferences/Workshops**                **$24,000**

Funds cover travel expenses for trips to spill area communities for community input and awareness relating to restoration research and environmental studies and reviews. Funds are budgeted for three participants to make two trips to five spill area locations at an estimated cost of $800.00 per trip (To include airfare, ground transportation, *per diem* and lodging)

## CONTRACTUAL - $13,000

- **Alaska Forum on the Environment (AFE)**                **$10,000**

To fund EVOS participation in the annual Alaska Forum on the Environment (AFE) through public focused education on EVOS history, the restoration program and current scientific efforts. Sessions include an EVOS presentation by staff, scientists and agency representatives in the form of scientific posters, oral presentations and roundtable discussions. Essay contest winners in the spill-effected area (open to students in grades 11-12) will present posters of their essay as part of a special session for traditional and local knowledge discussions relating to the effects and current status of injured resources and services within their communities. This is an educational outreach and community-focused forum following the scientist-focused Science Symposium.

- **Spill Area Community Meetings/Contract Costs**                **$3,000**

Funds to cover meeting room costs, advertisement, and hosting amenities.

## AGENCY DISTRIBUTION

| Cost Category | ADF&G |
|---|---|
| Personnel | $0 |
| Travel | $24,000 |
| Contractual | $13,000 |
| Commodities | $0 |
| Equipment | $0 |
| Sub-total | $37,000 |
| Agency G&A 9% | $3,330 |
| Component Total | $40,330 |

FY 08 Annual Program Development & Implementation Budget – Approved 9/13/07
Resolution 07-07 -- Attachment A.

Pg. 10 of 16
Attachment  A
Page 27 of 33

## PUBLIC ADVISORY COMMITTEE (PAC) - $37,060

| Cost Category | Total Budget | EVOS Funds |
|---|---|---|
| Personnel | $7,000 | $7,000 |
| Travel | $24,000 | $24,000 |
| Contractual | $3,000 | $3,000 |
| Commodities | $0 | $0 |
| Equipment | $0 | $0 |
| Sub-total | $34,000 | $34,000 |
| G&A 9% | $3,060 | $3,060 |
| Component Total | $37,060 | $37,060 |

### PERSONNEL - $7,000

Annual funds are provided for the designated federal officer assigned to the PAC as required by FACA. This individual coordinates the scheduling of meetings, development of the agenda and meeting minutes, and provides assistance to the Chair and the Restoration Office as needed.

### TRAVEL - $24,000

- PAC Meetings                                                                 $24,000

Travel support for 15 PAC members to attend approximately two meetings in Anchorage (one meeting to be held during the annual Marine Science Symposium) for an estimated average cost of $800 per person per trip to include: airfare, ground transportation, *per diem* and lodging.

### CONTRACTUAL - $3,000

- PAC Meetings                                                                 $3,000

These funds cover public announcements, meeting materials and amenities.

### AGENCY DISTRIBUTION

| Cost Category | ADF&G | DOI-OPEC | Total |
|---|---|---|---|
| Personnel | $0 | $7,000 | $7,000 |
| Travel | $24,000 | $0 | $24,000 |
| Contractual | $3,000 | $0 | $3,000 |
| Commodities | $0 | $0 | $0 |
| Equipment | $0 | $0 | $0 |
| Sub-total | $27,000 | $7,000 | $34,000 |
| G&A - 9% | $2,430 | $630 | $3,060 |
| Component Total | $29,430 | $7,630 | $37,060 |

FY 08 Annual Program Development & Implementation Budget – Approved 9/13/07
Resolution 07-07 – Attachment A.

Pg. 11 of 16
Attachment A
Page 28 of 33

## TRUSTEE COUNCIL MEMBER EXPENSES- $29,975

| Cost Category | Total Budget | EVOS Funds |
|---|---|---|
| Personnel | $0 | $0 |
| Travel | $27,500 | $27,500 |
| Contractual | $0 | $0 |
| Commodities | $0 | $0 |
| Equipment | $0 | $0 |
| Sub-total | $27,500 | $27,500 |
| G&A - 9% | $2,475 | $2,475 |
| Component Total | $29,975 | $29,975 |

## TRAVEL - $27,500

- **ADFG Trustee Council Member Travel**                          **$5,500**

Travel support for the Trustee Council member or Alternate's travel expenses to participate in approximately five one-day meetings in Anchorage at a cost of approximately $1,100.00 per trip.

- **DOI Trustee Council Member Travel**                          **$5,500**

Travel support for the Trustee Council member or Alternate's travel expenses to participate in approximately five one-day meetings in Anchorage, at a cost of approximately $1,100.00 per trip.

- **NOAA Trustee Council Member Travel**                          **$5,500**

Travel support for the Trustee Council member or Alternate's travel expenses to participate in approximately five one-day meetings in Anchorage, at a cost of approximately $1,100.00 per trip.

