

# Exxon Valdez Oil Spill Trustee Council
441 W. 5th Ave., Suite 500 • Anchorage, AK 99501-2340 • 907 278 8012 • fax 907 276 7178

## TRUSTEE COUNCIL MEETING NOTES
### Anchorage, Alaska
### September 13, 2007

Chaired by: Steve Zemke
Trustee Council Member

Trustee Council Members Present:

| | |
|---|---|
| • Steve Zemke, USFS ** | Talis Colberg, ADOL |
| Hans Neidig, USDOI**** | Denby Lloyd, ADF&G |
| Peter Hagen, NMFS * | Dan Easton, ADEC *** |

- • Chair
- \* Peter Hagen alternate for James Balsiger
- \*\* Steve Zemke alternate for Joe Meade
- \*\*\* Dan Easton alternate for Larry Hartig
- \*\*\*\* Hans Neidig alternate for Randall Luthi

The teleconferenced meeting convened at 9:09 a.m., September 13, 2007 in Anchorage at the EVOS Conference Room.

1. Approval of the Agenda

   APPROVED MOTION:    Motion to approve the draft agenda dated September 13, 2007, distributed on September 12, 2007.

   Motion by Neidig, second by Hagen

2. Approval of June 27, 2007 meeting notes

**Federal Trustees**
U.S. Department of the Interior
U.S. Department of Agriculture
National Oceanic and Atmospheric Administration

**State Trustees**
Alaska Department of Fish and Game
Alaska Department of Environmental Conservation
Alaska Department of Law

ATTACHMENT B
Page 1 of 2

| | | |
|---|---|---|
| | APPROVED MOTION: | Motion to approve the meeting notes of June 27, 2007. |
| | | Motion by Colberg, second by Neidig |

**Public Advisory Committee (PAC) comments were offered by: Stacy Studebaker**

Public comment period began at 9:15 a.m.

**No public comments were received.**

Public comment closed at 9:15 a.m.

3. <u>FY 08 Funding for FY 07 Multi-year Projects</u>

   APPROVED MOTION: Motion to approve the FY 08 funding of the FY 07 multi-year projects (As detailed within Resolution 07-06, Attachment A); with the following fund-contingent: PJ 070816 funding to be released upon receipt of delinquent final report (PJ 050777).

   Motion by Neidig, second by Lloyd

4. <u>FY 08 – Project 080100 Program Development & Implementation Budget</u>

   APPROVED MOTION: Motion to approve the administrative budget, as presented by Barbara with the following fund-contingent: the Alaska Forum on the Environment budget item within the Community Involvement component is fund-contingent pending Trustee Council receipt and response to staff briefing document stating how the budget expense would meet restoration objectives. (As detailed within Resolution 07-07, Attachment A)

   Motion by Hagen, second by Lloyd

Meeting adjourned at 10:23 a.m.

   APPROVED MOTION: Motion to adjourn Colberg, second by Lloyd