RONALD J. TENPAS
Acting Assistant Attorney General
WILLIAM D. BRIGHTON
Assistant Section Chief
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice
Washington, D.C.  20530

REGINA R. BELT
Trial Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone:  (907) 271-3456
Facsimile:  (907) 271-5827
Email: regina.belt@usdoj.gov

ATTORNEYS FOR THE UNITED STATES

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>EXXON CORPORATION, EXXON SHIPPING<br>COMPANY, and EXXON PIPELINE COMPANY,<br>et al., in personam, and the T/V<br>EXXON VALDEZ, in rem,<br><br>     Defendants. | No. 3:91–CV-0082 Civil (HRH)<br><br><br>TWENTY-SEVENTH JOINT<br>NOTICE OF EXPENDITURE<br>FROM THE INVESTMENT FUND |

   The United States and the State of Alaska ("the Governments") jointly provide notice of the

expenditure of $95,600.00 in settlement funds from the Research Investment Sub-Account of the

EXXON VALDEZ Oil Spill Investment Fund ("Investment Fund").  The Governments' natural

resource trustee agencies will use these funds for purposes consistent with the Memorandum of Agreement and Consent Decree entered by this Court in *United States v. State of Alaska*, No. A91-081 CIV (D. Alaska) on August 28, 1991 ("MOA").

On September 25, 1991 the State of Alaska and the United States settled their claims against the Exxon Corporation, Exxon Shipping Company, Exxon Pipeline Company, and the T/V EXXON VALDEZ arising from the EXXON VALDEZ oil spill. All funds resulting from these settlements were subsequently ordered by this Court to be placed in an interest-bearing account in the Court Registry Investment System ("CRIS") administered through the United States District Court for the Southern District of Texas.

On June 7, 2000 this Court entered its Third Amended Order for Deposit and Transfer of Settlement Proceeds ("Third Amended Order"). The Third Amended Order allows the Governments the option of investing the money in an account outside the United States Treasury. On September 29, 2000, upon application by the Governments, the Court entered an Order Re: Transfer of Funds from the Exxon Valdez Liquidity Account and the Reserve Fund to an Investment Fund Within the Alaska Department of Revenue, Division of Treasury, authorizing transfer of settlement proceeds to an account within the State. On October 5, 2000 all funds and securities were transferred from the CRIS to the Investment Fund. The Third Amended Order further allows the Governments to establish separate sub-accounts within the primary account "as the Trustee Council determines appropriate." On October 1, 2002 three sub-accounts were created in the Investment Fund, to wit: the Research Investment Sub-Account, the Habitat Investment Sub-Account, and the Koniag Investment Sub-Account. These sub-accounts were established to carry out the Trustee Council's decision in its Resolution of March 1, 1999 to separately manage the remaining assets of the Joint Trust Funds for the specific purposes of funding a long term research and monitoring program, the acquisition of lands along the Karluk River and the establishment of a fund to purchase small parcels of land that may become available in the future.

Paragraph 27 of the Third Amended Order provides that "funds in an Investment Fund shall remain on deposit in that Fund until such time as the Exxon Valdez Oil Spill Trustee Council unanimously resolve to expend all or part of the funds." The funds may then be expended, for purposes consistent with the MOA, upon the joint notification of the Governments to the Investment Fund and the Court.[1]/ The notification is to inform the Court of the proposed uses of the funds in the same manner and to the same extent as was the Governments' practice when the funds were in the registry of the Court.

The Governments provide notice of this twenty-seventh expenditure from the Investment Fund and monies previously disbursed for necessary natural resource damage assessment and restoration activities during federal fiscal year 2008.[2]/ The entirety of the $95,600.00 that is the subject of this Notice will be provided to the State of Alaska.

A complete summary of the Trustee Council's activities since approval of the settlement was appended to our Second Application, filed January 19, 1993, as Attachment B, and interim update of activities appeared as Attachments to each of the Governments' Third through Sixth, Eighth through Twelfth, Fifteenth, Nineteenth, Twenty-First, Twenty-Second, Twenty-Fourth through Twenty-Ninth, Thirty-First, and Thirty-Third through Forty-Fifth applications for disbursement; the Fifth through Seventh and Tenth through the Fourteenth Joint Notices of Expenditure From Settlement Account Monies Previously Disbursed; the First, Second, Fourth, and Seventh through the Twenty-Second, Twenty-Fourth through Twenty-Sixth Joint Notices of Expenditure From the

---

[1]/    A copy of the notice provided to the Investment Fund pursuant to paragraph 27 of the Third Amended Order for Deposit and Transfer of Settlement Proceeds is appended to this Notice as Attachment A, pp. 1-2.

[2]/    Appended to this Notice at Attachment A, pp. 3-16, is Trustee Council Resolution 08-02 documenting the Council's unanimous agreement, at its November 9, 2007 meeting, to provide an additional $95,600.00 in monies for the FY 2008 Work Plan. Of this amount, $87,900.00 is to fund Project # 080821 entitled *Development of Culture Technology to Support Restoration of Herring in Prince William Sound*, and $7,700.00 is for associated project management costs. The project management costs will be added to the Trustee Council Support Component of Project # 080100 (FY '08 Program Development and Implementation Budget).

Investment Fund (and From Monies Previously Disbursed). The Trustee Council has met once since the Governments' filing on October 24, 2007 of their Twenty-Sixth Joint Notice of Expenditure from Investment Fund and from Monies Previously Disbursed. The Governments will submit the meeting notes for that November 9, 2007 meeting once they have been approved. The meeting notes for the Trustee Council's October 12, 2007 meeting are appended to this Notice as Attachment B.

RESPECTFULLY SUBMITTED this 15th day of November, 2007 at Anchorage, Alaska.

s/Regina R. Belt
REGINA R. BELT
Trial Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone:  (907) 271-3456
Facsimile:  (907) 271-5827
Email: regina.belt@usdoj.gov

ATTORNEY FOR THE UNITED STATES

TALIS J. COLBERG
Attorney General
State of Alaska

By:    s/ Elise Hsieh  (consent)
ELISE HSIEH
Assistant Attorney General
1031 West Fourth Avenue  Ste. 200
Anchorage, Alaska  99501-1994
Telephone:  (907) 269-5274
Facsimile: (907) 278-7022
Email: elise.hsieh@alaska.gov
Alaska Bar # 9511048

ATTORNEYS FOR THE STATE OF ALASKA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of November, 2007 a copy of the foregoing TWENTY-SEVENTH JOINT NOTICE OF EXPENDITURE FROM THE INVESTMENT FUND, together with Attachments A and B thereto, was served by United States mail, first class, postage paid, to the following: Elise Hsieh, James F. Neal, Esq., Douglas J. Serdahely, Esq., John F. Clough III, Esq., and Patrick Lynch, Esq.

 s/ Regina R. Belt