

EVOS Trustee Council Habitat Protection Project Port Graham Parcel PTG 01 Kenai Peninsula, Alaska

Attachment A
Page 11 of 27

