RESOLUTION 08-09 OF THE
*EXXON VALDEZ* OIL SPILL TRUSTEE COUNCIL
FY 08 Funding for Projects 080759-A, 080839, 070808-A

We, the undersigned, duly authorized members of the *Exxon Valdez* Oil Spill Trustee Council do hereby certify that, in accordance with the Memorandum of Agreement and Consent Decree entered as settlement of United States of America v. State of Alaska, No. A91-081 Civil, U.S. District Court for the District of Alaska, and after public meetings, unanimous agreement has been reached to expend funds received in settlement of State of Alaska v. Exxon Corporation, et al., No. A91-083 CIV, and United States of America v. Exxon Corporation, et al., No. A91-082 CIV, U.S. District Court for the District of Alaska, for necessary Natural Resource Damage Assessment and Restoration activities for fiscal year 2008 in the amount of $698,900, to be distributed according to the following schedule:

| Project Approved | Lead Agency | Project Number | PI | Project Title | FY 08 Approved |
|---|---|---|---|---|---|
| 3/17/2008 | ADF&G | 080759-A | Rosenberg | Harlequin Duck Population Dynamics in Prince William Sound: Measuring Recovery from the Exxon Valdez Oil Spill. Amendment to add Pilot Study to assess transect variability | $ 40,600 |
| 3/17/2008 | ADF&G | 080839 | Hollmen | Evaluating Injury to Harlequin Ducks (Histrionicus histrionicus) Caused by Sublethal Hydrocarbon Exposure in Prince William Sound Using Species-Specific Cell Lines. | $ 148,600 |
| 3/17/2008 | ADF&G | | | Project management fees (2 months @$7,700) | $ 15,400 |
| | | | | STATE OF ALASKA - ADF&G – Sub-total | $ 204,600 |
| 3/17/2008 | USGS | 070808-A | Ballachey | Nearshore Synthesis: Sea Otters and Sea Ducks | $ 447,100 |
| 3/17/2008 | USGS | | | Project management fees (92% of $9,000 ) | $ 8,280 |
| | | | | USGS Sub-total | $ 455,380 |
| 3/17/2008 | NOAA | | | Nearshore Synthesis: Sea Otters and Sea Ducks | $ 38,200 |
| 3/17/2008 | NOAA | | | Project management fees (8% of $9,000) | $ 720 |
| | | | | NOAA Sub-total | $ 38,920 |
| | | | | UNITED STATES – Sub-total | $ 494,300 |

**TOTAL APPROVED FOR DISTRIBUTION:** $698,900

Of the $698,900 approved for distribution, $204,600 is directed to the State of Alaska and $494,300 is directed to the United States.

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make funds available in the amount of $698,900 from the appropriate account as designated by the Executive Director.

Approved by the Council at its meeting of March 17, 2008 as affirmed by our signatures affixed below.

_____
Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U. S. Department of Agriculture

_____
Talis J. Colberg
Attorney General
Alaska Department of Law

_____
Randall Luthi
Director
Minerals Management Service
U.S. Department of Interior

_____
Jim Balsiger
Administrator, Alaska Region
National Marine Fisheries Service
U.S. Department of Commerce

_____
Denby S. Lloyd
Commissioner
Alaska Department of Fish and Game

_____
Larry Hartig
Commissioner
Alaska Department of Environmental Conservation

Attachment A – FY 08 Work Plan Projects Approved on March 17, 2008

Attachment A
Page 14 of 27

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make funds available in the amount of $698,900 from the appropriate account as designated by the Executive Director.

Approved by the Council at its meeting of March 17, 2008 as affirmed by our signatures affixed below.

Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U. S. Department of Agriculture

Talis J. Colberg
Attorney General
Alaska Department of Law

Randall Luthi
Director
Minerals Management Service
U.S. Department of Interior

Jim Balsiger
Administrator, Alaska Region
National Marine Fisheries Service
U.S. Department of Commerce

Denby S. Lloyd
Commissioner
Alaska Department of Fish and Game

Larry Hartig
Commissioner
Alaska Department of Environmental
 Conservation

Attachment A – FY 08 Work Plan Projects Approved on March 17, 2008

Attachment A
Page 15 of 27

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make funds available in the amount of $698,900 from the appropriate account as designated by the Executive Director.

Approved by the Council at its meeting of March 17, 2008 as affirmed by our signatures affixed below.

| | |
|---|---|
| Joe L. Meade<br>Forest Supervisor<br>Forest Service Alaska Region<br>U. S. Department of Agriculture | Talis J. Colberg<br>Attorney General<br>Alaska Department of Law |
| Randall Luthi<br>Director<br>Minerals Management Service<br>U.S. Department of Interior<br>*Hans Neiolg For Randall Luthi* | Jim Balsiger<br>Administrator, Alaska Region<br>National Marine Fisheries Service<br>U.S. Department of Commerce |
| Denby S. Lloyd<br>Commissioner<br>Alaska Department of Fish and Game | Larry Hartig<br>Commissioner<br>Alaska Department of Environmental Conservation |

Attachment A – FY 08 Work Plan Projects Approved on March 17, 2008

Attachment A
Page 16 of 27

2

Resolution 08-09

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make funds available in the amount of $698,900 from the appropriate account as designated by the Executive Director.

