# Exxon Valdez Oil Spill Trustee Council

441 W. 5th Ave., Suite 500 • Anchorage, AK 99501-2340 • 907 278 8012 • fax 907 276 7178



### TRUSTEE COUNCIL MEETING NOTES
### Anchorage, Alaska
### November 9, 2007

Chaired by: Steve Zemke
Trustee Council Member

Trustee Council Members Present:

| | |
|---|---|
| • Steve Zemke, USFS * | Talis Colberg, ADOL |
| Hans Neidig, USDOI ** | Tom Brookover, ADF&G **** |
| Craig O'Connor, NOAA *** | Larry Hartig, ADEC |

- • Chair
- \* Steve Zemke alternate for Joe Meade
- \*\* Hans Neidig alternate for Randall Luthi
- \*\*\* Craig O'Connor alternate for James Balsiger
- \*\*\*\* Tom Brookover alternate for Denby Lloyd

---

The meeting convened at 9:06 a.m. by teleconference, November 9, 2007 in Anchorage at the EVOS Library.

1. <u>Approval of the Agenda</u>

   APPROVED MOTION: Motion to approve the draft agenda dated November 9, 2007, distributed on November 7, 2007.

   Motion by Hartig, second by Colberg

2. <u>Approval of October 12, 2007 meeting notes</u>

Attachment B
Page 1 of 2

**Federal Trustees**
U.S. Department of the Interior
U.S. Department of Agriculture
National Oceanic and Atmospheric Administration

**State Trustees**
Alaska Department of Fish and Game
Alaska Department of Environmental Conservation
Alaska Department of Law

|  |  |  |
|---|---|---|
| | APPROVED MOTION: | Motion to approve the October 12, 2007 meeting notes |
| | | Motion by O'Connor, second by Hartig |

Public comment period began at 9:10 a.m.

**Three public comments were received.**

Public comment closed at 9:15 a.m.

3. <u>FY 08 Draft Work Plan</u>

    APPROVED MOTION:    Motion to approve project 080821 – Linley as resubmitted

                                         Motion by O'Connor, second by Niedig

4. <u>FY 08 – Project Management Fees</u>

    APPROVED MOTION:    Motion to approve adding one month's salary to project 080821 for ADF&G project management fee

                                         Motion by O'Connor, second by Hartig

Meeting adjourned at 9:45 a.m.

    APPROVED MOTION:    Motion to adjourn O'Connor, second by Brookover