RONALD J. TENPAS
Assistant Attorney General
WILLIAM D. BRIGHTON
Assistant Section Chief
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice
Washington, D.C. 20530

REGINA R. BELT
Trial Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-3456
Facsimile: (907) 271-5827
Email: regina.belt@usdoj.gov

ATTORNEYS FOR THE UNITED STATES

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 3:91–CV-0082 Civil (HRH) |
| ) | |
| v. ) | |
| ) | |
| EXXON CORPORATION, EXXON SHIPPING ) | |
| COMPANY, and EXXON PIPELINE COMPANY, ) | TWENTY-NINTH JOINT NOTICE |
| et al., in personam, and the T/V ) | OF EXPENDITURES FROM |
| EXXON VALDEZ, in rem, ) | THE INVESTMENT FUND |
| ) | |
| Defendants. ) | |

The United States and the State of Alaska ("the Governments") jointly provide notice of the expenditure of $196,735.00 in settlement funds from the Research Investment Sub-Account of the EXXON VALDEZ Oil Spill Investment Fund ("Investment Fund"). The Governments' natural resource trustee agencies will use these funds for purposes consistent with the Memorandum of

TWENTY-NINTH JT NOTICE OF EXPENDITURES FROM
INVESTMENT FUND (Case 3:91-CV-0082 (HRH)) - Page 1

Agreement and Consent Decree entered by this Court in *United States v. State of Alaska*, No. A91-081 CIV (D. Alaska) on August 28, 1991 ("MOA").

On September 25, 1991, the United States and the State of Alaska settled their claims against the Exxon Corporation, Exxon Shipping Company, Exxon Pipeline Company, and the T/V EXXON VALDEZ arising from the EXXON VALDEZ oil spill. All funds resulting from these settlements were subsequently ordered by this Court to be placed in an interest-bearing account in the Court Registry Investment System ("CRIS") administered through the United States District Court for the Southern District of Texas.

On June 7, 2000, this Court entered its Third Amended Order for Deposit and Transfer of Settlement Proceeds ("Third Amended Order"). The Third Amended Order allows the Governments the option of investing the money in an account outside the United States Treasury. On September 29, 2000, upon application by the Governments, the Court entered an Order Re: Transfer of Funds from the Exxon Valdez Liquidity Account and the Reserve Fund to an Investment Fund Within the Alaska Department of Revenue, Division of Treasury, authorizing transfer of settlement proceeds to an account within the State. On October 5, 2000, all funds and securities were transferred from the CRIS to the Investment Fund. The Third Amended Order further allows the Governments to establish separate sub-accounts within the primary account "as the Trustee Council determines appropriate." On October 1, 2002, three sub-accounts were created in the Investment Fund, to wit: the Research Investment Sub-Account, the Habitat Investment Sub-Account, and the Koniag Investment Sub-Account. These sub-accounts were established to carry out the Trustee Council's decision in its Resolution of March 1, 1999 to manage separately the remaining assets of the Joint Trust Funds for the specific purposes of funding a long term research and monitoring program, the acquisition of lands along the Karluk River and the establishment of a fund to purchase small parcels of land that may become available in the future.

Paragraph 27 of the Third Amended Order provides that "funds in an Investment Fund shall remain on deposit in that Fund until such time as the Exxon Valdez Oil Spill Trustee Council unanimously resolve to expend all or part of the funds." The funds may then be expended, for purposes consistent with the MOA, upon the joint notification of the Governments to the Investment Fund and the Court.[1]/ The notification is to inform the Court of the proposed uses of the funds in the same manner and to the same extent as was the Governments' practice when the funds were in the registry of the Court.

The Governments provide notice of this twenty-ninth expenditure from the Investment Fund for necessary natural resource damage assessment and restoration activities during federal fiscal year 2008.[2]/ Of the $196,735.00 that is the subject of this Notice, $181,735.00 will be provided to the United States and $15,000.00 will be provided to the State of Alaska.

The Trustee Council has met three times since the Governments' filing on April 11, 2008 of their Twenty-Eighth Joint Notice of Expenditure from Investment Fund. The Governments will submit the meeting notes for the June 26, 2008 meeting once they have been approved by the Trustee Council. The meeting notes for the Trustee Council's May 1, 2008 and May 27, 2008 meetings are appended to this Notice as Attachment B.

---

[1]/ A copy of the notice provided to the Investment Fund pursuant to paragraph 27 of the Third Amended Order for Deposit and Transfer of Settlement Proceeds is appended to this Notice as Attachment A, pp. 1-2.

[2]/ Appended to this Notice at Attachment A, pp. 3-16, are Trustee Council resolutions documenting the Council's unanimous agreement, at its June 26, 2008 meeting, to authorize the expenditures of (1) $181,735.00 to fund for fiscal year 2008 the project entitled *Microcosm Study on the Biodegradability of Lingering Oil in Prince William Sound 19 Years after the Exxon Valdez Oil Spill* (Project No. 080840)(Resolution 08-12); and (2) $15,000.00 to fund the relocation of the Darkened Waters display to Alaska (Resolution 08-13).

RESPECTFULLY SUBMITTED this 18th day of July, 2008 at Anchorage, Alaska.

        s/Regina R. Belt
        REGINA R. BELT
        Trial Attorney
        Environmental Enforcement Section
        Environment & Natural Resources Division
        United States Department of Justice
        801 B Street, Suite 504
        Anchorage, Alaska  99501-3657
        Telephone:  (907) 271-3456
        Facsimile:  (907) 271-5827
        Email: regina.belt@usdoj.gov

        ATTORNEY FOR THE UNITED STATES

        TALIS J. COLBERG
        Attorney General
        State of Alaska

By:    s/ Elise Hsieh (consent)
        ELISE HSIEH
        Assistant Attorney General
        1031 West Fourth Avenue  Ste. 200
        Anchorage, Alaska  99501-1994
        Telephone:  (907) 269-5274
        Facsimile: (907) 278-7022
        Email: elise.hsieh@alaska.gov
        Alaska Bar #9511048

        ATTORNEYS FOR THE STATE OF ALASKA

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 18th day of July, 2008 a copy of the foregoing TWENTY-NINTH JOINT NOTICE OF EXPENDITURE FROM THE INVESTMENT FUND, together with Attachments A and B thereto, was served by United States mail, first class, postage paid, to the following: Elise Hsieh, Esq., James F. Neal, Esq., Douglas J. Serdahely, Esq., John F. Clough III, Esq., and Patrick Lynch, Esq.

s/Regina R. Belt