# STATE OF ALASKA
## DEPARTMENT OF LAW
### OFFICE OF THE ATTORNEY GENERAL

SARAH PALIN, GOVERNOR

Environmental
1031 WEST 4th AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1994
PHONE:   (907) 269-5274
FAX:   (907) 278-7022

July 18, 2008

Mr. Gary Bader
Chief Investment Officer
Treasury Division, Dept. of Revenue
P.O. Box 110405
Juneau, AK  99811-0405

      Re:   Exxon Valdez Oil Spill Investment Fund

Dear Mr. Bader:

    The Exxon Valdez Trustee Council has unanimously determined to expend $196,735 in joint trust funds for restoration purposes consistent with the terms of the Memorandum of Agreement and Consent Decree entered by the federal district court in *United States v. State of Alaska*, No. A91-081 CIV (D. Alaska) on August 28, 1991. This entire amount will come from the Research Investment Sub-Account that is currently held by the State of Alaska in the Exxon Valdez Oil Spill Investment Fund and invested by the Treasury Division, Alaska Department of Revenue. Under the terms of the Reimbursable Services Agreement between the Alaska Department of Fish and Game and the Alaska Department of Revenue, please transfer the following amounts from cash held in the Exxon Valdez Oil Spill Investment Fund to the accounts described below:

**State of Alaska**
    Amount:    $15,000
                   State of Alaska
                   Exxon Valdez Settlement Account
                   GeFONSI 33070
                   Account 22177

**United States**
    Amount:    $181,735

    Beneficiary
    account:    14X5198
    name:    Natural Resource Damage Assessment and Restoration Fund
    (NRDAR)

Mr. Gary Bader  Page Two
Treasury Division, Department of Revenue  July 18, 2008

Beneficiary
account: 14010001
name: Department of the Interior
Financial Management Services National Business Center

Beneficiary Bank
account: 021030004
name: Treasury, NYC

OBI Text
Natural Resource Damage Assessment Restoration Fund 14X5198
EVOS Exxon Valdez, Civil Settlement, FY06 Joint Funds

**Beneficiary Reference**
A91-082Civil

    The transfer should take place when most financially advantageous, preferably on or before July 25, 2008, or as soon thereafter as possible. If you have any questions, please call Elise Hsieh at (907) 269-5274.

Sincerely,

*[signature]*  (by email consent)

Elise Hsieh  Regina R. Belt
Assistant Attorney General  Environmental Enforcement Section
State of Alaska  Environment & Natural Resources Division
  U.S. Department of Justice
  United States of America

cc: Kathryn MacDonald, U.S. Department of Justice
    Matt vanSteenwyk, Alaska Department of Fish and Game
    Christine O'Sullivan, Alaska Department of Fish and Game
    Sue Bump, Alaska Department of Revenue
    Bob Mitchell, Alaska Department of Revenue
    Lynette Schroeder, Exxon Valdez Oil Spill Trustee Council Restoration Office

# RESOLUTION 08-12 OF THE
# *EXXON VALDEZ* OIL SPILL TRUSTEE COUNCIL
**Project 080840: Microcosm Study on the Biodegradability of Lingering Oil in Prince William Sound 19 Years after the Exxon Valdez Oil Spill**

We, the undersigned, duly authorized members of the *Exxon Valdez* Oil Spill Trustee Council do hereby certify that, in accordance with the Memorandum of Agreement and Consent Decree entered as settlement of *United States of America v. State of Alaska*, No. A91-081 Civil, U.S. District Court for the District of Alaska, and after public meetings, unanimous agreement has been reached to expend funds received in settlement of *State of Alaska v. Exxon Corporation*, et al., No. A91-083 CIV, and *United States of America v. Exxon Corporation*, et al., No. A91-082 CIV, U.S. District Court for the District of Alaska, for necessary Natural Resource Damage Assessment and Restoration activities for fiscal years 2008 and 2009, as detailed below. The monies are to be distributed according to the following schedule for PJ080840 Microcosm Study on the Biodegradability of Lingering Oil in Prince William Sound 19 Years after the Exxon Valdez Oil Spill:

### FY 2008 Fund Distribution

| | |
|---|---|
| United States Environmental Protection Agency | $181,735.20 |
| **SUBTOTAL TO UNITED STATES OF AMERICA** | **$181,735.20** |

### FY 2009 Fund Distribution

| | |
|---|---|
| United States Environmental Protection Agency | $354,237.80 |
| **SUBTOTAL TO UNITED STATES OF AMERICA** | **$354,237.80** |
| **TOTAL TO UNITED STATES OF AMERICA** | **$535,973.00** |

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make the appropriate funds available for each fiscal year for this project from the account(s) designated by the Executive Director.

