RONALD J. TENPAS
Assistant Attorney General
WILLIAM D. BRIGHTON
Assistant Section Chief
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice
Washington, D.C. 20530

REGINA R. BELT
Trial Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-3456
Facsimile: (907) 271-5827
Email: regina.belt@usdoj.gov

ATTORNEYS FOR THE UNITED STATES

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>EXXON CORPORATION, EXXON SHIPPING COMPANY, and EXXON PIPELINE COMPANY, et al., in personam, and the T/V EXXON VALDEZ, in rem,<br><br>    Defendants. | No. 3:91–CV-0082 Civil (HRH)<br><br>THIRTIETH JOINT NOTICE<br>OF EXPENDITURE FROM<br>THE INVESTMENT FUND |

   The United States and the State of Alaska ("the Governments") jointly provide notice of the expenditure of $539,545.00 from the Koniag Investment Sub-Account of the EXXON VALDEZ Oil Spill Investment Fund ("Investment Fund"). The Governments' natural resource trustee agencies will use these funds for purposes consistent with the Memorandum of Agreement and Consent

THIRTIETH JT NOTICE OF EXPENDITURE
FROM INVESTMENT FUND
(Case 3:91-CV-0082 (HRH))

Decree entered by this Court in *United States v. State of Alaska*, No. A91-081 CIV (D. Alaska) on August 28, 1991 ("MOA").

On September 25, 1991 the State of Alaska and the United States settled their claims against the Exxon Corporation, Exxon Shipping Company, Exxon Pipeline Company, and the T/V EXXON VALDEZ arising from the EXXON VALDEZ oil spill. All funds resulting from these settlements were subsequently ordered by this Court to be placed in an interest-bearing account in the Court Registry Investment System ("CRIS") administered through the United States District Court for the Southern District of Texas.

On June 7, 2000 this Court entered its Third Amended Order for Deposit and Transfer of Settlement Proceeds ("Third Amended Order"). The Third Amended Order allows the Governments the option of investing the money in an account outside the United States Treasury. On September 29, 2000, upon application by the Governments, the Court entered an Order Re: Transfer of Funds from the Exxon Valdez Liquidity Account and the Reserve Fund to an Investment Fund Within the Alaska Department of Revenue, Division of Treasury, authorizing transfer of settlement proceeds to an account within the State. On October 5, 2000 all funds and securities were transferred from the CRIS to the Investment Fund. The Third Amended Order further allows the Governments to establish separate sub-accounts within the primary account "as the Trustee Council determines appropriate." On October 1, 2002 three sub-accounts were created in the Investment Fund, to wit: the Research Investment Sub-Account, the Habitat Investment Sub-Account, and the Koniag Investment Sub-Account. These sub-accounts were established to carry out the Trustee Council's decision in its Resolution of March 1, 1999 to separately manage the remaining assets of the Joint Trust Funds for the specific purposes of funding a long term research, monitoring and restoration program; the acquisition of lands along the Karluk River; and the establishment of a fund to purchase small parcels of land that may become available in the future.

Paragraph 27 of the Third Amended Order provides that "funds in an Investment Fund shall remain on deposit in that Fund until such time as the Exxon Valdez Oil Spill Trustee Council unanimously resolve to expend all or part of the funds." The funds may then be expended, for

purposes consistent with the MOA, upon the joint notification of the Governments to the Investment Fund and the Court.[1]/ The notification is to inform the Court of the proposed uses of the funds in the same manner and to the same extent as was the Governments' practice when the funds were in the registry of the Court.

The Governments provide notice of this thirtieth expenditure from the Investment Fund for the sixth of multiple payments to Koniag, Inc. for a non-development easement on lands it owns, including lands along the Karluk River.[2]/ Of the $539,545.00 that is the subject of this Notice, the entirety will be provided to the United States.

The Trustee Council has met once since the Governments' filing on July 18, 2008 of their Twenty-Ninth Joint Notice of Expenditures from Investment Fund. The Governments will submit the meeting notes for the August 28, 2008 meeting once they have been approved by the Trustee Council. The meeting notes for the Trustee Council's June 26, 2008 meeting are appended to this Notice as Attachment B.

//
//
//
//
//
//
//

---

[1]/     A copy of the notice provided to the Investment Fund pursuant to paragraph 27 of the Third Amended Order for Deposit and Transfer of Settlement Proceeds is appended to this Notice as Attachment A.

[2]/     The resolution evidencing the Trustee Council's unanimous approval for the purchase of this easement appeared as part of the Sixth Joint Notice of Expenditures From Settlement Account Monies Previously disbursed at Attachment A, pp. 32-42. (Docket # 272) A description of the non-development easement may be found in the Third Joint Notice of Expenditures From Investment Fund. (Docket # 288)

THIRTIETH JT NOTICE OF EXPENDITURE
FROM INVESTMENT FUND
(Case 3:91-CV-0082 (HRH))                    -3-

RESPECTFULLY SUBMITTED this 29th day of August, 2008 at Anchorage, Alaska.

            s/Regina R. Belt
            REGINA R. BELT
            Trial Attorney
            Environmental Enforcement Section
            Environment & Natural Resources Division
            United States Department of Justice
            801 B Street, Suite 504
            Anchorage, Alaska 99501-3657
            Telephone: (907) 271-3456
            Facsimile: (907) 271-5827
            Email: regina.belt@usdoj.gov

            ATTORNEY FOR THE UNITED STATES

            TALIS J. COLBERG
            Attorney General
            State of Alaska

By:  s/ Elise Hsieh (consent)
            ELISE HSIEH
            Assistant Attorney General
            1031 West Fourth Avenue Ste. 200
            Anchorage, Alaska 99501-1994
            Telephone: (907) 269-5274
            Facsimile: (907) 278-7022
            Email: Elise.Hsieh@alaska.gov
            Alaska Bar #9511048

            ATTORNEYS FOR THE STATE OF ALASKA

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 29th day of August, 2008, a copy of the foregoing THIRTIETH JOINT NOTICE OF EXPENDITURE FROM THE INVESTMENT FUND, together with Attachments A and B thereto, was served by United States mail, first class, postage paid, to the following: Elise Hsieh, James F. Neal, Esq., Douglas J. Serdahely, Esq., John F. Clough III, Esq., and Patrick Lynch Esq.

s/ Regina R. Belt