SARAH PALIN, GOVERNOR

## DEPARTMENT OF LAW

OFFICE OF THE ATTORNEY GENERAL

*Environmental*
*1031 WEST 4th AVENUE, SUITE 200*
*ANCHORAGE, ALASKA 99501-1994*
*PHONE:      (907) 269-5274*
*FAX:            (907) 278-7022*

August 29, 2008

Mr. Gary Bader
Chief Investment Officer
Treasury Division, Dept. of Revenue
P.O. Box 110405
Juneau, AK  99811-0405

    Re:  Exxon Valdez Oil Spill Investment Fund

Dear Mr. Bader:

    The Exxon Valdez Trustee Council has unanimously determined to expend $539,545 in joint trust funds for restoration purposes consistent with the terms of the Memorandum of Agreement and Consent Decree entered by the federal district court in *United States v. State of Alaska*, No. A91-081 CIV (D. Alaska) on August 28, 1991. This entire amount will come from the Koniag Investment Sub-Account of the Investment Fund that is currently held by the State of Alaska in the Exxon Valdez Oil Spill Investment Fund and invested by the Treasury Division, Alaska Department of Revenue. Under the terms of the Reimbursable Services Agreement between the Alaska Department of Fish and Game and the Alaska Department of Revenue, please transfer the following amounts from cash held in the Exxon Valdez Oil Spill Investment Fund to the accounts described below:

**United States**
    Amount:    $539,545 from the Koniag Sub-Account

Beneficiary
    account:    14X5198
    name:    Natural Resource Damage Assessment and Restoration Fund
    (NRDAR)

    <u>Beneficiary</u>
    account:    14010001
    name:    Department of the Interior
    Financial Management Services National Business Center

ATTACHMENT  A
Page  1  of  2

Mr. Gary Bader  
Treasury Division, Department of Revenue

Page Two  
August 29, 2008

<u>Beneficiary Bank</u>  
account: 021030004  
name: Treasury, NYC

OBI Text  
Natural Resource Damage Assessment Restoration Fund 14X5198  
EVOS Exxon Valdez, Civil Settlement, FY08 Joint Funds

*Beneficiary Reference*  
A91-082Civil

The transfer should take place when most financially advantageous, preferably on or before September 5, 2008, or as soon thereafter as possible. If you have any questions, please call Elise Hsieh at (907) 269-5274.

Sincerely,

Elise Hsieh  
Assistant Attorney General  
State of Alaska

Regina Belt  
Environmental Enforcement Section  
Environment & Natural Resources Division  
U.S. Department of Justice  
United States of America

cc: Kathryn MacDonald, U.S. Department of Justice  
Matt vanSteenwyk, Alaska Department of Fish and Game *via email and U.S. Mail*  
Christine O'Sullivan, Alaska Department of Fish and Game *via email and U.S.Mail*  
Sue Bump, Alaska Department of Revenue *via email and U.S. Mail*  
Bob Mitchell, Alaska Department of Revenue *via email and U.S. Mail*  
James McKnight, Alaska Department of Revenue *via email and U.S. Mail*  
Lynette Schroeder, Exxon Valdez Oil Spill Trustee Council Restoration Office

ATTACHMENT A  
Page 2 of 2