# Exxon Valdez Oil Spill Trustee Council

441 W. 5th Ave., Suite 500 • Anchorage, AK 99501-2340 • 907 278 8012 • fax 907 276 7178



## TRUSTEE COUNCIL MEETING NOTES
### Anchorage, Alaska
### June 26, 2008

Chaired by:  Craig O'Connor
Trustee Council Member

Trustee Council Members Present:

| | |
|---|---|
| Steve Zemke, USFS* | Craig Tillery, ADOL**** |
| Hans Neidig, USDOI*** | Tom Brookover, ADF&G ***** |
| •Craig O'Connor, NOAA ** | Dan Easton, ADEC ****** |

- •   Chair
- *   Steve Zemke alternate for Joe Meade
- **  Craig O'Connor alternate for James Balsiger
- *** Hans Neidig alternate for Randall Luthi
- ****Craig Tillery alternate for Talis Colberg
- *****Tom Brookover for Denby Lloyd
- ******Dan Easton for Larry Hartig

The meeting convened at 1:00 p.m., June 26, 2008 in Anchorage at the EVOS Conference Room.

1. Approval of the Agenda

| | |
|---|---|
| APPROVED MOTION: | Motion to approve the draft agenda dated June 16, 2008 as amended changing the order of the discussion items to: omit the Strategic Plan, moving to Lingering Oil Microcosm Study, Invitation, Barrow's Goldeneye and Communication and Outreach Plan |

ATTACHMENT B
Page 1 of 3

**Federal Trustees**
U.S. Department of the Interior
U.S. Department of Agriculture
National Oceanic and Atmospheric Administration

**State Trustees**
Alaska Department of Fish and Game
Alaska Department of Environmental Conservation
Alaska Department of Law

                Motion by Tillery, second by Brookover

2. <u>Approval of May 27, 2008 meeting notes</u>

    APPROVED MOTION:    Motion to approve the May 27, 2008 meeting notes dated May 29, 2008 as presented

                              Motion by Neidig, second by Tillery

**Public Advisory Committee (PAC) comments were offered by: Pat Lavin**

Public comment period began at 1:35 p.m.

**Six public comments were received.**

Public comment closed at 2:08 p.m.

3.     <u>Lingering Oil Proposal – Microcosm Study</u>

    APPROVED MOTION:    Motion to approve the proposal titled: Microcosm Study on the Biodegradability of Lingering Oil in Prince William Sound 19 Years after the *Exxon Valdez* Oil Spill as presented in the amount of $535,973 which includes the 9% G&A and management fees for NOAA as the managing agency

                              Motion by Tillery, second by Neidig

4.     <u>Barrow's Goldeneye</u>

    APPROVE MOTION:    Motion to approve adding Barrow's Goldeneye to the Injured Resources and Services List, adopting the proposed entry submitted by USFWS, with the exception, we substitute in - are recovering or that we make the notation that they are in fact a recovering species

                              Motion by Tillery, second by Neidig

Off the record – 3:02 p.m.

ATTACHMENT B
Page 2 of 3

On the record – 3:12 p.m.

5. <u>Communications and Outreach Planning</u>

|  |  |
|---|---|
| APPROVED MOTION: | Motion to approve $15,000 in partnership with other organizations for transportation from Kansas to Alaska, review, revision and upgrade of the Darken Waters Exhibit |
|  | Motion by Tillery, second by Zemke |
| Meeting adjourned at 3:30 p.m. | Motion to adjourn by Neidig, second by Brookover |

ATTACHMENT _B_
Page _3_ of _3_

3