RONALD J. TENPAS
Assistant Attorney General
WILLIAM D. BRIGHTON
Assistant Section Chief
Environment & Natural Resources Division

KATHRYN C. MACDONALD
Trial Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone:  (202) 353-7397
Facsimile:  (202) 514-4180
Email: kathryn.macdonald@usdoj.gov

NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
Email: gary.guarino@usdoj.gov

ATTORNEYS FOR THE UNITED STATES

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:91–CV-0082 (HRH) |
| | ) | |
| v. | ) | |
| | ) | |
| EXXON CORPORATION, EXXON SHIPPING | ) | **THIRTY-FIRST JOINT NOTICE** |
| COMPANY, and EXXON PIPELINE COMPANY, | ) | **OF EXPENDITURES FROM** |
| et al., in personam, and the T/V | ) | **THE INVESTMENT FUND** |
| EXXON VALDEZ, in rem, | ) | **AND MONIES PREVIOUSLY** |
| | ) | **DISBURSED** |
| Defendants. | ) | |

The United States and the State of Alaska ("the Governments") jointly provide notice of

the expenditure of $753,000 in settlement funds, specifically $629,000 from the Habitat

THIRTY-FIRST JT NOTICE OF EXPENDITURES FROM INVESTMENT FUND
AND MONIES PREVIOUSLY DISBURSED (Case 3:91-CV-0082 (HRH)) - Page 1

Investment Sub-Account of the EXXON VALDEZ Oil Spill Investment Fund ("Investment

Fund"), and $124,000 in lapsed funds and accrued interest on settlement monies previously

disbursed from the Investment Fund that are within the State of Alaska's General Funds and

Other Non-Segregated Investments Account.  The Governments' natural resource trustee

agencies will use these funds for purposes consistent with the Memorandum of Agreement and

Consent Decree entered by this Court in *United States v. State of Alaska*, No. A91-081 CIV (D.

Alaska) on August 28, 1991 ("MOA").

On September 25, 1991, the United States and the State of Alaska settled their claims

against the Exxon Corporation, Exxon Shipping Company, Exxon Pipeline Company, and the

T/V EXXON VALDEZ arising from the EXXON VALDEZ oil spill.  All funds resulting from

these settlements were subsequently ordered by this Court to be placed in an interest-bearing

account in the Court Registry Investment System ("CRIS") administered through the United

States District Court for the Southern District of Texas.

On June 7, 2000, this Court entered its Third Amended Order for Deposit and Transfer of

Settlement Proceeds ("Third Amended Order").  The Third Amended Order allows the

Governments the option of investing the money in an account outside the United States

Treasury.  On September 29, 2000, upon application by the Governments, the Court entered an

Order Re: Transfer of Funds from the Exxon Valdez Liquidity Account and the Reserve Fund to

an Investment Fund Within the Alaska Department of Revenue, Division of Treasury,

authorizing transfer of settlement proceeds to an account within the State.  On October 5, 2000,

all funds and securities were transferred from the CRIS to the Investment Fund.  The Third

Amended Order further allows the Governments to establish separate sub-accounts within the

primary account "as the Trustee Council determines appropriate."  On October 1, 2002, three

sub-accounts were created in the Investment Fund:  the Research Investment Sub-Account, the

Habitat Investment Sub-Account, and the Koniag Investment Sub-Account.  These sub-accounts

were established  to carry out the Trustee Council's decision in its Resolution of March 1, 1999

to manage separately the remaining assets of the Joint Trust Funds for the specific purposes of

funding a long term research and monitoring program, the acquisition of lands along the Karluk River, and the establishment of a fund to purchase small parcels of land that may become available in the future.

