```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

UNITED STATES OF AMERICA      vs.  EXXON CORP., ET AL

BEFORE THE HONORABLE H. RUSSEL HOLLAND CASE NO. 3:91-CV-00082-HRH

DEPUTY CLERK/RECORDER:     SAMANTHA LARK

APPEARANCES:   PLAINTIFF:   WILLIAM D. BRIGHTON

               DEFENDANT:   CARLA J. CHRISTOFFERSON


PROCEEDINGS: ORAL ARGUMENT ON MOTION TO ENFORCE CONSENT DECREE
             [368] HELD NOVEMBER 15, 2011:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:33 p.m. court convened.

Court and counsel heard re Defendant Exxon Mobil Corporation's Motion to Enforce the Consent Decree [368].

Arguments heard.

Court heard; matters taken **UNDER ADVISEMENT**, written ruling to issue.

At 2:25 p.m. court adjourned.




DATE: November 15, 2011       DEPUTY CLERK'S INITIALS: SAL

Revised 6/18/07