- **ADEC Trustee Council Member Travel**                          **$5,500**

Travel support for the Trustee Council member or Alternate's travel expenses to participate in approximately five one-day meetings in Anchorage, at a cost of approximately $1,100.00 per trip.

- **DOL Trustee Council Member Travel**                          **$5,500**

Travel support for the Trustee Council member or Alternate's travel expenses to participate in approximately five one day meetings in Anchorage, at a cost of approximately $1,100.00 per trip

## AGENCY DISTRIBUTION

| Cost Category | ADF&G | DOI-SEC | NOAA | ADEC | ADOL | Total |
|---|---|---|---|---|---|---|
| Personnel | $0 | $0 | $0 | $0 | $0 | $0 |
| Travel | $5,500 | $5,500 | $5,500 | $5,500 | $5,500 | $27,500 |
| Contractual | $0 | $0 | $0 | $0 | $0 | $0 |
| Commodities | $0 | $0 | $0 | $0 | $0 | $0 |
| Equipment | $0 | $0 | $0 | $0 | $0 | $0 |
| Sub-total | $5,500 | $5,500 | $5,500 | $5,500 | $5,500 | $27,500 |
| G&A - 9% | $495 | $495 | $495 | $495 | $495 | $2,475 |
| **Component Total** | $5,995 | $5,995 | $5,995 | $5,995 | $5,995 | $29,975 |

FY 08 Annual Program Development & Implementation Budget – Approved 9/13/07
Resolution 07-07 – Attachment A.

Pg. 12 of 16
Attachment _A_
Page _29_ of _33_

## SMALL PARCEL PROGRAM - $109,000

| Cost Category | Total Budget | EVOS Funds |
|---|---|---|
| Personnel | $35,000 | $35,000 |
| Travel | $0 | $0 |
| Contractual | $65,000 | $65,000 |
| Commodities | $0 | $0 |
| Equipment | $0 | $0 |
| Sub-total | $100,000 | $100,000 |
| G&A - 9% | $9,000 | $9,000 |
| Component Total | $109,000 | $109,000 |

## PERSONNEL - $35,000

Funds are provided in support of agency efforts to bring viable small parcel proposals to the Council for consideration. Expenses such as title review, hazmat review and survey review and similar expenses are appropriate due diligence efforts which may be undertaken by sponsoring agencies under this program. The budgeted due diligence expenditures under personnel are those to be accomplished through the use of in-house staff as most efficient and/or cost effective. No capital obligations may be incurred without further Council approval.

## CONTRACTUAL - $100,000

Funds are provided in support of agency efforts to bring viable small parcel proposals to the Council for consideration. Expenses such as title review, hazmat review and survey review and similar expenses are appropriate due diligence efforts which may be undertaken by sponsoring agencies under this program. The budgeted due diligence expenditures under contractual services are those contracted out by the agency as most efficient and/or cost effective. No capital obligations may be incurred without further Council approval.

## AGENCY DISTRIBUTION

| Cost Category | ADNR | DOI-FWS | USFS | Total |
|---|---|---|---|---|
| Personnel | $10,000 | $25,000 | $0 | $35,000 |
| Travel | $0 | $0 | $0 | $0 |
| Contractual | $40,000 | $0 | $25,000 | $65,000 |
| Commodities | $0 | $0 | $0 | $0 |
| Equipment | $0 | $0 | $0 | $0 |
| Sub-total | $50,000 | $25,000 | $25,000 | $100,000 |
| G&A - 9% | $4,500 | $2,250 | $2,250 | $9,000 |
| Component Total | $54,500 | $27,250 | $27,250 | $109,000 |

FY 08 Annual Program Development & Implementation Budget – Approved 9/13/07
Resolution 07-07 – Attachment A.

Pg. 13 of 16
Attachment  A
Page 30 of 33

## PROGRAM SUPPORT / PROJECT MANAGEMENT – $363,951

| Cost Category | Total Budget | EVOS Funds |
|---|---|---|
| Personnel | $333,900 | $333,900 |
| Travel | $0 | $0 |
| Contractual | $0 | $0 |
| Commodities | $0 | $0 |
| Equipment | $0 | $0 |
| Sub-total | $333,900 | $333,900 |
| G&A - 9% | $30,051 | $30,051 |
| Component Total | $363,951 | $363,951 |

## PERSONNEL - $333,900

### Project Management - $150,900

Project Management funds provide lead Trustee Agencies with funds necessary to manage contracts and report on the status of projects; to facilitate communication between the agencies, Principal Investigators, and the restoration office; to assist with the annual financial audit; and perform other administrative functions necessary for implementation of projects authorized by the Trustee Council. All agencies receive 1 month's salary (based upon projected base pay plus benefits) for project management for first quarter in order to complete the FY 07 project closures and to assist with audit processes. In addition, all agencies have been allocated 1 month's salary (or percentage thereof) for the FY 08 budgeted funding of each multi-year project approved in FY 07. Additional project management funds will be requested upon approval of FY 08 funded project extensions.