Approved by the Council at its meeting of March 17, 2008 as affirmed by our signatures affixed below.

Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U. S. Department of Agriculture

Talis J. Colberg
Attorney General
Alaska Department of Law

Randall Luthi
Director
Minerals Management Service
U.S. Department of Interior

Jim Balsiger
Administrator, Alaska Region
National Marine Fisheries Service
U.S. Department of Commerce

Denby S. Lloyd
Commissioner
Alaska Department of Fish and Game

Larry Hartig
Commissioner
Alaska Department of Environmental Conservation

Attachment A – FY 08 Work Plan Projects Approved on March 17, 2008

Attachment A
Page 17 of 27

2

Resolution 08-09

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make funds available in the amount of $698,900 from the appropriate account as designated by the Executive Director.

Approved by the Council at its meeting of March 17, 2008 as affirmed by our signatures affixed below.

_____
Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U. S. Department of Agriculture

_____
Talis J. Colberg
Attorney General
Alaska Department of Law

_____
Randall Luthi
Director
Minerals Management Service
U.S. Department of Interior

_____
Jim Balsiger
Administrator, Alaska Region
National Marine Fisheries Service
U.S. Department of Commerce

_____
Denby S. Lloyd
Commissioner
Alaska Department of Fish and Game

_____
Larry Hartig
Commissioner
Alaska Department of Environmental Conservation

Attachment A – FY 08 Work Plan Projects Approved on March 17, 2008

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make funds available in the amount of $698,900 from the appropriate account as designated by the Executive Director.

Approved by the Council at its meeting of March 17, 2008 as affirmed by our signatures affixed below.

_____
Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U. S. Department of Agriculture

_____
Talis J. Colberg
Attorney General
Alaska Department of Law

_____
Randall Luthi
Director
Minerals Management Service
U.S. Department of Interior

_____
Jim Balsiger
Administrator, Alaska Region
National Marine Fisheries Service
U.S. Department of Commerce

_____
Denby S. Lloyd
Commissioner
Alaska Department of Fish and Game

_____
Larry Hartig
Commissioner
Alaska Department of Environmental Conservation

Attachment A – FY 08 Work Plan Projects Approved on March 17, 2008

Resolution 08-09 - Attachment A
FY 08 Work Plan
Projects Approved on March 17, 2008

| Project # | PI | Project Title | FY 08 PJ Amt Approved (includes PJ Mgmt G&A) | FY 08 PJ Mgmt Approved | FY 08 PJ Mgmt G&A | Total Resolution 08-09 |
|---|---|---|---|---|---|---|
| 080759-A | Rosenberg | Harlequin Duck Population Dynamics in Prince William Sound: Measuring Recovery from EVOS | $40,600 | $7,700 | $7,700 | |
| 80839 | Hollmen | Evaluating Injury to Harlequin Ducks (Histrionicus histrionicus) Caused by Sublethal Hydrocarbon Exposure in Prince William Sound Using Species-Specific Cell Lines | $148,600 | $7,700 | $7,700 | |
| | | Total to the State of Alaska ADF&G | $189,200 | $15,400 | $0 | $204,600 |
| 070808-A | Ballachey | Nearshore Synthesis: Sea Otters and Sea Ducks | $447,100 | $8,280 | $8,280 | |
| | | Total to the United States of America USGS | $447,100 | $8,280 | $0 | $455,380 |
| 070808-A | Ballachey | Nearshore Synthesis: Sea Otters and Sea Ducks | $38,200 | $720 | $720 | |
| | | NOAA | $38,200 | $720 | $0 | $38,920 |
| | | Total to the United States of America | $485,300 | $9,000 | $0 | $494,300 |
| | | **Total Approved Resolution 08-09** | $674,500 | $24,400 | $0 | $698,900 |

RESOLUTION 08-10 OF THE
EXXON VALDEZ OIL SPILL TRUSTEE COUNCIL
NOAA Analysis of the 1994 EVOS Restoration Plan EIS and 20th Anniversary Media Roll-out