Approved by the Council at its meeting of June 26, 2008 held in Anchorage, Alaska as affirmed by our signatures affixed below.

| | |
|---|---|
| _signature_ | |
| JOE L. MEADE<br>Forest Supervisor<br>Forest Service Alaska Region<br>U.S. Department of Agriculture | TALIS J. COLBERG<br>Attorney General<br>Alaska Department of Law |
| | |
| RANDALL LUTHI<br>Director<br>U.S. Minerals Management Services<br>U.S. Department of Interior | CRAIG R. O'CONNOR<br>Special Counsel<br>National Oceanic & Atmospheric<br>   Administration<br>U.S. Department of Commerce |
| | |
| DENBY S. LLOYD<br>Commissioner<br>Alaska Department of Fish and Game | LARRY HARTIG<br>Commissioner<br>Alaska Department of Environmental<br>   Conservation |

Approved by the Council at its meeting of June 26, 2008 held in Anchorage, Alaska as affirmed by our signatures affixed below.

_____
JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

_____
TALIS J. COLBERG
Attorney General
Alaska Department of Law

_____*Randall Luthi*_____
RANDALL LUTHI
Director
U.S. Minerals Management Services
U.S. Department of Interior

_____
CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
  Administration
U.S. Department of Commerce

_____
DENBY S. LLOYD
Commissioner
Alaska Department of Fish and Game

_____
LARRY HARTIG
Commissioner
Alaska Department of Environmental
  Conservation

2    Resolution 08-12

ATTACHMENT A
Page 5 of 16

Approved by the Council at its meeting of June 26, 2008 held in Anchorage, Alaska as affirmed by our signatures affixed below.

|  |  |
|---|---|
| JOE L. MEADE<br>Forest Supervisor<br>Forest Service Alaska Region<br>U.S. Department of Agriculture | TALIS J. COLBERG<br>Attorney General<br>Alaska Department of Law |
| RANDALL LUTHI<br>Director<br>U.S. Minerals Management Services<br>U.S. Department of Interior | CRAIG R. O'CONNOR<br>Special Counsel<br>National Oceanic & Atmospheric<br>   Administration<br>U.S. Department of Commerce |
| *[signed]*<br>DENBY S. LLOYD<br>Commissioner<br>Alaska Department of Fish and Game | LARRY HARTIG<br>Commissioner<br>Alaska Department of Environmental<br>   Conservation |

ATTACHMENT A
Page 6 of 16

Approved by the Council at its meeting of June 26, 2008 held in Anchorage, Alaska as affirmed by our signatures affixed below.

_____
JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

_____
TALIS J. COLBERG
Attorney General
Alaska Department of Law

_____
RANDALL LUTHI
Director
U.S. Minerals Management Services
U.S. Department of Interior

_____
CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric Administration
U.S. Department of Commerce

_____
DENBY S. LLOYD
Commissioner
Alaska Department of Fish and Game

_____
LARRY HARTIG
Commissioner
Alaska Department of Environmental Conservation

Approved by the Council at its meeting of June 26, 2008 held in Anchorage, Alaska as affirmed by our signatures affixed below.

| | |
|---|---|
| JOE L. MEADE<br>Forest Supervisor<br>Forest Service Alaska Region<br>U.S. Department of Agriculture | TALIS J. COLBERG<br>Attorney General<br>Alaska Department of Law |
| RANDALL LUTHI<br>Director<br>U.S. Minerals Management Services<br>U.S. Department of Interior | CRAIG R. O'CONNOR<br>Special Counsel<br>National Oceanic & Atmospheric Administration<br>U.S. Department of Commerce |
| DENBY S. LLOYD<br>Commissioner<br>Alaska Department of Fish and Game | LARRY HARTIG<br>Commissioner<br>Alaska Department of Environmental Conservation |

Approved by the Council at its meeting of June 26, 2008 held in Anchorage, Alaska as affirmed by our signatures affixed below.

_____
JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

_____
TALIS J. COLBERG
Attorney General
Alaska Department of Law

_____
RANDALL LUTHI
Director
U.S. Minerals Management Services
U.S. Department of Interior

_____
CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
    Administration
U.S. Department of Commerce

_____
DENBY S. LLOYD
Commissioner
Alaska Department of Fish and Game

_____/s/ Larry Hartig_____
LARRY HARTIG
Commissioner
Alaska Department of Environmental
    Conservation

# RESOLUTION 08-13 OF THE
## *EXXON VALDEZ* OIL SPILL TRUSTEE COUNCIL
### Relocation of Darkened Waters Display to Alaska

We, the undersigned, duly authorized members of the *Exxon Valdez* Oil Spill Trustee Council do hereby certify that, in accordance with the Memorandum of Agreement and Consent Decree entered as settlement of *United States of America v. State of Alaska*, No. A91-081 Civil, U.S. District Court for the District of Alaska, and after public meetings, unanimous agreement has been reached to expend funds received in settlement of *State of Alaska v. Exxon Corporation*, et al., No. A91-083 CIV, and *United States of America v. Exxon Corporation*, et al., No. A91-082 CIV, U.S. District Court for the District of Alaska, for necessary Natural Resource Damage Assessment and Restoration activities for fiscal year 2008. The monies are to be distributed according to the following schedule for the relocation of the Darkened Waters display to Alaska:

### FY 2008 Fund Distribution

| | |
|---|---|
| Alaska Department of Fish and Game | $15,000 |
| **SUBTOTAL TO STATE OF ALASKA** | **$15,000** |

By unanimous consent, we hereby request the Alaska Department of Law and the Assistant Attorney General of the Environmental and Natural Resources Division of the United States Department of Justice to take such steps as may be necessary to make funds available for this project for a total of $15,000 from the appropriate account as designated by the Executive Director.