Paragraph 27 of the Third Amended Order provides that "funds in an Investment Fund shall remain on deposit in that Fund until such time as the Exxon Valdez Oil Spill Trustee Council unanimously resolve to expend all or part of the funds." The funds may then be expended, for purposes consistent with the MOA, upon the joint notification of the Governments to the Investment Fund and the Court.[1] The notification is to inform the Court of the proposed uses of the funds in the same manner and to the same extent as was the Governments' practice when the funds were in the registry of the Court.

The Governments provide notice of this thirty-first expenditure from the Investment Fund and monies previously disbursed for (1) $629,000 for the acquisition of lands along the Kenai River (small parcel KEN 3002), and (2) $124,000 for necessary natural resource damage assessment and restoration activities during federal fiscal year 2009.[2] The entire amount of $753,000 that is the subject of this Notice will be provided to the State of Alaska.

The Trustee Council has not met since the Governments' filing on August 29, 2008 of their Thirtieth Joint Notice of Expenditure from the Investment Fund. The Governments will submit the meeting notes for the August 28, 2008 meeting once they have been approved by the Trustee Council.

---

[1] A copy of the notice provided to the Investment Fund pursuant to paragraph 27 of the Third Amended Order for Deposit and Transfer of Settlement Proceeds is appended to this Notice as Attachment A, pp. 1-2.

[2] Appended to this Notice at Attachment A, pp. 3-24, are Trustee Council resolutions documenting the Council's unanimous agreement, at its March 17, 2008 and June 26, 2008 meetings, to authorize the expenditures of (1) $629,000 for the acquisition of a small parcel of land (KEN 3002), located in Soldotna, Alaska, along the Kenai River (Resolution 08-08), (2) $15,000 to support the 2009 Alaska Forum for the Environment (Resolution 08-14), and (3) $109,000 to fund the creation of an executive committee of the Integrated Herring Restoration Program work group that will create a plan for the review and approval of the entire work group (Resolution 08-15).

THIRTY-FIRST JT NOTICE OF EXPENDITURES FROM INVESTMENT FUND
AND MONIES PREVIOUSLY DISBURSED (Case 3:91-CV-0082 (HRH)) - Page 3

RESPECTFULLY SUBMITTED this 17th day of September, 2008 at Anchorage, Alaska.

/s/Kathryn C. Macdonald
KATHRYN C. MACDONALD
Trial Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone:  (202) 353-7397
Facsimile:  (202) 514-4180
Email: kathryn.macdonald@usdoj.gov


NELSON P. COHEN
United States Attorney

/s/Gary Guarino
GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
Email: gary.guarino@usdoj.gov


ATTORNEYS FOR THE UNITED STATES


TALIS J. COLBERG
Attorney General
State of Alaska

By:    /s/ Elise Hsieh (consent)
       ELISE HSIEH
       Assistant Attorney General
       1031 West Fourth Avenue  Ste. 200
       Anchorage, Alaska  99501-1994
       Telephone:  (907) 269-5274
       Facsimile: (907) 278-7022
       Email: elise.hsieh@alaska.gov
       Alaska Bar #9511048

       ATTORNEYS FOR THE STATE OF ALASKA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of September, 2008 a copy of the foregoing THIRTY-FIRST JOINT NOTICE OF EXPENDITURE FROM THE INVESTMENT FUND AND MONIES PREVIOUSLY DISBURSED, together with Attachment A, was served by United States  mail, first class, postage paid, upon the following:

Elise Hsieh
Assistant Attorney General
Alaska Department of Law
1031 West 4th Ave., Suite 200
Anchorage, AK 99501

James F. Neal
Neal & Harwell
2000 One Nashville Place
150 Forth Avenue North
Nashville TN  37219

Douglas J. Serdahely
Patton Boggs LLP
601 West 5th Avenue, Suite 700
Anchorage, AK  99501

Patrick Lynch
O'Melveny & Meyers
400 South Hope Street
Los Angeles, CA  90071

John F. Clough III
Clough & Associates
PO Box 211187
Auke Bay, AK  99821-1187


 s/Kathryn C. Macdonald