|  | FY08 First quarter allocation |
|---|---|
| ADFG | $23,500 |
| ADEC | $9,000 |
| DOI/USGS | $45,400 |
| USFS | $9,000 |
| NOAA | $53,200 |
| ADNR | $10,800 |
| **TOTAL** | **$150,900** |

### TC Council Support - $183,000

Trustee Council Support funds provide Trustee Agencies with funds necessary to cover liaison staff costs for time and expenses related to preparing for, communicating with and representing of Trustee Agency positions at EVOS sponsored meetings or when participating in EVOS program activities and providing future program direction. *All agencies receive 3 month's salary (based upon projected base pay plus benefits) for Trustee Council Support for the full federal fiscal year.*

| | |
|---|---|
| ADFG | $23,100 |
| ADEC | $27,000 |
| DOI/FWS | $27,600 |
| USFS | $27,000 |
| NOAA | $27,000 |
| ADNR | $32,400 |
| DOI - Federal Budget Officer (Nesslage) | $18,900 |
| **TOTAL** | **$183,000** |

FY 08 Annual Program Development & Implementation Budget – Approved 9/13/07
Resolution 07-07 – Attachment A.                                    Pg. 14 of 16

Attachment _A_
Page _31_ of _33_

**AGENCY DISTRIBUTION:**

| Cost Category | ADEC | ADF&G | ADNR | USGS | FWS | DOI-SEC | NOAA | USFS | Total |
|---|---|---|---|---|---|---|---|---|---|
| Personnel | $36,000 | $46,600 | $43,200 | $45,400 | $27,600 | $18,900 | $80,200 | $36,000 | $333,900 |
| Travel | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Contractual | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Commodities | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Equipment | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Sub-total | $36,000 | $46,600 | $43,200 | $45,400 | $27,600 | $18,900 | $80,200 | $36,000 | $333,900 |
| Agency G&A | $3,240 | $4,194 | $3,888 | $4,086 | $2,484 | $1,701 | $7,218 | $3,240 | $30,051 |
| Component Total | $39,240 | $50,794 | $47,088 | $49,486 | $30,084 | $20,601 | $87,418 | $39,240 | $363,951 |

FY 08 Annual Program Development & Implementation Budget – Approved 9/13/07
Resolution 07-07 – Attachment A.

Pg. 15 of 16
Attachment _A_
Page _32_ of _33_

## ALASKA RESOURCES LIBRARY & INFORMATION SERVICES – $167,533

| Cost Category | Total Budget | EVOS Funds |
|---|---|---|
| Personnel | $127,200 | $127,200 |
| Travel | $1,500 | $1,500 |
| Contractual | $25,000 | $25,000 |
| Commodities | $0 | $0 |
| Equipment | $0 | $0 |
| Sub-total | $153,700 | $153,700 |
| G&A - 9% | $13,833 | $13,833 |
| Component Total | $167,533 | $167,533 |

### PERSONNEL – $127,200

| Position | Range/Step | Months | Monthly Cost | Annual Cost |
|---|---|---|---|---|
| Librarian III | 19M | 12 | $10,600 | $127,200 |
| | Personnel Total | 12 | $10,600 | $127,200 |

Funding provides 1.0 FTE librarian to meet the ongoing information and research needs of the Trustee Council staff, Public Advisory Committee, researchers, and the general public, manage the EVOS collection at ARLIS, and represent the Trustee Council on the ARLIS Management Team.

**TRAVEL & TRAINING - $1,500 -** Funding provides for travel and training for ARLIS staff for professional development and program advancement.

### CONTRACTUAL – $25,000 - ARLIS Founding Agency Cash Contribution

This contractual cost is a cash contribution to the ARLIS operating budget, plus 18% university indirect. The contribution is monitored through a reimbursable services agreement with EVOS and pays for research library staff assistance, provides for commodities at the research library necessary in maintaining EVOS records and providing EVOS research assistance, and to assist with other operating expenses funded by ARLIS founding agencies.

### AGENCY DISTRIBUTION:

| Cost Category | ADF&G |
|---|---|
| Personnel | $127,200 |
| Travel | $1,500 |
| Contractual | $25,000 |
| Commodities | $0 |
| Equipment | $0 |
| Sub-total | $153,700 |
| G&A - 9% | $13,833 |
| Component Total | $167,533 |

FY 08 Annual Program Development & Implementation Budget – Approved 9/13/07
Resolution 07-07 – Attachment A.

Pg. 16 of 16
Attachment _A_
Page _33_ of _33_