We, the undersigned, duly authorized members of the *Exxon Valdez* Oil Spill Trustee Council do hereby certify that, in accordance with the Memorandum of Agreement and Consent Decree entered as settlement of United States of America v. State of Alaska, No. A91-081 Civil, U.S. District Court for the District of Alaska, and after public meetings, unanimous agreement has been reached to expend funds received in settlement of State of Alaska v. Exxon Corporation, et al., No. A91-083 CIV, and United States of America v. Exxon Corporation, et al., No. A91-082 CIV, U.S. District Court for the District of Alaska, for necessary Natural Resource Damage Assessment and Restoration activities for fiscal year 2008 in the amount of $100,000. Of this amount, $50,000 is designated to fund a NOAA analysis of the 1994 EVOS Restoration Plan Environmental Impact Statement (EIS) and $50,000 is designated to fund development of a media plan for the 20th Anniversary of the *Exxon Valdez* oil spill. All funds are designated to the State of Alaska and the United States. Funding is to be distributed as follows:

| | |
|---|---|
| State of Alaska – Department of Fish & Game | $50,000 |
| **Total State of Alaska** | **$50,000** |
| | |
| United States – National Oceanic and Atmospheric Administration | $50,000 |
| **Total United States** | **$50,000** |
| TOTAL | $100,000 |

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make funds available in the amount of $100,000 from the appropriate accounts as designated by the Executive Director.

Attachment A
Page 21 of 27

1

Resolution 08-10

Approved by the Council at its telephonic meeting of March 17, 2008 as affirmed by our signatures affixed below.

_____
Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U. S. Department of Agriculture

_____
Talis J. Colberg
Attorney General
Alaska Department of Law

_____
Randall Luthi
Director
U.S. Minerals Management Services
U.S. Department of Interior

_____
Craig R. O'Connor
Special Counsel
National Oceanic & Atmospheric Administration
U.S. Department of Commerce

_____
Denby S. Lloyd
Commissioner
Alaska Department of Fish and Game

_____
Larry Hartig
Commissioner
Alaska Department of Environmental Conservation

Approved by the Council at its telephonic meeting of March 17, 2008 as affirmed by our signatures affixed below.

_____
Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U. S. Department of Agriculture

_____
Talis J. Colberg
Attorney General
Alaska Department of Law

_____
Randall Luthi
Director
U.S. Minerals Management Services
U.S. Department of Interior

_____
Craig R. O'Connor
Special Counsel
National Oceanic & Atmospheric
  Administration
U.S. Department of Commerce

_____
Denby S. Lloyd
Commissioner
Alaska Department of Fish and Game

_____
Larry Hartig
Commissioner
Alaska Department of Environmental
Conservation

Approved by the Council at its telephonic meeting of March 17, 2008 as affirmed by our signatures affixed below.

_____
Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U. S. Department of Agriculture

*Hans [signature]*
_____
Randall Luthi
Director
U.S. Minerals Management Services
U.S. Department of Interior
*For Randall Luthi*

_____
Denby S. Lloyd
Commissioner
Alaska Department of Fish and Game

_____
Talis J. Colberg
Attorney General
Alaska Department of Law

_____
Craig R. O'Connor
Special Counsel
National Oceanic & Atmospheric
 Administration
U.S. Department of Commerce

_____
Larry Hartig
Commissioner
Alaska Department of Environmental
Conservation

Approved by the Council at its telephonic meeting of March 17, 2008 as affirmed by our signatures affixed below.

_____
Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U. S. Department of Agriculture

_____
Talis J. Colberg
Attorney General
Alaska Department of Law

_____
Randall Luthi
Director
U.S. Minerals Management Services
U.S. Department of Interior

_____
Craig R. O'Connor
Special Counsel
National Oceanic & Atmospheric
  Administration
U.S. Department of Commerce

_____
Denby S. Lloyd
Commissioner
Alaska Department of Fish and Game

_____
Larry Hartig
Commissioner
Alaska Department of Environmental
Conservation

Approved by the Council at its telephonic meeting of March 17, 2008 as affirmed by our signatures affixed below.

_____
Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U. S. Department of Agriculture

_____
Talis J. Colberg
Attorney General
Alaska Department of Law

_____
Randall Luthi
Director
U.S. Minerals Management Services
U.S. Department of Interior

_____
Craig R. O'Connor
Special Counsel
National Oceanic & Atmospheric
 Administration
U.S. Department of Commerce

___/s/_____
Denby S. Lloyd
Commissioner
Alaska Department of Fish and Game

_____
Larry Hartig
Commissioner
Alaska Department of Environmental Conservation

Approved by the Council at its telephonic meeting of March 17, 2008 as affirmed by our signatures affixed below.

_____
Joe L. Meade
Forest Supervisor
Forest Service Alaska Region
U. S. Department of Agriculture

_____
Talis J. Colberg
Attorney General
Alaska Department of Law

_____
Randall Luthi
Director
U.S. Minerals Management Services
U.S. Department of Interior

_____
Craig R. O'Connor
Special Counsel
National Oceanic & Atmospheric Administration
U.S. Department of Commerce

_____/s/ Larry Hartig_____
Larry Hartig
Commissioner
Alaska Department of Environmental Conservation

_____
Denby S. Lloyd
Commissioner
Alaska Department of Fish and Game