07/17/08  14:28 FAX 907 743 9492          CHUGACH N F                                    ☒003

Approved by the Council at its meeting of June 26, 2008 held in Anchorage, Alaska as affirmed by our signatures affixed below.

_[signed] for [signed] Joe V. Zunke_
JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

TALIS J. COLBERG
Attorney General
Alaska Department of Law

RANDALL LUTHI
Director
U.S. Minerals Management Services
U.S. Department of Interior

CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
  Administration
U.S. Department of Commerce

DENBY S. LLOYD
Commissioner
Alaska Department of Fish and Game

LARRY HARTIG
Commissioner
Alaska Department of Environmental
  Conservation

Page 2 of 2

Resolution 08-13

ATTACHMENT _A_
Page _11_ of _16_

07/17/2008 THU 17:18 [TX/RX NO 9203] ☒003

Approved by the Council at its meeting of June 26, 2008 held in Anchorage, Alaska as affirmed by our signatures affixed below.

_____  
JOE L. MEADE  
Forest Supervisor  
Forest Service Alaska Region  
U.S. Department of Agriculture

_____  
TALIS J. COLBERG  
Attorney General  
Alaska Department of Law

_/s/ Randall Luthi_____  
RANDALL LUTHI  
Director  
U.S. Minerals Management Services  
U.S. Department of Interior

_____  
CRAIG R. O'CONNOR  
Special Counsel  
National Oceanic & Atmospheric  
  Administration  
U.S. Department of Commerce

_____  
DENBY S. LLOYD  
Commissioner  
Alaska Department of Fish and Game

_____  
LARRY HARTIG  
Commissioner  
Alaska Department of Environmental  
  Conservation

Page 2 of 2

Resolution 08-13

ATTACHMENT A  
Page 12 of 16

Approved by the Council at its meeting of June 26, 2008 held in Anchorage, Alaska as affirmed by our signatures affixed below.

_____
JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

_____
TALIS J. COLBERG
Attorney General
Alaska Department of Law

_____
RANDALL LUTHI
Director
U.S. Minerals Management Services
U.S. Department of Interior

_____
CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
  Administration
U.S. Department of Commerce

_____/s/_____
DENBY S. LLOYD
Commissioner
Alaska Department of Fish and Game

_____
LARRY HARTIG
Commissioner
Alaska Department of Environmental
  Conservation

ATTACHMENT A
Page 13 of 16

Page 2 of 2

Resolution 08-13

Approved by the Council at its meeting of June 26, 2008 held in Anchorage, Alaska as affirmed by our signatures affixed below.

_____
JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

_____
TALIS J. COLBERG
Attorney General
Alaska Department of Law

_____
RANDALL LUTHI
Director
U.S. Minerals Management Services
U.S. Department of Interior

_____
CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
 Administration
U.S. Department of Commerce

_____
DENBY S. LLOYD
Commissioner
Alaska Department of Fish and Game

_____
LARRY HARTIG
Commissioner
Alaska Department of Environmental
 Conservation

Approved by the Council at its meeting of June 26, 2008 held in Anchorage, Alaska as affirmed by our signatures affixed below.

---

JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

---

TALIS J. COLBERG
Attorney General
Alaska Department of Law

---

RANDALL LUTHI
Director
U.S. Minerals Management Services
U.S. Department of Interior

---

CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
   Administration
U.S. Department of Commerce

---

DENBY S. LLOYD
Commissioner
Alaska Department of Fish and Game

---

LARRY HARTIG
Commissioner
Alaska Department of Environmental
   Conservation

---

Page 2 of 2                                        Resolution 08-13

ATTACHMENT A
Page 15 of 16

Approved by the Council at its meeting of June 26, 2008 held in Anchorage, Alaska as affirmed by our signatures affixed below.

_____
JOE L. MEADE
Forest Supervisor
Forest Service Alaska Region
U.S. Department of Agriculture

_____
TALIS J. COLBERG
Attorney General
Alaska Department of Law

_____
RANDALL LUTHI
Director
U.S. Minerals Management Services
U.S. Department of Interior

_____
CRAIG R. O'CONNOR
Special Counsel
National Oceanic & Atmospheric
　Administration
U.S. Department of Commerce

_____
DENBY S. LLOYD
Commissioner
Alaska Department of Fish and Game

_____/s/ Larry Hartig_____
LARRY HARTIG
Commissioner
Alaska Department of Environmental
　Conservation